UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-4989 FMO (MRWx) | Date | April 21, 2014 |
|---|---|---|---|
| Title | Sergio Pina v. The City of Los Angeles | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS

The parties requested that the Court conduct a settlement conference in this civil action. In anticipation of the settlement conference, the Court spoke by telephone with the parties several times and issued a detailed order in February 2014 with its expectations regarding the parties' pre-conference preparation. That order specifically instructed the parties to deliver a confidential settlement conference letter to Judge Wilner summarizing the status of the lawsuit and the history of the parties' settlement discussions. (Docket # 17.) The parties were to submit their settlement letters one week before the scheduled conference.

The Court received a written submission from Defendant.[1] However, to date (9 a.m. on April 21), the Court has not received anything from Plaintiff. Plaintiff's failure to provide the required letter has significantly interfered with the Court's preparation for the settlement conference. Moreover, based solely on the contents of Defendant's submission, the Court has real doubts about the legitimacy of Plaintiff's intent to settle the matter.

Therefore, it is ORDERED that counsel for Plaintiff must show cause why he should not personally be found in contempt of the Court's settlement conference order. The Court will conduct a hearing on the OSC at the beginning of the settlement conference on April 22 in the presence of the parties' clients.

---

[1] The City's original submission suggested that the parties had not conducted preliminary settlement discussions as required by the Court's order. A supplemental submission from the City explained that the parties had a cursory, although unproductive, discussion after that.