1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO PINA, an individual,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>CITY OF LOS ANGELES, a municipality; ERIK MEJIA, an individual; JASON SCHWAB, an individual; CARLOS LOZANO, an individual; CLIFF CHU, an individual; JASON MALIK, an individual; JEFFREY BRUNER, an individual; BRIAN PRESTON, an individual; EARL WILLIAMS, an individual; ROBERT HEISERMAN, an individual; and VICTOR PAPPAS, an individual,<br><br>　　　　　Defendants. | **CASE NO. CV13-4989 FMO(MRWx)**<br>*Consolidated with CV15-0756 FMO(MRWx)*<br><br>[Honorable Fernando M. Olguin]<br><br>**[PROPOSED] ORDER DISMISSING CERTAIN CLAIMS AND PARTIES PURSUANT TO FRCP 41(a)(1)** |

　　　Based on the stipulation of the parties, **DEFENDANTS CLIFF CHU, CARLOS LOZANO, ERIK MEJIA, BRIAN PRESTON and EARL WILLIAMS** are hereby dismissed, with prejudice, from this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party to bear their own costs and fees.

Further, the following claims are hereby dismissed against all Defendants:

1. Claims brought pursuant to *Monell* (claim no. 4 in the Seconded Amended Complaint)
2. Claims brought under California law for False Arrest/False Imprisonment (claim no. 5 in the Second Amended Complaint)
3. Claims brought under the Bane Act (claim no. 7 in the Second Amended Complaint)

This dismissal does not constitute an adjudication on the merits.

**IT IS SO ORDERED.**

Dated: _____, 2016   _____
**HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE**