# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO PINA, an individual,<br><br>        Plaintiff,<br>  vs.<br><br>CITY OF LOS ANGELES, a municipality; ERIK MEJIA, an individual; JASON SCHWAB, an individual; CARLOS LOZANO, an individual; CLIFF CHU, an individual; JASON MALIK, an individual; JEFFREY BRUNER, an individual; BRIAN PRESTON, an individual; EARL WILLIAMS, an individual; ROBERT HEISERMAN, an individual; and VICTOR PAPPAS, an individual,<br><br>        Defendants. | **CASE NO. CV13-4989 FMO(MRWx)**<br>*Consolidated with CV15-0756 FMO(MRWx)*<br><br>[Honorable Fernando M. Olguin]<br><br>**ORDER DISMISSING CERTAIN CLAIMS AND PARTIES PURSUANT TO FRCP 41(a)(1)** |

    Based on the stipulation of the parties, **DEFENDANTS CLIFF CHU, CARLOS LOZANO, ERIK MEJIA, BRIAN PRESTON and EARL WILLIAMS** are hereby dismissed, with prejudice, from this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party to bear their own costs and fees.

1  Further, the following claims are hereby dismissed against all Defendants:
2  1. Claims brought pursuant to *Monell* (claim no. 4 in the Seconded Amended Complaint)
4  2. Claims brought under California law for False Arrest/False Imprisonment (claim no. 5 in the Second Amended Complaint)
6  3. Claims brought under the Bane Act (claim no. 7 in the Second Amended Complaint)

9  This dismissal does not constitute an adjudication on the merits.

11 ***IT IS SO ORDERED.***

Dated: June 13, 2016                    _____/s/_____
**HONORABLE FERNANDO M. OLGUIN**
**UNITED STATES DISTRICT JUDGE**