UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-4989 FMO (MRWx) | Date | October 4, 2016 |
|---|---|---|---|
| Title | Sergio Pina v. The City of Los Angeles, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**     (In Chambers) Order to Show Cause Re: Sanctions

Pursuant to the Court's Order of June 13, 2016, the parties were required to file memoranda of contentions of fact and law, witness lists, their Pretrial Exhibit Stipulation, and joint motions in limine no later than September 30, 2016. (See Dkt. 69, Court's Order of June 13, 2016, at 16). As of the filing date of this Order, none of the above-identified documents have been filed. (See, generally, Dkt.).

Accordingly, IT IS ORDERED THAT, no later than **October 7, 2016**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of June 13, 2016. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions.**

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | vdr |