**MICHAEL N. FEUER,** City Attorney - SBN 111529
**THOMAS H. PETERS,** Chief Assistant City Attorney – SBN 163388
**CORY M. BRENTE,** Assistant City Attorney – SBN 115453
**COLLEEN R. SMITH**, Deputy City Attorney – SBN 209719
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7027
Fax No.:    (213) 978-8785
Email: colleen.smith@lacity.org

*Attorneys for Defendants* **CITY OF LOS ANGELES, JEFF BRUNER, ROBERT HEISERMAN, JASON MALIK, VICTOR PAPPAS and JASON SCHWAB**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO PINA, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipality; ERIK MEJIA, an individual; JASON SCHWAB, an individual; CARLOS LOZANO, an individual; CLIFF CHU, an individual; JASON MALIK, an individual; JEFFREY BRUNER, an individual; BRIAN PRESTON, an individual; EARL WILLIAMS, an individual; ROBERT HEISERMAN, an individual; and VICTOR PAPPAS, an individual,<br><br>    Defendants. | **CASE NO. CV13-4989 FMO(MRWx)**<br>*Consolidated with CV15-0756 FMO MRWx*<br>Honorable Fernando M. Olguin<br><br>**DEFENDANTS' PROPOSED STATEMENT OF UNCONTROVERTED MATERIAL FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE: QUALIFIED IMMUNITY (PER COURT ORDER DATED NOVEMBER 28, 2016)**<br><br>**[Fed.R.Civ.Proc. 56]**<br><br>[[Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; Declaration of Colleen R. Smith and Exhibits; [Proposed] Judgment]<br><br>Date:  January 9, 2017<br>Time:  Under Submission<br>Courtroom: 22, 5th Floor |

**TO ALL PARTIES AND TO THIS HONORABLE COURT:**

Defendants CITY OF LOS ANGELES, JEFFREY BRUNER, ROBERT HEISERMAN, JASON MALIK, VICTOR PAPPAS and JASON SCHWAB hereby submit the following Proposed Statement of Uncontroverted Material Facts and

Conclusions of Law in support of their Motion for Summary Judgment re: Qualified Immunity.

**PROPOSED STATEMENT OF UNCONTROVERTED MATERIAL FACTS**

| **Uncontroverted Material Facts** | **Supporting Evidence** |
|---|---|
| 1. On the evening of February 2, 2013, Pina pointed a gun at a civilian witness, David Morado's head. | 1. Exhibit "A[1]", pp. 14:20-23 and 16:3-12. |
| 2. David Morado recognized Pina from the neighborhood. | 2. Exhibit "A", p. 9:14-16. |
| 3. David Morado telephoned 911 and reported that a male Hispanic (Pina), wearing a gray shirt and blue and gray basketball shorts was carrying a handgun and walking through the neighborhood of 104th and Main Street. | 3. Exhibit "A", pp. 10:25-12:5; Exhibit "B[2]". |
| 4. After David Morado telephoned 911, police communications broadcast that a man with a handgun was creating a | 4. Exhibit "C[3]", pp. 8:18-20, 9:5-8, and 11:12-19; Exhibit "D[4]", p. 16:8-16. |

---

[1] Exhibit "A" is the deposition transcript of David Morado and is attached to the declaration of Colleen R. Smith.
[2] Exhibit "B" is a copy of the 911 call made by David Morado that was attached as Exhibit "1" to David Morado's deposition transcript.
[3] Exhibit "C" is the deposition transcript of Officer Brian Preston and is attached to the declaration of Colleen R. Smith.
[4] Exhibit "D" is the deposition transcript of Officer Clifford Chu, and is attached to the declaration of Colleen R. Smith.

| | | |
|---|---|---|
| 1, 2 | disturbance in the area and included a description of the suspect. | |
| 3, 4, 5 | 5. Officer Preston responded to the radio broadcast and saw Pina, who matched the description. | 5. Exhibit "C", pp. 15:4-7, 16:13-16, 18:4-24, 21:8-9 and 37:5-9. |
| 6, 7, 8, 9 | 6. Pina repeatedly pointed a handgun at Officer Preston, and he requested back-up, including broadcasting Pina's location and description. | 6. Exhibit "C", pp. 15:4-7, 16:13-16, 18:4-24, 21:8-9, 24:1-13 and 37:5-9. |
| 10, 11, 12, 13, 14 | 7. LAPD patrol officers, including Defendants Schwab, Malik, Bruner and a police k-9, and a police helicopter (aka air ship or air unit) responded to the area where Pina was reportedly seen. | 7. Exhibit "E[5]", p. 21:15-25; Exhibit "C", p. 11:12-19; Exhibit "F[6]", p. 17:9-14. |
| 15, 16 | 8. Officer Pappas was the pilot of the police helicopter that responded. | 8. Exhibit "E", pp. 15:10-12 and 21:15-19. |
| 17, 18, 19, 20 | 9. As the pilot, Officer Pappas' main responsibility was the safe operation of the helicopter, and not focusing on the suspect. | 9. Exhibit "E", p. 16:13-22. |
| 21, 22, 23 | 10. Officer Pappas kept the helicopter in a constant counter-clockwise orbit over the location. | 10. Exhibit "E", pp. 17:21-25 and 19:4-8. |

