2

David Morado   December 19, 2014

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SERGIO PINA,                          )
                                      )
              Plaintiff,              ) Case No.:
                                      )
     vs.                              ) CV13-04989 FMO (MRWx)
                                      )
THE CITY OF LOS ANGELES, a            )
municipality;                         )
ERIK MEJIA, an individual;            )
JASON SCHWAB, an individual;          )
CARLOS LOZANO, an individual;         )
CLIFF CHU, an individual;             )
JASON MALIK, an individual;           )
JEFFREY BRUNER, an individual;        )
BRIAN PRESTON, an individual;         )
EARL WILLIAMS, an individual;         )
and DOES 7-10, inclusive,             )
                                      )
              Defendants.             )
_____)

     VIDEOTAPED DEPOSITION OF DAVID MORADO, taken

on behalf of the Defendants, at 200 North

Main Street, 600 City Hall East, Los

Angeles, California, commencing at 10:14

a.m., on Friday, December 19, 2014, before

Steven W. Cornwell, CSR 7193, pursuant to

Subpoena and Notice.

9

David Morado   December 19, 2014

| | | | |
|---|---|---|---|
| 1 | A | No. | 10:18:07 |
| 2 | Q | And you've -- you've made that clear to us, | 10:18:09 |
| 3 | | haven't you? | 10:18:13 |
| 4 | A | Exactly.  Yes. | 10:18:13 |
| 5 | Q | And do you still live on 104th Street in | 10:18:15 |
| 6 | | Los Angeles? | 10:18:25 |
| 7 | A | Yes. | 10:18:25 |
| 8 | Q | And is that near Main Street? | 10:18:26 |
| 9 | A | Between Main Street and San Pedro. | 10:18:31 |
| 10 | Q | Okay.  And the reasons that you don't want | 10:18:38 |
| 11 | | to be here today and the reasons you don't want us to | 10:18:40 |
| 12 | | ask you questions and the reasons you don't want to | 10:18:42 |
| 13 | | give testimony are what? | 10:18:46 |
| 14 | A | Because I know the guy. | 10:18:48 |
| 15 | Q | Okay. | 10:18:49 |
| 16 | A | He's a gangbanger. | 10:18:49 |
| 17 | Q | Okay.  And so you have a wife; correct? | 10:18:51 |
| 18 | A | Got kids too. | 10:18:52 |
| 19 | Q | How many kids do you have? | 10:18:53 |
| 20 | A | Five kids. | 10:18:54 |
| 21 | Q | And does the fact that you have a wife and | 10:18:55 |
| 22 | | five kids and you live on 104th Street, does that | 10:18:57 |
| 23 | | have anything to do -- | 10:19:01 |
| 24 | A | Yes. | 10:19:02 |
| 25 | Q | -- with your reluctance to be here? | 10:19:02 |

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

Exhibit - A - Page - 5

```
                                                              10
                                         David Morado   December 19, 2014
```

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 10:19:06 |
| 2 | Q | Tell me why. | 10:19:06 |
| 3 | A | I don't want to injure their lives for doing | 10:19:08 |
| 4 | | something that -- I know it's right. But pointing | 10:19:09 |
| 5 | | fingers -- I'm not like that, you know. | 10:19:11 |
| 6 | Q | And have you lived in that area for a while? | 10:19:14 |
| 7 | A | 15 years. | 10:19:18 |
| 8 | Q | And so, I mean, what happens if you point | 10:19:19 |
| 9 | | fingers? | 10:19:22 |
| 10 | A | I know them already. We had a situation | 10:19:22 |
| 11 | | with them. They went to point guns at us at the | 10:19:25 |
| 12 | | house because of my cousin. He's a gangbanger. And | 10:19:29 |
| 13 | | they know it was me. I don't want -- you know, how | 10:19:33 |
| 14 | | am I going to know what's going to happen to me, or | 10:19:35 |
| 15 | | shoot me or whatever? I don't know. | 10:19:38 |
| 16 | Q | And do you have any concerns about the | 10:19:39 |
| 17 | | safety of your kids? | 10:19:41 |
| 18 | A | Yes, I do. | 10:19:42 |
| 19 | Q | And how old is your youngest? | 10:19:43 |
| 20 | A | He's five years old. | 10:19:45 |
| 21 | Q | But even though you are concerned for your | 10:19:47 |
| 22 | | safety and the safety of your family and you don't | 10:19:52 |
| 23 | | want to be here, will you tell the truth today? | 10:19:55 |
| 24 | A | Yeah. Yes. | 10:19:58 |
| 25 | Q | So back in February of 2013 on February 2nd, | 10:20:02 |

