```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4   SERGIO PINA,                    )
                                     )
 5          Plaintiff,                )
                                     )
 6      vs.                          ) Case No.
                                     ) CV13-04989 FMO (MRWx)
 7   CITY OF LOS ANGELES,            )
     LOS ANGELES POLICE DEPARTMENT,  )
 8   ET AL.,                         )
                                     )
 9          Defendants.              )
     _____)
10
11
12
13
14
15
16            DEPOSITION OF BRIAN L. PRESTON
17                 Los Angeles, California
18                Tuesday, March 18, 2014
19
20
21
22
23
     Reported by:
24   TERESA ANN BUTLER
     CSR No. 4642
25   Job No. 140318TB(A)
```

GRADILLAS COURT REPORTERS
(310) 859-6677

Exhibit - C - Page - 13

1  Q   Please correct me, Officer, if I am wrong. I
2  am not here to trick you or to do anything with you
3  other than to try and find out what happened that
4  evening.
5      Now that Cory has corrected us with the right
6  month of the year, we're ready to go.
7      Did you receive a call that evening relative to
8  a 415 in progress?
9      MR. BRENTE: You mean a radio call?
10 BY MR. STEINBERG:
11 Q   A radio call, yes.
12 A   Yes.
13 Q   Could you relate -- were you with a partner
14 that evening?
15 A   Yes.
16 Q   And who was that?
17 A   Officer Williams.
18 Q   Now, you received a call on your radio; is that
19 correct?
20 A   Yes.
21 Q   And about what time of day or night do you
22 recollect the call came?
23 A   I don't remember exactly what time it was.
24 Q   Okay. I don't want you to guess, because
25 you -- could you tell if it was either daylight or

8

```
 1  evening?
 2    A   Evening.
 3    Q   Okay.  Do you recall if it was dark out or not?
 4    A   It was dark.
 5    Q   So when you received this call, what was the
 6  essence of the call, if you remember?
 7    A   It was reporting a man seen with a gun, and it
 8  gave a description and it gave a location.
 9    Q   Did it say that it was -- anything about a 415
10  being in progress?
11    A   That's an LAPD code.
12    Q   Yes.  What does that mean?
13    A   It could mean several things.  It stands for,
14  basically, a man causing a disturbance.
15    Q   Okay.  So, as far as you knew, it came in as a
16  man causing a disturbance, and then, further than that,
17  you stated it was a man with a gun?
18    A   Yes.
19    Q   Now, did this radio call give you a description
20  of the man with the gun?
21    A   Yes.
22    Q   Do you recollect what the description was?
23    A   Off the top of my head, no.
24    Q   Okay.  Let me ask you, did you have a chance to
25  review any documents before your deposition today?
```

9

```
 1      A    Our exact location?
 2      Q    Well, approximately.  Of course, not your exact
 3  location.
 4      A    I don't recall.
 5      Q    Okay.  When you received the call -- if I can
 6  go back, I want to make sure I understood you -- in
 7  addition to the 415, there was a statement that there
 8  was a man with a gun?
 9      A    Yes.
10      Q    And a description?
11      A    Yes.
12      Q    Okay.  So did you proceed to a certain location
13  after getting this call?
14      A    Yes.
15      Q    And where was that location?
16      A    102nd and Main Street.
17      Q    Now, when you arrived at 102nd and Main Street,
18  did you observe any particular person?
19      A    Yes.
20      Q    And did you have an opportunity to actually
21  that evening see Mr. Pina?
22           MR. BRENTE:  I'll just object as vague.  I'm
23  not sure what you are asking.
24           MR. STEINBERG:  Right.  You're right, Cory.
25  Let me rephrase it.
```

11

```
 1            MR. STEINBERG:  Thank you.
 2       Q    Your fellow officer --
 3       A    The car did stop, yes.
 4       Q    And what was the reason that the car stopped,
 5  if you know?
 6       A    Because Mr. Pina matched the description of the
 7  gentleman we were looking for that had a handgun.
 8       Q    Okay.  How close was Mr. Pina to you when the
 9  car -- as he was approaching the car?
10            MR. BRENTE:  Well, I'll just object that that
11  misstates his testimony.  I don't think Mr. Pina was
12  approaching the car; I think his testimony was the
13  officers were driving north and Pina was walking south
14  on the sidewalk, is what I think his testimony was.
15            MR. STEINBERG:  He said he was walking toward
16  the car.
17            MR. BRENTE:  Well, towards, as the car is going
18  North and Pina is walking south.  So towards, as --
19            MR. STEINBERG:  Okay.
20            MR. BRENTE:  -- they're, you know, eventually
21  going to, at least, somehow, connect or pass.  But I
22  don't think -- I think that's what he is describing.
23  BY MR. STEINBERG:
24       Q    Okay.  How close was -- was your car to
25  Mr. Pina when you saw him carrying a bag?
```

