UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

SERGIO PINA,

Plaintiff,

vs.

THE CITY OF LOS ANGELES, THE LOS ANGELES POLICE DEPARTMENT, ERIK MAJIA, BRIAN PRESTON, EARL WILLIAMS AND DOES 1 THRU 50, INCLUSIVE,

Defendants.

Lead Case No.: 13-cv-04989 FMO (MRWx)

Consolidated Case No.: 15-cv-0756 FMO (MRWx)

DEPOSITION OF

OFFICER VICTOR PAPPAS

LOS ANGELES, CALIFORNIA

JANUARY 15, 2016

ATKINSON-BAKER, INC.
COURT REPORTERS
(800)288-3376
www.depo.com

REPORTED BY: LETICIA ROJO, CSR NO. 12132

FILE NO.: AA00819

it was just for Southeast base is what my recollection is.

Q. Okay. In the transcript that you reviewed, did you read communications that, you, yourself made?

A. Yes.

Q. Did you read communications that Officer Heiserman made?

A. Yes.

Q. On the day of the incident you were serving as a pilot or tactical flight officer?

A. I was the pilot.

Q. You were the pilot. Normally after observing an incident, such as an officer involved shooting, in addition to giving a recorded interview, is it also your practice as a pilot to authorize some kind of written report about what you observed?

A. No.

Q. Any sort of report regarding the incident at all?

A. From me individually, no.

Q. So given the fact that -- well, the basic responsibility that you described to me before to make observations from the air and communicate that

to officers on the ground, is that the responsibility of the tactical flight officer or of a pilot?

A. Tactical flight officer.

Q. And what are the basic responsibilities of a pilot that differ from --

A. The responsibilities of a tactical flight officer --

Q. Hold on one second. That's okay. It's hard to remember, but we're not engaged in a normal conversation, so just let the court reporter take down the question before you give your answer.

How did the responsibilities of the pilot differ from the responsibilities of a tactical flight officer?

A. The responsibilities of a pilot are to maintain the safe operation of the aircraft, as well as talk to air traffic control, and look for any sort of other airplanes, helicopters, traffic that might be in the vicinity of where I'm working, but the main responsibility is the safe operation of the aircraft over everything else.

Q. When you're operating as a pilot, do you also sometimes make observations of the ground from the air?

A. Yes.

Q. And as a pilot, do you also sometimes broadcast your observations over some kind of radio communication?

A. Yes.

Q. And is it your understanding as a pilot, that when broadcasting over the radio, your observations of the ground from the air, that, that information is going to officers on the ground who will rely on that information?

A. Yes.

MR. BRENTE: I'll just belatedly object as calling for speculation about officers relying on it. He might have a belief, but he wouldn't know for sure.

BY MS. PARTOW:

Q. But that's your understanding is the reason why you would make the radio broadcast, correct, so the other officers could hear it?

A. Yes.

Q. I read the transcript of your recorded interview, and in it you talked briefly about orbiting the helicopter in a counterclockwise direction; do you recall that?

A. Yes.

something happens, we can possibly glide to the street or intersection, that's the difference in both.

Q. So, as a pilot, as you're also making observations of the ground from the air, you're also piloting the helicopter in a counterclockwise direction, and that's constant?

A. Yes.

Q. Your recollection of the incident involving Mr. Pina, did that take place at night?

A. Yes.

Q. And do you recall, approximately, what time in the evening that took place?

A. From what I recall, it was, approximately, 11:30 at night.

Q. So it was dark outside?

A. Yes, it was.

Q. Do you recall whether or not there was any illumination coming from the helicopter?

A. We had our nights and our spotlight on.

Q. Who was operating the spotlight?

A. My partner.

Q. Is that something that -- have you ever operated a spotlight?

MR. BRENTE: The Nightsun?

mechanism that would allow tactical flight officer to magnify what he's seeing on the ground?

A. Aside from binoculars, no.

Q. And just so that I have it correct in my mind, you're orbiting in a counterclockwise direction, the pilot seat is on the left of the plane, and Heiserman is sitting to your right?

A. So if you're facing the helicopter itself from the nose looking inward, the pilot sits on the left side, the tactical flight officer sits on the right side, if you're facing the helicopter. If you're in the backseat of the helicopter, the tactical flight officer is sitting on the left, and the pilot is sitting on the right.

Q. I see. Okay. So you had some information that lead you to respond to an area where you eventually observed Mr. Pina standing in a backyard; is that correct?

A. Yes.

Q. What was the information that you received, that caused you to respond to that area?

A. We heard foot pursuit come out on Southeast Base of an officer that was running after a suspect with a gun, that's what lead us to go over there.

and then runs back to the side of the rear house again, and then to the rear yard.

Q. When Mr. Pina's concealing himself behind the car that's parked in the driveway, do you see Mr. Pina make any sort of throwing motion with either of his arms?

A. No.

Q. So you then see him run -- well, he eventually ends up in the rear yard, correct?

A. Yes.

Q. Okay. And do you observe Mr. Pina run the entire way? In other words, are you consistently watching him as he runs from the parked car in the driveway to the rear yard?

