```
 1                  UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
 3
 4    SERGIO PINA,                 )       ORIGINAL
                                   )
 5            Plaintiff,            )
                                   )
 6        vs.                      ) Lead Case No.:
                                   ) 13-cv-04989 FMO (MRWx)
 7    THE CITY OF LOS ANGELES,     )
      THE LOS ANGELES POLICE       )
 8    DEPARTMENT, ERIK MAJIA,      ) Consolidated Case No.:
      BRIAN PRESTON, EARL          ) 15-cv-0756 FMO (MRWx)
 9    WILLIAMS AND DOES 1 THRU     )
      50, INCLUSIVE,               )
10                                 )
                                   )
11            Defendants.          )
                                   )
12    _____
13
14
15                       DEPOSITION OF
16                 OFFICER ROBERT HEISERMAN
17                  LOS ANGELES, CALIFORNIA
18                    JANUARY 15, 2016
19
20
      ATKINSON-BAKER, INC.
21    COURT REPORTERS
      (800)288-3376
22    www.depo.com
23
24    REPORTED BY:    LETICIA ROJO, CSR NO. 12132
25    FILE NO.:       AA00819
```

```
 1   essentially and provide information regarding calls
 2   or incidents from my observations to the ground
 3   officers.
 4        Q.   You said that one of your primary
 5   responsibilities as a tactical flight officer is to
 6   communicate observations you make from the air of
 7   the ground to officers on the ground?
 8        A.   Correct.
 9        Q.   Tell me about how the information that
10   goes into your air support log?
11        A.   Essentially the log is a -- basically
12   notes of the calls that were handled on that
13   particular shift.
14        Q.   It doesn't contain any narrative summary
15   of yourself as to what you may have observed during
16   any one of the calls?
17        A.   Essentially that's what I mean by notes,
18   I guess.
19        Q.   Do you author an air support log at the
20   end of every shift?
21        A.   Yes.
22        Q.   And when you author your air support
23   logs, is it typically your intention to make them
24   as complete as possible?
25        A.   Yes.
```

```
 1  understand that we're here today to talk about an
 2  officer involved shooting of Mr. Sergio Pina;
 3  correct?
 4       A.   Correct.
 5       Q.   Okay. And on that night, you were a
 6  tactical flight officer in a helicopter and
 7  observed some of the incident; correct?
 8       A.   Correct.
 9       Q.   Okay. Can you tell me on that night what
10  it was that brought you to the area of the
11  incident?
12       A.   I heard over the radio that there was a
13  unit, southeast unit in foot pursuit of a man with
14  a gun.
15       Q.   And piloting the helicopter that you rode
16  in that evening was Officer Pappas; correct?
17       A.   Correct.
18       Q.   And so then at what point in time -- or
19  at some point in time you observed Mr. Pina on that
20  night; correct?
21            MR. BRENTE:  The Person he now knows to
22  be Mr. Pina?
23            MS. PARTOW:  Yes.
24            THE WITNESS:  Correct.
25  /////
```

17

1   Q.   At any point in time when Mr. Pina was
2   walking on the sidewalk, did you ever see Mr. Pina
3   make any sort of throwing motion with either of his
4   hands?
5   A.   No.
6   Q.   At any point in time when you observed
7   Mr. Pina walking on the sidewalk, did you ever see
8   any object on Mr. Pina's person that you thought
9   might have been a gun?
10   A.   No.
11   Q.   Did you see any object at all on
12   Mr. Pina's person at that time?
13   A.   Other than clothing, no.
14   Q.   What did you see Mr. Pina do after you
15   saw him walking on the sidewalk?
16   A.   He began running eastbound, and then made
17   a right turn into a driveway of a house.
18   Q.   And did Mr. Pina take a position
19   somewhere?
20   A.   He continued up the driveway to a
21   backhouse where he turned, when he arrived at the
22   corner of the backhouse and took what I would call
23   a shooting stance facing back toward the street or
24   down the driveway.
25   Q.   Okay.  During the period of time that you

21

1  saw Mr. Pina run from the sidewalk area down the
2  driveway to the backhouse, were you watching
3  Mr. Pina consistently that entire time?
4     A.   Yes.
5     Q.   And were you using a Nightsun to
6  illuminate Mr. Pina during that period of timed?
7     A.   Yes.
8     Q.   To your knowledge, during that period of
9  time had the helicopter made any kind of change in
10 elevation, and when I say, "change," I'm not
11 talking about a difference of 10 or 20 feet?
12    A.   Not that I'm aware.
13    Q.   During the period of time between when
14 Mr. Pina was on the sidewalk and Mr. Pina made it
15 to the backhouse, were you using binoculars to
16 observe Mr. Pina?
17    A.   At that time, no.
18    Q.   Were you using any kind of infrared
19 vision to observe Mr. Pina?
20    A.   No.
21    Q.   The helicopter was equipped with some
22 sort of the infrared viewing device that evening;
23 correct?
24    A.   I don't remember.  If it was equipped, I
25 don't know if it was functioning.