---

[5] Exhibit "E", is the deposition transcript of Victor Pappas and is attached to the declaration of Colleen R. Smith

[6] Exhibit "F" is the deposition transcript of Officer Robert Heiserman and is attached to the declaration of Colleen R. Smith.

| | |
|---|---|
| 11. Officer Pappas was not watching Pina constantly because he was focused on flying the helicopter. | 11. Exhibit "E", p. 31:11-18. |
| 12. Officer Pappas did not make any radio broadcasts during the incident concerning Pina and his gun. | 12. Exhibit "E", pp. 47:7-48:16. |
| 13. Officer Heiserman was the tactical flight officer and a passenger in the helicopter. | 13. Exhibit "F", p. 17:5-8, |
| 14. As the tactical flight officer, Officer Heiserman's main responsibility is to communicate his observations of the incident from the air to the officers on the ground. | 14. Exhibit "F", p. 12:4-8. |
| 15. The helicopter was illuminating the area. | 15. Exhibit "E", p. 19:18-20; Exhibit "F", pp. 22:5-7 and 47:19-22; Exhibit "G[7]", pp. 22:25-23:3 and 24:25-25:5; Exhibit "H[8]", p. 24:20-23. |
| 16. As the passenger tactical flight officer, Officer Heiserman made more observations of Pina more than Officer Pappas. | 16. Exhibit "F", pp. 21:25-22:4. |
| 17. Officer Heiserman saw Pina first walking and then running on a sidewalk, | 17. Exhibit "F", pp. 21:14-22:4. |

---

[7] Exhibit "G" is the deposition transcript of Officer Jason Malik and is attached to the declaration of Colleen R. Smith.

[8] Exhibit "H" is the deposition transcript of Jeffrey Bruner and is attached to the declaration of Colleen R. Smith.

| | |
|---|---|
| turn down a driveway and run towards the rear of the property. | |
| 18.   When Pina was positioned near the rear house, Officer Heiserman observed Pina with his arms extended straight out, pointing in the direction of officers and holding a handgun. | 18.   Exhibit "F", pp. 25:9-19, 26:3-17, 28:12-15 and 28:25-29:4. |
| 19.   Officer Heiserman saw Pina in a shooting stance holding a dark object as if holding a handgun and believing that Pina may be armed, he broadcast over the radio that Pina may be armed. | 19.   Exhibit "F", pp. 26:11-17 and 30:11-19. |
| 20.   Officer Heiserman than announced to Pina to drop the gun, put his hands up and meet the officers out front or words to that effect. | 20.   Exhibit "F", p. 52:19-25. |
| 21.   Officer Heiserman then observed Pina run back to the driveway and position himself between a car and a garage holding the same dark object. | 21.   Exhibit "F", pp. 31:5-10, 33:14-15 and 36:1-5. |
| 22.   Officer Heiserman then observed Pina move to the rear yard. | 22.   Exhibit "F", p. 34:15-17. |
| 23.   Using a pair of binoculars, Officer Heiserman observed Pina in the rear yard holding a gun to his head with his right hand and holding a cell phone in his left hand. | 23.   Exhibit "F", p. 37:1-13. |