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

Exhibit - A - Page - 6

11

David Morado    December 19, 2014

| | | |
|---|---|---|
| 1 | did you call 911 that day? | 10:20:07 |
| 2 | A    Yes, I did. | 10:20:09 |
| 3 | Q    Okay.  So what I'm going to do now is we're | 10:20:09 |
| 4 | going to mark as Exhibit 1 a CD, a compact disk, | 10:20:13 |
| 5 | which has a recording of the 911 call.  And I'm going | 10:20:18 |
| 6 | to play it for you, and then I'm going to ask you | 10:20:22 |
| 7 | some questions about it.  Okay? | 10:20:24 |
| 8 | A    Okay. | 10:20:26 |
| 9 | MR. LENCH:  I haven't had a chance to set | 10:20:30 |
| 10 | levels yet.  So I'm not sure how loud this is going | 10:20:32 |
| 11 | to be. | 10:20:36 |
| 12 | THE REPORTER:  Counsel, may I ask one | 10:20:41 |
| 13 | question. | 10:20:42 |
| 14 | RECORDED VOICE:  February 2, 2013, 2229 and | 10:20:42 |
| 15 | zero one seconds. | 10:20:47 |
| 16 | THE REPORTER:  Do I need to record this? | 10:20:54 |
| 17 | MR. BRENTE:  If you can.  I don't know if | 10:20:57 |
| 18 | you'll be able to.  You can try. | 10:21:11 |
| 19 | [AUDIO RECORDING PLAYING.] | 10:21:11 |
| 20 | (Defendants' Exhibit 1 was marked | 10:21:11 |
| 21 | for identification.) | 10:21:11 |
| 22 | MR. BRENTE:  All right. | 10:21:11 |
| 23 | Q    Mr. Morado, did you just get to hear what | 10:23:50 |
| 24 | we've marked as Exhibit 1, which is a 911 call? | 10:23:55 |
| 25 | A    Yes. | 10:23:58 |

12

David Morado   December 19, 2014

| | | |
|---|---|---|
| 1 | Q   Okay.  Do you recognize the voice on the | 10:23:58 |
| 2 | telephone? | 10:24:00 |
| 3 | A   Yes. | 10:24:01 |
| 4 | Q   Who is it? | 10:24:01 |
| 5 | A   It's me. | 10:24:02 |
| 6 | Q   Okay.  And in the beginning of that call | 10:24:03 |
| 7 | when you called 911, you say you want -- you wanted | 10:24:10 |
| 8 | to be anonymous; correct? | 10:24:13 |
| 9 | A   Yes, sir. | 10:24:15 |
| 10 | Q   And why did you say that? | 10:24:16 |
| 11 | A   Because I don't want to be where I'm at | 10:24:18 |
| 12 | right now. | 10:24:21 |
| 13 | Q   As in -- | 10:24:22 |
| 14 | A   I didn't want this to happen. | 10:24:22 |
| 15 | Q   As in sitting in this room and answering -- | 10:24:23 |
| 16 | A   Exactly. | 10:24:26 |
| 17 | Q   -- questions? | 10:24:26 |
| 18 | A   Exactly.  I thought I would just make the | 10:24:26 |
| 19 | phone call, and that's it.  That's why I said | 10:24:28 |
| 20 | "anonymous."  Because I wanted -- I wanted -- I | 10:24:31 |
| 21 | thought I had rights.  I didn't want to, you know, | 10:24:33 |
| 22 | you guys be going through this, camera stuff and | 10:24:36 |
| 23 | these people. | 10:24:40 |
| 24 | Q   What was it either about the area in which | 10:24:40 |
| 25 | you live or whatever it is that you know that caused | 10:24:48 |