15

```
 1            MR. BRENTE:  The very first time he observed
 2   him?
 3   BY MR. STEINBERG:
 4        Q    Yes.
 5        A    I'd say, probably, maybe 50 feet.
 6        Q    And how -- what was the closest he came to your
 7   car during your encounter with him?
 8            MR. BRENTE:  You mean there on 102nd and Main?
 9   BY MR. STEINBERG:
10        Q    Yes.
11        A    I would say, probably, within 20 feet of the
12   car.
13        Q    And you were checking, because he fit the
14   description of the man that you had heard on the radio
15   about?
16        A    Yes.
17        Q    Now, after you saw Mr. Pina, did you or your
18   fellow officer get out of the car?
19        A    I did.
20        Q    You got out of the police car?
21        A    Yes.
22        Q    And what did you do after that?
23        A    Well, I opened -- let me rephrase that.
24             I opened the door and started to get out of the
25   police car.
```

16

```
 1      Q    All right.  Now, at any time that evening did
 2  you observe Mr. Pina with a gun?
 3      A    Yes.
 4      Q    At what point did you observe him with a gun,
 5  where were you and where was he?
 6      A    He was running southbound in the alley.
 7      Q    And, at this time, did he pull a gun or did he
 8  have the gun in his hand?
 9      A    He had it in his hand.
10      Q    And was the gun pointed in any direction?
11           MR. BRENTE:  You're talking about the first
12  time he observed it?
13           THE WITNESS:  Yes.
14  BY MR. STEINBERG:
15      Q    Yes.  Yes.
16      A    At the ground.
17      Q    At any time during this evening did he point
18  the gun at you?
19      A    Yes.
20      Q    And can you tell me exactly, as best you can,
21  in your own words, how he pointed the gun at you.
22      A    There were numerous instances during this
23  incident where Mr. Pina displayed a handgun and pointed
24  it towards myself and other officers.
25      Q    Okay.  It was nighttime; right?
```

                                                              18

1  Q   Did he at any point during that incident,
2  during that evening, point the gun at you?
3       MR. BRENTE:  You are talking about all night
4  long?
5  BY MR. STEINBERG:
6  Q   All night long.
7  A   Yes.
8  Q   How many times did he point the gun at you?
9  A   I'd say probably four to five.
10 Q   Did he at any time, to your knowledge, fire the
11 gun at you?
12 A   I don't know.
13 Q   You don't know whether -- did you hear a gun go
14 off while you were with him -- or following him, did you
15 hear his gun go off?
16      MR. BRENTE:  You mean at any time that night?
17 BY MR. STEINBERG:
18 Q   At any time that night.
19 A   Can I hear -- can you rephrase the question.
20 Q   Yes, let me rephrase it.
21      Did he at any time during the evening shoot his
22 gun at you?
23 A   I don't know.
24 Q   Is there a reason you don't know?
25      MR. BRENTE:  Go ahead, you can answer.

21

```
 1      Q    And when you stopped at the alley, what did you
 2  do?
 3      A    I got on the radio, requested backup and set up
 4  a perimeter.
 5      Q    Now, when you requested backup, what did you
 6  request, if you recall?
 7           MR. BRENTE:  You mean what did he put out over
 8  the air?
 9           MR. STEINBERG:  Right.
10           MR. BRENTE:  Tell him what you remember.
11           THE WITNESS:  I put out Mr. Pina's location,
12  his description, and I directed responding units to
13  where I wanted to set up containment.
14  BY MR. STEINBERG:
15      Q    All right.  Now, did you have a chance to read
16  the investigative report of this incident?
17           MR. BRENTE:  I will just object as vague and
18  overly broad, "investigative report."
19  BY MR. STEINBERG:
20      Q    All right.  Did you ever tell --
21           MR. BRENTE:  Hang on one second.
22           (Attorney-witness conference.)
23  BY MR. STEINBERG:
24      Q    Did you ever tell the investigators in this
25  case that you observed Mr. Pina in a shooting stance
```

24

```
 1    A    No.
 2    Q    Did you ever tell any officers that he was
 3  carrying a 24-ounce Budweiser beer and he dropped it?
 4    A    I don't recall saying that.
 5    Q    The description that you heard on the radio of
 6  this individual, how -- if you recall, how did it fit
 7  the description of Mr. Pina when you saw him and you
 8  stopped your car?
 9    A    It fit him exactly.
10    Q    It was an exact description?
11    A    Yes.
12    Q    Okay.  At what point did you leave the scene of
13  this incident?  What time, do you recall?
14    A    I don't recall.
15    Q    And do you recall seeing anything as you
16  remained in your position that you were telling us
17  about?
18         MR. BRENTE:  Okay, I am just going to object as
19  vague and ambiguous.  At what point are you asking
20  about?
21         MR. STEINBERG:  Well, he told me he took up a
22  stationary position.
23         MR. BRENTE:  Right.
24         MR. STEINBERG:  And he doesn't recall what
25  happened after that.  What I am trying to find out is
```

37

```
 1          I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby certify:
 3          That the foregoing proceedings were taken
 4   before me at the time and place herein set forth; that
 5   any witnesses in the foregoing proceedings, prior to
 6   testifying, were placed under oath; that a verbatim
 7   record of the proceedings was made by me using machine
 8   shorthand which was thereafter transcribed under my
 9   direction; further, that the foregoing is an accurate
10   transcription thereof.
11          I further certify that I am neither financially
12   interested in the action nor a relative or employee of
13   any attorney of any of the parties.
14          IN WITNESS WHEREOF, I have this date subscribed
15   my name.
16
17   Dated: March 27, 2014
18
19
20                    _____
                      TERESA ANN BUTLER
21                    CSR No. 4642
22
23
24
25
                                                        42
```