A. No.

Q. And is that because you're also flying the helicopter?

A. Yes.

Q. Okay. The portion of Mr. Pina running from the parked car in the driveway into the yard that you do see, can you tell me what you observed of Mr. Pina?

A. Can you rephrase that question, I'm sorry.

Q. Sure. I know that you weren't watching

A. That's because I was kind of -- my attention was kind of divided between what was going on outside the aircraft, and what was going on inside the aircraft.

Q. Okay. So after you see Mr. Pina conceal himself at that parked car in the driveway, is it fair to say that the next time that you really got a good look of Mr. Pina, was when he was in the rear yard holding something, what you believed, was something to his head?

A. Yes.

Q. Can you tell me a little bit about what you saw when you say that it looked to you like Mr. Pina was going to commit suicide?

A. It looked like he had his arm up to his head or to the side of his head.

Q. And can you demonstrate that for me, and we'll try and explain it for the record. You don't have to stand. Just your arm.

A. Basically like his arm with his, you know, I guess, you know, placed against the side of his head.

Q. Was that his left hand that you saw do that or his right?

A. I don't remember the hands.

A. When he was in the driveway with the gun stance behind the car.

Q. Okay. So before you saw Mr. Pina in the rear yard, you had information that shots had been fired?

A. Yes.

Q. Okay. Was it your understanding that the shots fired were fired by LAPD?

A. The radio broadcast was, shots, shots fired, so at that point I don't know if it was from the suspect or the officers, or the suspect, and then officers. I don't know what the order was.

Q. Did you have any information as to how many shots were fired?

A. No.

Q. Did you form any impression, one way or the other, as to whether the shots that had been fired were fired by LAPD or by Mr. Pina?

A. I didn't form any impressions, no.

Q. Okay. At some point you see Mr. Pina fall to the ground in the rear yard; is that correct?

A. Yes.

Q. Was it your understanding, based on what you observed, that Mr. Pina had shot himself?

A. That's what I assumed, yes.

Q. Can you tell me what you base that assumption on?

A. His behavior with his arm to the side of his head, and then at the next point when I visually had observation on him again, him being down on the ground.

Q. You never saw a muzzle flash come from Mr. Pina; is that correct?

A. No.

Q. What's your best estimate as to the elevation that the helicopter was orbiting at, at the time that you saw Mr. Pina fall to the ground?

A. We were 3- to 600 feet above the ground.

Q. Can you be any more specific? I mean, 300 feet is quite a big gap.

A. I can't, no. I'd be guessing.

Q. Do you normally keep the helicopter somewhere between 3- and 600 feet when you're orbiting around a suspect, say, for example, as you were in this case?

A. It depends on the type of the situation, the air space, the traffic, the weather, so it's not a blanket, this is the altitude we keep it on. There's a lot of determining factors that go into

driveway?

A. I don't remember, no.

Q. You don't remember or no?

A. I don't remember specifically, no.

Q. When you saw Mr. Pina's person in the rear yard, could you tell if his lips were moving?

A. No.

Q. Did you see what appeared to be Mr. Pina talking?

A. No.

Q. And that's because you couldn't see, what, if anything, he would have been doing with his mouth from where you were in the air?

A. That's correct.

Q. When Mr. Pina was in the rear yard, you said that you observed what appeared to you to be Mr. Pina perhaps pointing a gun at his head; is that correct?

A. I observed his behavior, which appeared that he had a gun to his head based on his -- the way his arm was positioned to the side of his head.

Q. Okay. When Mr. Pina was in the rear yard, did you ever see him do anything that lead you to believe that he was pointing a gun at anybody else?

A. One time.

Q. So two days ago was the first time you ever heard it?

A. Yes.

MR. BRENTE: Other than that night.

BY MS. PARTOW:

Q. Assuming that you heard the words that were coming out of his own mouth, yeah, other than that night. Can you tell me what radio broadcasts you made that night?

A. I can't remember specifically what I said.

Q. In your own words.

A. The first one was two officers on the ground to make sure that they can see down an alley, so that we can have the containment totally set. I guess, I saw an area or a spot that there wasn't an officer there, so I made the observation to the ground guys that were in the area to make sure that they can see the area that didn't have coverage, so that's what I was asking.

Q. Would that have been the first broadcast that you made that night?

A. Yes.

Q. Was to provide information to officers on

the ground about an area that you believed they could not see?

A. Yes.

Q. What was the next broadcast that you made that night?

A. I think that was just reaffirming that they could see it, and I was just basically telling them, okay, that if they could see it, that you know, that as long as somebody had coverage on it, that, that was it, and that was what the second broadcast was.

Q. Do you recall the third?

A. I only made two.

Q. Those are the only two broadcasts?

A. Those are the only two times that I talked on the radio.

Q. Officer Heiserman was making radio broadcast from the helicopter that evening, correct?

A. Yes.

Q. And could you hear what broadcast he was making?

A. Yes.

Q. And what broadcast did you hear him making?

REPORTER'S CERTIFICATE

I, LETICIA ROJO, CSR No. 12132, Certified Shorthand Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Dated this 29th day of January, 2016.

LETICIA ROJO CSR [illegible]2