22

```
 1   reaches the backhouse.
 2        A.    No.
 3        Q.    Can you see Mr. Pina's hands?
 4        A.    Yes.
 5        Q.    What is he doing with his hands?
 6        A.    Running. Running motion.
 7        Q.    In a running pumping arms motion?
 8        A.    As I remember, yes.
 9        Q.    Can you describe for me what you observed
10   Mr. Pina do when he reached the backhouse?
11        A.    He again gets to the corner of the
12   backhouse and takes what I would call a shooting
13   stance at the corner of the house. To me it looked
14   like he was trying to use the corner of the
15   backhouse as protection or cover to try and conceal
16   himself. His arms were extended straight out in
17   front of him, hands together, and he was pointing
18   in the direction of the street facing down the
19   driveway.
20        Q.    Are you using the Nightsun to illuminate
21   Mr. Pina when he is taking this so-called shooting
22   stance?
23        A.    Yes.
24        Q.    Are you using the binoculars to view
25   Mr. Pina at that point where he is taking the
```

25

```
 1   shooting stance at the backhouse?
 2        A.   No.
 3        Q.   Do you see an object in Mr. Pina's hands
 4   at the point where he's taking the shooting stance
 5   at the backhouse?
 6        A.   Yes.
 7        Q.   Do you form any impression as to what
 8   that object is?
 9        A.   My impression was that he was holding a
10   handgun.
11        Q.   What lead you to believe that Mr. Pina
12   was holding a handgun at that point?
13        A.   The fact that it was a dark object.  His
14   hands were clasped together as if he was holding a
15   handgun.  The stance that he took is, in my
16   experience and training, the same as a shooting
17   stance you would take.
18        Q.   When you say that his arms are clasped
19   together, or his hands are clasped together, excuse
20   me, are you saying that Mr. Pina was holding both
21   of his arms out stretched in front of his chest?
22        A.   Yes.
23        Q.   Could you see that the object in his
24   hands was metal?
25        A.   That I couldn't tell.
```

26

1  A.  No.

2  Q.  Mr. Pina moved from that position at the
3  backhouse at some point, correct?

4  A.  Correct.

5  Q.  At any point Mr. Pina moved, did you make
6  any effort to use your binoculars to your view of
7  what Mr. Pina had in his hands?

8  A.  No.

9  Q.  Did it appear to you that Mr. Pina was
10  saying anything at that point?

11  A.  Not that I remember, no.

12  Q.  What did you observe Mr. Pina do when he
13  moved from the position at the backhouse?

14  A.  He moved to the corner part of the front
15  house.

16  Q.  And did he run to that area?

17  A.  I can't remember if he ran or if it was a
18  quick jog or walk, but he moved to that position.

19  Q.  And did you see his hands while he moved
20  to that position?

21  A.  Yes.

22  Q.  And what was he doing with his hands?

23  A.  They're in the same position, hands
24  together, arms stretched out in front of him.

25  Q.  What does Mr. Pina do when he gets to the

1  place where you saw him move?
2     A.  He stayed there for a short time, and
3  then moved back again over to the corner of the
4  backhouse.
5     Q.  Okay.  And then what did you see Mr. Pina
6  do?
7     A.  He did that same back and forth, maybe,
8  two times, and then he moved back to the backhouse
9  to, what I would say, is the west side of that
10 backhouse.
11    Q.  Okay.  So while Mr. Pina is doing this
12 back and forth motion, up until the time he gets to
13 the west side of the backhouse, is it your
14 testimony that Mr. Pina has both of his arms out
15 stretched in front of him as he's making these
16 movements?
17    A.  Yes.
18    Q.  The entire time?
19    A.  As I remember, yes.
20    Q.  And could you see an object in Mr. Pina's
21 hands the entire time that he's doing this back and
22 forth movement?
23    A.  Yes.
24    Q.  And at any point in time as Mr. Pina is
25 making this back and forth movement, do you