5

| | |
|---|---|
| 24.   When Pina was in the backyard, Officers Pappas and Heiserman both thought that Pina had shot himself. | 24.   Exhibit "E", pp. 33:5-11, p. 38:24-39:7 and 45:15-21; Exhibit "F", p. 45:18-24; Exhibit "G", p. 21:6-8; Exhibit "H", p. 29:4-7. |
| 25.   Officer Schwab and his police k-9s also responded to the area where Plaintiff was reportedly located. | 25.   Exhibit "I[9]", pp. 21:23-22:4. |
| 26.   As Officer Schwab was responding to the location, he heard two to four shots being fired. | 26.   Exhibit "I", p. 24:5-11. |
| 27.   Officer Schwab then heard other officers broadcast that Pina had a handgun and was pointing it at officers. | 27.   Exhibit "I", pp. 24:23-25:9 and 49:7-11; Exhibit "E", p. 21:20-25. |
| 28.   Throughout the incident, Officer Schwab heard the police helicopter (aka airship) broadcast that the suspect (Pina) had a gun and that he was pointing the gun at officers. | 28.   Exhibit "I", pp. 25:2-6 and 45:15-20. |
| 29.   Officer Schwab retrieved his police k-9 and positioned himself behind a tree across the street from the house and driveway where Pina was initially located. | 29.   Exhibit "I", pp. 28:18-29:11. |
| 30.   Officer Schwab could see Pina next to the house taking a two-handed | 30.   Exhibit "I", pp. 31:12-32:4. |

---

[9] Exhibit "I" is the deposition transcript of Jason Schwab and is attached to the declaration of Colleen R. Smith.

| | | |
|---|---|---|
| 1<br>2 | barricade position with a firearm that was pointed in Officer Schwab's direction. | |
| 3<br>4<br>5 | 31. Officer Schwab thought that Pina was about to shoot him and quickly moved to the tree out of view. | 31. Exhibit "I", p. 32:16-25. |
| 6<br>7<br>8<br>9<br>10 | 32. Approximately two minutes later, Officer Schwab observed Pina take a prone position on the ground partially under a vehicle with the handgun extended towards the officers. | 32. Exhibit "I", pp. 38:10-39:6 and 59:7-10. |
| 11<br>12<br>13 | 33. Officer Schwab believed that Pina had the handgun pointed at the officers and fired two shots at Pina. | 33. Exhibit "I", pp. 11:14-19, 36:18-37:3, 38:10-12, 39:23-24 and 40:22-41:3. |
| 14<br>15<br>16 | 34. After Officer Schwab fired his two shots, Pina almost immediately got up and quickly moved to towards a garage. | 34. Exhibit "I", pp. 54:7-18 and 58:11-23. |
| 17<br>18 | 35. Plaintiff then ran to the back of the property. | 35. Exhibit "F", p. 34:15-17. |
| 19<br>20<br>21<br>22<br>23<br>24 | 36. Officer Malik also responded to the scene and had information from first responding officers concerning the suspect's description (male Hispanic, basketball shorts and grey Pendleton) prior to arriving on scene. | 36. Exhibit "G", pp. 39:22-40:17. |
| 25<br>26 | 37. After Officer Malik arrived at the scene, he positioned himself on a rooftop. | 37. Exhibit "G", p. 16:9-11 and 44:24-45:18. |

| | | |
|---|---|---|
| 1<br>2<br>3 | 38. From his rooftop position, Officer Malik observed Pina in the backyard of the property. | 38. Exhibit "G", p. 51;17-20. |
| 4<br>5<br>6<br>7 | 39. Officer Malik heard Officer Heiserman, who was in the police helicopter, broadcast that Pina had a phone and a gun in his hands. | 39. Exhibit "G", p. 50:25-51:10. |
| 8<br>9<br>10<br>11 | 40. Officer Malik made similar observations, and also observed Pina point a gun and him and his partner, Officer Bruner. | 40. Exhibit "G", pp. 66:21-24 and 91:3-6. |
| 12<br>13<br>14<br>15 | 41. Upon making these observations, Officer Malik fired two shots in quick succession at Pina, who was standing up at the time. | 41. Exhibit "G", pp. 16:12-14, 19:19-21, 67:21 and 69:3-5. |
| 16<br>17<br>18 | 42. Pina reacted to the first shot and fell face down on the ground after the second shot. | 42. Exhibit "G", pp. 66:25-68:7. |
| 19<br>20<br>21 | 43. After Pina fell on the ground, Officer Malik believed that Pina was still armed. | 43. Exhibit "G", pp. 76:12-17, 79:11-80:5 and 84:13-18. |
| 22<br>23<br>24<br>25<br>26 | 44. As Officer Malik saw Pina rolling to his right side and pushing his arm out from underneath his body in a motion consistent with holding a gun, he heard another shot. | 44. Exhibit "G", p. 85:8-16. |
| 27<br>28 | 45. Officer Malik was concerned that Pina shot his partner, Officer Bruner. | 45. Exhibit "G", p. 21:21-25; Exhibit "H", pp. 45:25-46:4. |