14
David Morado   December 19, 2014

| | | |
|---|---|---|
| 1 | you guys didn't respect it. | 0:25:41 |
| 2 | Q    And did you want to be anonymous for any of | 0:25:44 |
| 3 | the reasons you stated at the beginning, about | 0:25:52 |
| 4 | concerns for your safety and your family's safety? | 0:25:55 |
| 5 | A    I had one situation where -- where him and | 0:25:58 |
| 6 | his brother and I don't know who other people went to | 0:25:59 |
| 7 | my house, with guns. Because of my cousin. He's a | 0:25:59 |
| 8 | gangbanger. And, you know, I -- it's like being -- I | 0:26:03 |
| 9 | know I knew him. I knew who he was. I know what he | 0:26:07 |
| 10 | does, and I know his people. And I didn't want to | 0:26:11 |
| 11 | get hurt. Or -- and not me, my kids. | 0:26:14 |
| 12 | My cousin got shot right in front of my | 0:26:17 |
| 13 | house. And we don't know who shot him. So I don't | 0:26:20 |
| 14 | want to go through that. He almost died. He's | 0:26:23 |
| 15 | deported already, but he got shot right in front of | 0:26:24 |
| 16 | my house. And I know it was that gang. That's -- | 0:26:28 |
| 17 | that's why I -- I -- I fear for my life too. | 0:26:31 |
| 18 | Q    So given all of what you just told me -- | 0:26:37 |
| 19 | A    Uh-huh. | 0:26:41 |
| 20 | Q    -- why did you call 911 at all? | 0:26:42 |
| 21 | A    I thought it was the right thing to do. | 0:26:46 |
| 22 | Q    Why? | 0:26:49 |
| 23 | A    Because he pulled a gun on me. | 0:26:49 |
| 24 | Q    And when did he pull a gun on you? | 0:26:52 |
| 25 | A    I don't know what time was it. But when I | 0:26:57 |

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

Exhibit - A - Page - 9

16
David Morado   December 19, 2014

| | | |
|---|---|---|
| 1 | like that. I think that's the only reason I called | 10:28:05 |
| 2 | 911. | 10:28:07 |
| 3 | Q    And the first time when he pointed the gun | 10:28:08 |
| 4 | at you, where did he point the gun? | 10:28:11 |
| 5 | MS. PARTOW:  Vague. | 10:28:14 |
| 6 | MR. BRENTE:  Go ahead.  You can answer. | 10:28:15 |
| 7 | THE WITNESS:  Can I point like that? | 10:28:17 |
| 8 | Q    BY MR. BRENTE:  Yes, of course you can. | 10:28:18 |
| 9 | A    Like, about two feet from me, like -- like | 10:28:20 |
| 10 | that. | 10:28:23 |
| 11 | Q    Straight towards your face? | 10:28:23 |
| 12 | A    Yeah.  Yes, sir. | 10:28:25 |
| 13 | Q    And you could see the gun? | 10:28:26 |
| 14 | A    Yeah. | 10:28:27 |
| 15 | Q    What did it look like? | 10:28:28 |
| 16 | A    Black.  Just a black -- I wasn't looking at | 10:28:29 |
| 17 | the gun.  I was just looking at him, like -- he was | 10:28:30 |
| 18 | on something, because -- | 10:28:33 |
| 19 | Q    He was on something? | 10:28:35 |
| 20 | A    I think he was on drugs or drunk or | 10:28:36 |
| 21 | whatever.  But he was on something.  I think people | 10:28:40 |
| 22 | that are like that -- people that are pointing guns | 10:28:42 |
| 23 | at people are not okay.  They're fucked up on the | 10:28:46 |
| 24 | head.  You don't be doing -- I don't do that stuff. | 10:28:49 |
| 25 | If I want to drink a beer, I don't do shit like | 10:28:51 |

```
 1   STATE OF CALIFORNIA    )
                            ) ss.
 2   COUNTY OF LOS ANGELES  )

 3

 4          I, Steven W. Cornwell, CSR 7193, a

 5   Certified Shorthand Reporter in and for the State of

 6   California, do hereby certify:

 7          That prior to being examined, the witness

 8   declared under penalty of perjury that the testimony

 9   given in these proceedings will be the truth, the

10   whole truth, and nothing but the truth;

11          That said proceedings were taken by me in

12   shorthand at the time and place herein named and was

13   thereafter transcribed into typewriting under my

14   direction and supervision;

15          Further, that since the foregoing pertains to

16   the original transcript of a deposition in a Federal

17   Case, before completion of the proceedings, review of

18   the transcript [X] was [ ] was not requested.

19          I further certify that I have no interest in

20   the outcome of this action.

21          IN WITNESS WHEREOF, I have hereunto

22   subscribed my name this 21st day of January, 2015.

23

24                         _____

25                         STEVEN W. CORNWELL
                           C.S.R. NO. 7193
```