29

1  actually see a gun in Mr. Pina's hands?
2     A.   Identified something as a handgun, no.
3     Q.   Up until the point in time that Mr. Pina
4  positioned himself at the west side of the
5  backhouse, so you observed him on the sidewalk,
6  he's come down the driveway, he's taking some
7  position of cover at the backhouse, he's done the
8  back and forth, and now he's reached the west side
9  of the backhouse, are you with me?
10    A.   Yes.
11    Q.   Okay.  Up until that point, do you make
12 any dispatch about a gun?
13         MR. BRENTE:  You mean broadcast?
14         MS. PARTOW:  Broadcast.  Thank you.
15         THE WITNESS:  When he initially ran up to
16 the backhouse and took that original shooting
17 stance, I believe My broadcast was something to the
18 effect, that he may be armed, and for officers not
19 to continue up the driveway.
20    Q.   Other than saying that Mr. Pina may be
21 armed, and advising officers not to continue up the
22 driveway, up until the point that Mr. Pina takes
23 the position at the west side of the backhouse, do
24 you make any other broadcasts?
25    A.   Any time he moved positions, I would

1  update the officers as to his location.
2     Q.   Did you say anything about any object
3  that Mr. Pina has in his hands?
4     A.   Other than him possibly being armed, no.
5     Q.   What do you see Mr. Pina do at the point
6  he positions himself at the west side of the
7  backhouse?
8     A.   He was there for a time, and then ran
9  back out toward the driveway, and positioned
10 himself between a car and the garage door.
11    Q.   So when you say that Mr. Pina was at the
12 west side of the backhouse for a time, how long
13 would you say he was there for?
14    A.   Probably less than a minute would be my
15 best guess.
16    Q.   And during this period of less than a
17 minute, is Mr. Pina still taking the position with
18 both of his arms out stretched in front of his
19 chest?
20    A.   No.
21    Q.   What is Mr. Pina's body position like at
22 that point?
23    A.   I think at that point he was just
24 standing and pacing on the side of the house.
25    Q.   Did you see anything in Mr. Pina's hands

31

```
 1   squatting shooting stance.  He had his arms out
 2   stretched again with that dark object in his hand
 3   and was ducking kind of behind the car.
 4        Q.   How long was he in between the car and
 5   the garage door for?
 6        A.   I don't know.  It was all, as I remember
 7   it, just seconds before he positioned himself.
 8        Q.   When Mr. Pina is between the car and the
 9   garage door, can you see his hands?
10        A.   At certain points, yes.
11        Q.   And do you see any object in any of his
12   hands?
13        A.   Yes.
14        Q.   Do you ever see a gun?
15        A.   Still the same dark object.
16        Q.   Do you ever see a gun at that point?
17        A.   Identified as a handgun, no.
18        Q.   When Mr. Pina is in between the car and
19   the garage, do you see Mr. Pina make any sort of
20   throwing motion with either of his hands?
21        A.   No.
22        Q.   What do you see Mr. Pina do next?
23        A.   At one point there were two cars parked
24   tandem in that driveway, then he repositioned
25   himself between the two cars, and sort of took the
```

33

```
 1   same sort of kneeling or squatting stance with the
 2   object in his hand.
 3        Q.   Where does Mr. Pina go after that?
 4        A.   He moved, as I remember, moved more
 5   toward the -- I'll call it like the east -- part of
 6   the car that was on the eastern side of the car,
 7   kind of the corner of that car, and then back
 8   around in between the two cars where he stayed down
 9   there for a short times a well.
10        Q.   How long do you think that Mr. Pina
11   positioned himself in the area of the two cars in
12   the garage?
13        A.   I don't know.  Seconds.  Thirty seconds.
14   Forty seconds.  I don't know.
15        Q.   At some point in time Mr. Pina moves from
16   that area into a rear yard; is that correct?
17        A.   Correct.
18        Q.   Okay.  During that thirty or forty-second
19   period where Mr. Pina is in the area of the two
20   cars and the garage, are there any trees, or is
21   there any angle that is obstructing your view of
22   Mr. Pina?
23        A.   Yes, there is trees and a roofline that
24   obstructs our view.
25        Q.   And so is it fair to say, that as you're
```

34

Atkinson-Baker Court Repoters
www.depo.com

1  Q.  And during that thirty or forty-second
2  period of time, do you ever see a gun in Mr. Pina's
3  hands?
4  A.  Just the same dark object, but unable to
5  identify if it's a gun.
6  Q.  And so then the same questions, once you
7  see Mr. Pina move to the rear yard, I think you
8  told me that there were some things like a tree
9  line and a building line that obstructed your view
10 of him at times?
11 A.  Correct.
12 Q.  And is that because as the helicopter you
13 were seated in rotates in its counterclockwise
14 orbit, that at times you were able to see Mr. Pina,
15 and other times your view of him was obstructed?
16 A.  Correct.
17 Q.  At some point in time when Mr. Pina is in
18 the rear yard, you see him fall to the ground; is
19 that correct?
20 A.  Correct.
21 Q.  Okay.  Up until the time that you see
22 Mr. Pina fall to the ground, do you ever see
23 anything in Mr. Pina's hands that you were able to
24 identify as a gun?
25 A.  Yes.