8

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | 46. Prior to Officer Malik firing his two shots, Officer Bruner had jumped onto the roof of a nearby camper to get a better visual of Pina and was looking at the camper when Officer Malik fired his two shots. | 46. Exhibit "H", pp. 14:25-15:12 and 19:4-19. |
| 7<br>8<br>9<br>10 | 47. From his position on the camper roof, Officer Bruner had a partially obstructed view of Pina through some tree branches. | 47. Exhibit "H", p. 29:25-30:14, 71:4-6. |
| 11<br>12<br>13 | 48. Officer Bruner also had heard the police radio broadcasts that Pina was armed and had shot at police officers. | 48. Exhibit "H", p. 63:8-21. |
| 14<br>15<br>16<br>17 | 49. When he heard the two shots, Officer Bruner believed that Pina fired those two shots at him and his partner, Officer Malik. | 49. Exhibit "H", p. 12:21-13:20 and 20:17-23. |
| 18<br>19<br>20<br>21 | 50. Officer Bruner observed Pina moving around in a prone position and gave him a quick command to show his hands. | 50. Exhibit "H", p. 28:18-23, 35:2-5, 41:25-42:3, 44:3-6 and 45:3-8. |
| 22<br>23<br>24<br>25 | 51. Pina quickly punched his right hand out from his right chest area and Officer Bruner observed what he believed was a handgun. | 51. Exhibit "H", p. 45:3-15, 47:17-21, 49:16-20 and 71:25-72:5. |
| 26<br>27<br>28 | 52. Officer Bruner then fired one shot at Pina. | 52. Exhibit "G", p. 18:19-22; Exhibit "H", pp. 12:9-10, 20:17-23 and 66:17-19. |

| | | | |
|---|---|---|---|
| 1<br>2 | 53. Officer Bruner believed that Pina still posed a threat after he fired his shot. | 53. | Exhibit "H", p. 55:12-20. |
| 3<br>4<br>5<br>6 | 54. Officer Schwab, his police k-9 and some other officers present at the scene approached Pina after Officers Malik and Bruner shot at Pina. | 54. | Exhibit "I", p. 8:8-17 and Exhibit "H", p. 57:4-9. |
| 7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | 55. Officer Schwab has been trained that a LAPD police k-9 can be directed to bite a suspect if 1) he believes that a suspect is going to flee and pose a threat to citizens or officers, 2) the suspect is fighting with the dog, or 3) he believes that the suspect is trying to arm himself and could pose a threat to officers or citizens. | 55. | Exhibit "I", pp. 70:24-71:10. |
| 16<br>17<br>18 | 56. Before approaching Pina, Officer Schwab had information that Pina's gun was no longer in view. | 56. | Exhibit "I", pp. 61:12-62:1. |
| 19<br>20<br>21<br>22 | 57. Officer Schwab gave Pina commands to show his hands, and in response Pina put his hands under his body. | 57. | Exhibit "I", p. 63:13-19. |
| 23<br>24<br>25 | 58. Due to Pina's non-compliance and continued threat, Officer Schwab deployed his police k-9 to bite Pina. | 58. | Exhibit "I", pp. 64:2-5 and 68:16-23; Exhibit "H", p. 58:9-22. |
| 26<br>27 | 59. Officer Schwab's police k-9 bit Plaintiff on the calf. | 59. | Exhibit "I", p. 77:2-4. |

28

10

| | |
|---|---|
| 60. Once Pina began to comply with Officer Schwab's commands to show his hands, the police k-9 was recalled. | 60. Exhibit "I", p. 73:9-74:10. |
| 61. No gun was found on Pina. | 61. Exhibit "I", p. 75:11-15. |
| 62. Pina was wanted for a parole violation, and was arrested for the parole violation. | 62. Exhibit "J[10]", p. 175:4-18. |
| 63. Pina was transported to the hospital for medical treatment. | 63. Exhibit "K[11]". |

## CONCLUSIONS OF LAW

1. Defendants are entitled to qualified immunity on Plaintiff's federal claims, as Defendants reasonably believed that their conduct was lawful.

Dated:   December 5, 2016

**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS,** Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney

By: _____/S/*Colleen R. Smith*_____
       **COLLEEN R. SMITH**, Deputy City Attorney

*Attorneys for Defendants* **CITY OF LOS ANGELES, JEFF BRUNER, ROBERT HEISERMAN, JASON MALIK, VICTOR PAPPAS and JASON SCHWAB**

---

[10] Exhibit "J" is the deposition transcript of Plaintiff Sergio Pina and is attached to the declaration of Colleen R. Smith

[11] Exhibit "K" is the Prehospital Care Report Summary attached to the declaration of Colleen R. Smith

11