36

```
 1     Q.    And when did you see a gun in Mr. Pina's
 2  hand?
 3     A.    At one point when he was in the rear yard
 4  and I was able to get a clear view of him through
 5  the binoculars, I can tell he was holding a
 6  handgun.
 7     Q.    Okay.  What was Mr. Pina doing when you
 8  were looking at him through the binoculars and you
 9  saw a gun?
10     A.    He had the gun held up to his head with
11  his right hand, the barrel of it against the side
12  of his head, and he also had a cell phone in his
13  left hand.
14     Q.    Tell me at what point you began viewing
15  Mr. Pina through binoculars?
16     A.    That I remember, at various points when
17  he was in the rear yard.
18     Q.    But not before that?
19     A.    That I remember, no.
20     Q.    Were you looking at Mr. Pina through the
21  binoculars when he fell to the ground?
22     A.    No.
23     Q.    Can you describe for me the position of
24  Mr. Pina's arm when you say that you saw a gun in
25  his right hand with a barrel to his head?
```

```
 1       Q.    After he had fallen to the ground the
 2  first time?
 3       A.    Correct.
 4       Q.    When you saw Mr. Pina moving on the
 5  ground, did you see an object in his hands?
 6       A.    There was an object in his hands, yes.
 7       Q.    Were you able to identify that object as
 8  a gun?
 9       A.    No.
10       Q.    When you saw Mr. Pina standing in the
11  backyard with the cell phone in his left hand, did
12  he appear to be talking to you?
13       A.    I couldn't tell if he was talking or not.
14       Q.    Could you see whether he was moving his
15  mouth through the binoculars?
16       A.    I don't know because of his body position
17  if I was able to see his face at that point or not.
18       Q.    Did you form the impression that Mr. Pina
19  had shot himself?
20       A.    Yes.
21       Q.    And that was based on what you saw
22  Mr. Pina doing with the gun in his right hand with
23  the barrel to his head?
24       A.    Correct.
25       Q.    Did you ever see a muzzle flash come from
```

45

```
 1    Q.    Less than five?
 2    A.    Don't know.
 3    Q.    Less than three?
 4    A.    I have no idea.
 5    Q.    Less than ten?
 6    A.    I don't know.
 7    Q.    You're not saying it's possible that you
 8 broadcast ten times that Mr. Pina had a gun that
 9 night?
10    A.    I couldn't tell you.  I'm not going to
11 commit to a number.
12    Q.    Fair enough.
13    A.    When Mr. Pina fell to the ground, did you
14 continue to illuminate him with your Nightsun.
15    A.    Yes.
16    Q.    Were you using your binoculars to view
17 Mr. Pina after he fell to the ground?
18    A.    I don't remember.
19    Q.    Did you continue to view or to use your
20 Nightsun to illuminate Mr. Pina up until the time
21 that officers took him into custody?
22    A.    Yes.
23    Q.    So between the time that Mr. Pina fell to
24 the ground, and let's say he was handcuffed by LAPD
25 officers, did you see a canine dog deployed to
```

47

```
 1   for you.
 2              And from you, Corey, right?
 3              MR. BRENTE:  (Nodding.)
 4   BY MS. PARTOW:
 5      Q.   When you saw Mr. Pina on the sidewalk
 6   initially with officers behind him, and he
 7   testified that it looked like Mr. Pina was ignoring
 8   those officers, do you have that testimony in mind?
 9      A.   Yes.
10      Q.   During that period of time when Mr. Pina
11   was on the sidewalk, did you see Mr. Pina make any
12   threatening movements towards either of those
13   officers?
14      A.   Not that I remember, no.
15      Q.   You made one PA announcement in attempt
16   to communicate with Mr. Pina when he was at the
17   west side of that backhouse; is that correct?
18      A.   Correct.
19      Q.   And can you tell me, approximately, or in
20   your own words what announcement you made to
21   Mr. Pina at that time?
22      A.   Something to the effect to put the gun
23   down or drop the gun, and come out with his hands
24   up, and meet with the officers out front, and
25   following the directions.
```

REPORTER'S CERTIFICATE

I, LETICIA ROJO, CSR No. 12132, Certified Shorthand Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Dated this 29th day of January, 2016.



LETICIA ROJO CSR