1                    UNITED STATES DISTRICT COURT

2                   CENTRAL DISTRICT OF CALIFORNIA

3

4    SERGIO PINA,                  )
                                   )
5                    Plaintiff,    )
                                   )
6          vs.                     )   No. CV13-04989 FMO (MRWx)
                                   )
7    THE CITY OF LOS ANGELES, a    )
     municipality; ERIK MEJIA, an  )
8    individual; JASON SCHWAB, an  )
     individual; CARLOS LOZANO,    )
9    an individual; CLIFF CHU, an  )
     individual; JASON MALIK, an   )
10   individual; JEFFREY BRUNER,   )
     an individual; BRIAN PRESTON, )
11   an individual; EARL WILLIAMS, )
     an individual; and DOES 7-10, )
12   inclusive,                    )
                                   )
13                   Defendants.   )
     _____)

14

15                    VIDEOTAPED DEPOSITION OF

16                     OFFICER JASON MALIK

17                  WOODLAND HILLS, CALIFORNIA

18                 TUESDAY, FEBRUARY 17, 2015

19

20

21
     ATKINSON-BAKER, INC.
22   COURT REPORTERS
     (800) 288-3376
23   www.depo.com

24   REPORTED BY:   ANABELE M. MONTGOMERY, CSR NO. 13231

25   FILE NO.:      A901401

1

Exhibit - G - Page - 60

| | | |
|---|---|---|
| 1 | touching and, to someone else, might mean 2 or 3 feet | 10:26:31 |
| 2 | away. | 10:26:35 |
| 3 | Do you have an estimate as to how far they were | 10:26:37 |
| 4 | from the back of the house? | 10:26:39 |
| 5 | A    They were close to the house.  I don't think | 10:26:41 |
| 6 | they were touching the house, but they were fairly close. | 10:26:43 |
| 7 | Q    Within a couple of feet? | 10:26:46 |
| 8 | A    Yes. | 10:26:47 |
| 9 | Q    Okay.  Was -- at some point, you saw Mr. Piña | 10:26:48 |
| 10 | when, I believe, you were on a rooftop; is that correct? | 10:26:53 |
| 11 | A    That is correct. | 10:26:56 |
| 12 | Q    And at some point, you fired two shots at | 10:26:57 |
| 13 | him? | 10:27:02 |
| 14 | A    Correct. | 10:27:02 |
| 15 | Q    And after that, did he appear to go down to the | 10:27:03 |
| 16 | ground? | 10:27:07 |
| 17 | A    Yes. | 10:27:07 |
| 18 | Q    You saw Mr. Piña walking around for a short | 10:27:08 |
| 19 | time before you shot him; is that true? | 10:27:09 |
| 20 | A    That is true. | 10:27:10 |
| 21 | Q    When you saw him walking around before you shot | 10:27:11 |
| 22 | him, did he appear to you to have been injured before you | 10:27:13 |
| 23 | shot him? | 10:27:18 |
| 24 | A    No. | 10:27:19 |
| 25 | Q    Did he appear to you, before you shot him, to | 10:27:21 |

16

| | | |
|---|---|---|
| 1 | used it in another deposition.  And let me tell you -- | 10:28:48 |
| 2 | point out some things, and you tell me whether that's a | 10:28:52 |
| 3 | line -- in align with your recollection or not.  We -- | 10:28:55 |
| 4 | there's a structure here that we put "Building Roof." | 10:28:58 |
| 5 | Do you see what I'm pointing to? | 10:29:00 |
| 6 | A    Yes. | 10:29:00 |
| 7 | Q    Were you on top of that structure at some | 10:29:01 |
| 8 | point? | 10:29:03 |
| 9 | A    I was. | 10:29:03 |
| 10 | Q    And when you fired your two shots, were you on | 10:29:04 |
| 11 | the building roof? | 10:29:07 |
| 12 | A    I was. | 10:29:08 |
| 13 | Q    And then we -- it's probably hard to read my | 10:29:08 |
| 14 | writing.  We put "Camper Roof." | 10:29:12 |
| 15 | It's my understanding your partner, at some | 10:29:14 |
| 16 | point, transitioned onto the camper roof; is that your | 10:29:16 |
| 17 | recollection? | 10:29:20 |
| 18 | A    That is correct. | 10:29:23 |
| 19 | Q    And to the best of your recollection, was your | 10:29:24 |
| 20 | partner on the camper roof when you fired your two | 10:29:26 |
| 21 | shots? | 10:29:29 |
| 22 | A    Yes. | 10:29:30 |
| 23 | Q    Okay.  And who was your partner that day? | 10:29:30 |
| 24 | A    Jeff Bruner. | 10:29:33 |
| 25 | Q    Okay.  Then we put "House" on this structure; | 10:29:35 |

18

| | | |
|---|---|---|
| 1 | is that the structure you were referring to where the | 10:29:38 |
| 2 | wallet and the phone were close to the back wall of it? | 10:29:41 |
| 3 |     A   Yes. | 10:29:44 |
| 4 |     Q   Okay.  And "North" has an arrow on it.  I think | 10:29:45 |
| 5 | that was put in by one of the officers. | 10:29:50 |
| 6 |        But does that seem right as far as the | 10:29:55 |
| 7 | direction? | 10:29:57 |
| 8 |     A   Yes. | 10:29:57 |
| 9 |     Q   Okay.  And there's a "P," which I'm pretty sure | 10:29:58 |
| 10 | was meant to designate "Mr. Piña." | 10:30:01 |
| 11 |        Was that the general area you recall Mr. Piña | 10:30:07 |
| 12 | when he went down to the ground after you fired the | 10:30:09 |
| 13 | shots? | 10:30:12 |
| 14 |     A   Fairly close, yes. | 10:30:13 |
| 15 |     Q   Okay.  Was he fairly close to that area as well | 10:30:14 |
| 16 | when you fired your shots? | 10:30:18 |
| 17 |     A   Fairly close to that. | 10:30:20 |
| 18 |     Q   Okay.  And as I understand -- strike that. | 10:30:21 |
| 19 |        Which -- Mr. Piña was standing up when you | 10:30:28 |
| 20 | fired your shots; is that true? | 10:30:31 |
| 21 |     A   That's true. | 10:30:33 |
| 22 |     Q   And which way was Mr. Piña facing when you | 10:30:33 |
| 23 | fired your shots? | 10:30:36 |
| 24 |     A   His front of his body was facing in a westerly | 10:30:37 |
| 25 | direction. | 10:30:41 |

19

| | | |
|---|---|---|
| 1 | next shot? | 10:31:53 |
| 2 | MR. BRENTE:  You're asking what he did? | 10:31:55 |
| 3 | MR. GALIPO:  Yes. | 10:31:57 |
| 4 | THE WITNESS:  I looked over to my partner, | 10:31:58 |
| 5 | Officer Bruner, on the camper roof that you have | 10:32:01 |
| 6 | designated and asked if he was okay.  Right after that, I | 10:32:04 |
| 7 | remember hearing the air unit put out that Mr. Piña just | 10:32:10 |
| 8 | self-inflicted and that he was down in the backyard, and | 10:32:14 |
| 9 | I utilized my radio to let the airship know that it was | 10:32:19 |
| 10 | an officer-involved shooting and he did not self-inflict, | 10:32:24 |
| 11 | and then I heard the other shot. | 10:32:28 |
| 12 | BY MR. GALIPO: | 10:32:31 |
| 13 | Q   Okay.  Just so I have the chronology, after you | 10:32:31 |
| 14 | fired your two shots, you asked your partner if he was | 10:32:35 |
| 15 | okay? | 10:32:38 |
| 16 | A   Yes. | 10:32:39 |
| 17 | Q   And part of the reason you did that -- because | 10:32:39 |
| 18 | you saw your partner go down at or about the time you | 10:32:41 |
| 19 | fired? | 10:32:47 |
| 20 | A   Correct. | 10:32:48 |
| 21 | Q   And you were concerned that possibly one of | 10:32:49 |
| 22 | your shots had struck him? | 10:32:52 |
| 23 | A   No.  I was concerned that Mr. Piña fired a | 10:32:54 |
| 24 | round and hit my partner, which is why I asked if he was | 10:32:58 |
| 25 | okay. | 10:33:02 |

21

Exhibit - G - Page - 64

```
 1        Q    Okay.  You never had a concern that one of your    10:33:04

 2   shots could have possibly struck your partner?              10:33:06

 3        A    No, not at all.                                   10:33:09

 4        Q    Okay.  Then your partner said he was okay?        10:33:11

 5        A    Correct.                                          10:33:14

 6        Q    And then you heard the air unit say something     10:33:15

 7   to the effect that Mr. Piña had just shot himself?          10:33:18

 8        A    Correct.                                          10:33:22

 9        Q    And you wanted to clarify to let the air unit     10:33:22

10   and other officers know that you -- that, actually, it      10:33:25

11   was an officer-involved shooting?                           10:33:29

12        A    That's correct.                                   10:33:32

13        Q    And what you were trying to communicate is that   10:33:33

14   an officer had fired?                                       10:33:33

15        A    Correct.                                          10:33:33

16        Q    And -- because you knew you had fired?            10:33:34

17        A    Correct.                                          10:33:35

18        Q    And it was after you made that communication      10:33:36

19   that you heard this additional shot?                        10:33:38

20        A    Correct.                                          10:33:41

21        Q    Where was your gun trained when you heard the     10:33:44

22   additional shots?  Still pointed at Mr. Piña?               10:33:46

23        A    No.  I had moved it down into a -- what would     10:33:50

24   be considered a low ready position.                         10:33:53

25        Q    Okay.  At the time you fired your shots, was      10:33:56
```

22

| | | |
|---|---|---|
| 1 | there some light the -- illuminating the backyard from | 10:34:04 |
| 2 | the helicopter? | 10:34:11 |
| 3 | A    Yes. | 10:34:11 |
| 4 | Q    To the best of your recollection, was the air | 10:34:13 |
| 5 | unit orbiting at the time you fired your shots? | 10:34:15 |
| 6 | A    Yes.  He -- the air unit was orbiting. | 10:34:18 |
| 7 | Q    And that was one of the reasons you thought -- | 10:34:21 |
| 8 | the area it was orbiting -- that there was a good chance | 10:34:26 |
| 9 | Mr. Piña was in the backyard even before you saw him? | 10:34:29 |
| 10 | MR. BRENTE:  Objection.  Vague and ambiguous. | 10:34:34 |
| 11 | You can answer if you understand. | 10:34:35 |
| 12 | THE WITNESS:  I don't understand that.  If you | 10:34:37 |
| 13 | could rephrase it. | 10:34:39 |
| 14 | BY MR. GALIPO: | 10:34:40 |
| 15 | Q    Well, it's obviously not a good question.  He | 10:34:40 |
| 16 | objected and you didn't understand it. | 10:34:44 |
| 17 | At some point, one of your fellow officers or | 10:34:46 |
| 18 | perhaps a sergeant recommended that you and your partner | 10:34:49 |
| 19 | see if you can get up on a rooftop; is that correct? | 10:34:54 |
| 20 | MR. BRENTE:  It wasn't a sergeant. | 10:34:58 |
| 21 | MR. GALIPO:  Another off -- was it Officer | 10:34:59 |
| 22 | Algren? | 10:35:00 |
| 23 | THE WITNESS:  Correct. | 10:35:03 |
| 24 | BY MR. GALIPO: | 10:35:03 |
| 25 | Q    Okay.  And so that was one of the reasons you | 10:35:03 |

Exhibit - G - Page - 66

| | | |
|---|---|---|
| 1 | got on the rooftop; correct? | 10:35:06 |
| 2 | A    That's correct. | 10:35:07 |
| 3 | Q    And when you first got on the rooftop, is it | 10:35:07 |
| 4 | correct that you could not see Mr. Piña? | 10:35:11 |
| 5 | A    That is correct. | 10:35:14 |
| 6 | Q    But in your mind, you though he was probably | 10:35:14 |
| 7 | not in that backyard? | 10:35:17 |
| 8 | A    From previous talk on the radio, I knew that | 10:35:19 |
| 9 | he -- Mr. Piña had been moving from the backyard to the | 10:35:23 |
| 10 | front of the house to the backyard and was doing that | 10:35:27 |
| 11 | during this encounter. | 10:35:29 |
| 12 | Q    Going back and forth? | 10:35:31 |
| 13 | A    Correct. | 10:35:33 |
| 14 | Q    But you also saw the air unit orbiting, coming | 10:35:33 |
| 15 | down a little lower in its light, in the area of the | 10:35:37 |
| 16 | backyard; is that fair? | 10:35:41 |
| 17 | A    At which point in time?  When I shot? | 10:35:42 |
| 18 | Q    No.  When you were on the rooftop, as you were | 10:35:46 |
| 19 | trying to get a visual on Mr. Piña. | 10:35:49 |
| 20 | A    I don't remember exactly where the light was. | 10:35:53 |
| 21 | I knew it was around this house, but I don't know if the | 10:35:55 |
| 22 | light was actually in the backyard or not -- | 10:35:55 |
| 23 | Q    That's -- | 10:35:58 |
| 24 | A    -- at that specific time. | 10:35:58 |
| 25 | Q    Now, when you fired, was there some lighting in | 10:35:59 |

24

Exhibit - G - Page - 67

| | | |
|---|---|---|
| 1 | the backyard from the area? | 10:36:03 |
| 2 | A    Yes. | 10:36:04 |
| 3 | Q    Okay.  And that enabled you to be able to see | 10:36:05 |
| 4 | Mr. Piña? | 10:36:08 |
| 5 | A    Correct. | 10:36:09 |
| 6 | Q    You, at some point, saw a phone in his hand; is | 10:36:09 |
| 7 | that correct? | 10:36:14 |
| 8 | A    That is correct. | 10:36:15 |
| 9 | Q    Did you see a phone in his hand before you | 10:36:16 |
| 10 | fired? | 10:36:18 |
| 11 | A    Yes. | 10:36:18 |
| 12 | Q    So given the lighting at the time, you were | 10:36:19 |
| 13 | able to tell the object in one of his hands was a | 10:36:25 |
| 14 | phone? | 10:36:28 |
| 15 | A    Correct. | 10:36:28 |
| 16 | Q    And how could you tell it was a phone? | 10:36:29 |
| 17 | A    The way he was holding it and that it was | 10:36:31 |
| 18 | illuminated and illuminating his face. | 10:36:34 |
| 19 | Q    Okay.  How far away were you from Mr. Piña when | 10:36:38 |
| 20 | you observed the cell phone in his hand? | 10:36:47 |
| 21 | A    I was at various distances because he walked in | 10:36:49 |
| 22 | a circle or -- I want to say a complete circle, so he was | 10:36:57 |
| 23 | at various distances, but I would estimate about 18 yards | 10:37:00 |
| 24 | away. | 10:37:06 |
| 25 | (Officer Erik Mejia entered the deposition | 10:37:06 |

25

| | | |
|---|---|---|
| 1 | channel he was listening to most of the night, but -- | 10:50:09 |
| 2 | BY MR. GALIPO: | 10:50:12 |
| 3 | Q    You were on Southeast Simplex for the most of | 10:50:12 |
| 4 | the night? | 10:50:17 |
| 5 | A    Correct. | 10:50:18 |
| 6 | Q    Okay.  Do you specifically recall being on the | 10:50:19 |
| 7 | Southeast frequency or Metro frequency at any time before | 10:50:22 |
| 8 | you fired your shots related to this incident? | 10:50:26 |
| 9 | A    Yes. | 10:50:29 |
| 10 | Q    And when do you recall being on either one of | 10:50:29 |
| 11 | those frequencies? | 10:50:33 |
| 12 | A    I was on the Southeast frequency when I was | 10:50:34 |
| 13 | responding to it and -- and also monitoring Metro in my | 10:50:37 |
| 14 | vehicle while driving to that incident. | 10:50:42 |
| 15 | Q    But once you got there, for the most part, were | 10:50:44 |
| 16 | you on Southeast Simplex? | 10:50:47 |
| 17 | A    Correct. | 10:50:50 |
| 18 | Q    Did you attempt to inquire after you heard the | 10:50:51 |
| 19 | shots as to who was firing, whether it was officer -- | 10:50:54 |
| 20 | officers that had fired or someone else? | 10:50:58 |
| 21 | A    No. | 10:51:00 |
| 22 | Q    In terms of the description of the suspect, did | 10:51:02 |
| 23 | you have any specific description? | 10:51:05 |
| 24 | A    Yes. | 10:51:08 |
| 25 | Q    What description did you have? | 10:51:08 |

39

| | | |
|---|---|---|
| 1 | A   Male Hispanic, basketball shorts, gray | 10:51:12 |
| 2 | Pendleton. | 10:51:18 |
| 3 | Q   Was that a description that you had before you | 10:51:19 |
| 4 | arrived on scene? | 10:51:22 |
| 5 | A   Yes. | 10:51:24 |
| 6 | Q   Okay. | 10:51:25 |
| 7 | A   And when I first arrived on scene, that | 10:51:26 |
| 8 | description -- | 10:51:28 |
| 9 | Q   Okay. | 10:51:29 |
| 10 | A   -- was also given. | 10:51:29 |
| 11 | Q   Did you know if that was being given by | 10:51:31 |
| 12 | officers who had seen somebody, or do you know that was a | 10:51:35 |
| 13 | description that was communicated by dispatch from a | 10:51:38 |
| 14 | reporting party? | 10:51:41 |
| 15 | A   At the time of this incident, that was the | 10:51:42 |
| 16 | description I heard from officers while they were on foot | 10:51:44 |
| 17 | pursuit. | 10:51:48 |
| 18 | Q   Okay.  In terms of a description from a | 10:51:49 |
| 19 | reporting party, did you have any specific information in | 10:51:52 |
| 20 | that regards? | 10:51:58 |
| 21 | A   At the time of the incident, no. | 10:51:58 |
| 22 | Q   How many different volleys of shots did you | 10:52:07 |
| 23 | hear before you got on the rooftop? | 10:52:09 |
| 24 | A   Two. | 10:52:11 |
| 25 | Q   Okay.  The first volley of shots -- how many | 10:52:12 |

Exhibit - G - Page - 70

| | | |
|---|---|---|
| 1 | A    Immediately before?  No. | 10:55:16 |
| 2 | Q    Okay.  Then at some point, you heard a second | 10:55:18 |
| 3 | volley of shots; is that true? | 10:55:22 |
| 4 | A    Correct. | 10:55:24 |
| 5 | Q    Where were you at that time? | 10:55:26 |
| 6 | A    Again, I was in the same place, in the | 10:55:28 |
| 7 | east/west alley. | 10:55:31 |
| 8 | Q    Okay.  And approximately how much time passed | 10:55:33 |
| 9 | between the first volley of shots and the second volley | 10:55:36 |
| 10 | of shots? | 10:55:39 |
| 11 | A    It was a few minutes, probably maybe four -- | 10:55:40 |
| 12 | four minutes or so. | 10:55:43 |
| 13 | Q    Okay.  And how many shots did you hear in the | 10:55:45 |
| 14 | second volley of shots? | 10:55:48 |
| 15 | A    It was like another three, four shots. | 10:55:49 |
| 16 | Q    And could you tell from what direction they | 10:55:51 |
| 17 | sounded like they were coming? | 10:55:53 |
| 18 | A    Again, it was coming from about the same | 10:55:55 |
| 19 | direction and north in an easterly direction from where I | 10:55:58 |
| 20 | was. | 10:56:03 |
| 21 | Q    Did you hear any commands immediately before | 10:56:04 |
| 22 | the second volley of shots? | 10:56:06 |
| 23 | A    No. | 10:56:08 |
| 24 | Q    How much time passed from you hearing the | 10:56:12 |
| 25 | second volley of shots and you going on top of the | 10:56:14 |

44

Exhibit - G - Page - 71

| | | |
|---|---|---|
| 1 | roof? | 10:56:18 |
| 2 | A    After that second volley of shots, it -- maybe | 10:56:20 |
| 3 | another minute or so, and then myself and my partner | 10:56:24 |
| 4 | started making our way to 103rd Street to get to the | 10:56:28 |
| 5 | roof.  So it probably took us a good, I want to say, at | 10:56:32 |
| 6 | least four minutes to get over there. | 10:56:37 |
| 7 | Q    Okay.  So approximately four minutes or so | 10:56:39 |
| 8 | after the second volley of shots in getting to the | 10:56:42 |
| 9 | roof? | 10:56:46 |
| 10 | A    Correct. | 10:56:46 |
| 11 | Q    How did you actually get up on the roof?  Did | 10:56:47 |
| 12 | you have to step on some other objects to get up there? | 10:56:50 |
| 13 | A    Yes. | 10:56:52 |
| 14 | Q    Do you recall what they were? | 10:56:53 |
| 15 | A    Yes.  It was -- there was a washer and dryer | 10:56:54 |
| 16 | sitting outside of the house just below a window that had | 10:56:57 |
| 17 | bars on it, and I jumped up on the washer/dryer, climbed | 10:57:01 |
| 18 | up on the bars, and pulled myself up onto the roof. | 10:57:07 |
| 19 | Q    Okay.  In your unit, did you have a partner | 10:57:11 |
| 20 | that night? | 10:57:17 |
| 21 | MR. BRENTE:  I'll just object as to his unit. | 10:57:18 |
| 22 | What are you asking -- | 10:57:22 |
| 23 | BY MR. GALIPO: | 10:57:23 |
| 24 | Q    Strike that.  His vehicle that you drove up in. | 10:57:23 |
| 25 | MR. BRENTE:  Oh, in his car.  I see. | 10:57:27 |

45

Exhibit - G - Page - 72

| | | |
|---|---|---|
| 1 | MR. BRENTE:  Okay.  Got it.  Thank you. | 11:02:50 |
| 2 | THE WITNESS:  From what I remember, the -- he | 11:02:52 |
| 3 | was on the side of the house and he was walking south, | 11:02:54 |
| 4 | back towards the backyard. | 11:02:58 |
| 5 | BY MR. GALIPO: | 11:03:00 |
| 6 | Q   Did anybody broadcast that he had a -- that you | 11:03:00 |
| 7 | heard that he had a phone in his hand, one of his | 11:03:03 |
| 8 | hands -- | 11:03:07 |
| 9 | A   Yes. | 11:03:07 |
| 10 | Q   -- prior to you observing the phone? | 11:03:08 |
| 11 | A   I don't remember if it was prior to me | 11:03:11 |
| 12 | observing him or -- or maybe at the same time. | 11:03:14 |
| 13 | Q   Okay.  And who do you recall broadcasting that | 11:03:17 |
| 14 | he had a phone in his hand? | 11:03:21 |
| 15 | A   It was the air unit. | 11:03:23 |
| 16 | Q   Okay.  And then you also visually confirmed | 11:03:24 |
| 17 | that on your observations? | 11:03:27 |
| 18 | A   Correct. | 11:03:30 |
| 19 | Q   And your recollection is that this phone that | 11:03:39 |
| 20 | he had was dark colored? | 11:03:42 |
| 21 | A   The phone I remember, yes. | 11:03:44 |
| 22 | Q   And your recollection is it was in his left | 11:03:46 |
| 23 | hand? | 11:03:49 |
| 24 | A   Yes. | 11:03:50 |
| 25 | Q   When you were on the roof, do you ever recall | 11:03:55 |

50

Exhibit - G - Page - 73

| | | |
|---|---|---|
| 1 | hearing anybody say that he had a gun in his hand? | 11:03:59 |
| 2 | A    Yes. | 11:04:03 |
| 3 | Q    Who -- this is while you were on the roof; do | 11:04:04 |
| 4 | you understand that? | 11:04:07 |
| 5 | A    Yes. | 11:04:07 |
| 6 | Q    And before you fired your shots. | 11:04:08 |
| 7 | A    Correct. | 11:04:10 |
| 8 | Q    Who do you recall saying he had a gun in his | 11:04:11 |
| 9 | hand while you were on the roof? | 11:04:14 |
| 10 | A    That was the air unit again. | 11:04:16 |
| 11 | Q    And do you -- and the air unit was orbiting at | 11:04:19 |
| 12 | that time? | 11:04:23 |
| 13 | A    Yes. | 11:04:24 |
| 14 | Q    So you heard the air unit say that he had a | 11:04:28 |
| 15 | phone in his hand and a gun in his hand? | 11:04:31 |
| 16 | A    Yes. | 11:04:34 |
| 17 | Q    And this, obviously, would have been at or | 11:04:42 |
| 18 | about the time that you first observed Mr. Piña in the | 11:04:45 |
| 19 | backyard? | 11:04:50 |
| 20 | A    Correct. | 11:04:51 |
| 21 | MR. GALIPO:   And just to make sure I understand | 11:04:52 |
| 22 | your testimony -- and I'll mark this as Exhibit 2.  It | 11:05:04 |
| 23 | kind of shows some of the same thing.  I believe we | 11:05:15 |
| 24 | circled the backyard area in question. | 11:05:19 |
| 25 | (Exhibit 2 was marked for identification.) | 11:05:21 |

51

Exhibit - G - Page - 74

| | | |
|---|---|---|
| 1 | Q    Did you learn at some point in time, other than | 11:31:37 |
| 2 | from your current lawyer, that he had been struck in the | 11:31:41 |
| 3 | back? | 11:31:43 |
| 4 | MR. BRENTE:  I'm going to object that assumes | 11:31:44 |
| 5 | facts not in evidence.  Lacks foundation. | 11:31:46 |
| 6 | You can answer if you understand. | 11:31:50 |
| 7 | THE WITNESS:  No.  I didn't know where he had | 11:31:51 |
| 8 | been struck at. | 11:31:53 |
| 9 | BY MR. GALIPO: | 11:32:14 |
| 10 | Q    At some point, when he was walking with his | 11:32:14 |
| 11 | back to you, did you see him look over his left | 11:32:17 |
| 12 | shoulder? | 11:32:22 |
| 13 | A    With his back to me?  Not that I remember, no. | 11:32:22 |
| 14 | Q    Did you ever see him looking over his left | 11:32:28 |
| 15 | shoulder? | 11:32:31 |
| 16 | A    Yes. | 11:32:31 |
| 17 | Q    And how much time passed from you seeing him | 11:32:32 |
| 18 | looking over his left shoulder to you firing your first | 11:32:36 |
| 19 | shot? | 11:32:39 |
| 20 | A    It happened pretty quick, within a second. | 11:32:43 |
| 21 | Q    Okay.  Are you saying that the reason that you | 11:32:50 |
| 22 | shot Mr. Piña is because he was pointing a gun at you | 11:32:56 |
| 23 | with his right hand? | 11:33:01 |
| 24 | A    Yes. | 11:33:02 |
| 25 | Q    Did it appear to you that one or both of your | 11:33:11 |

66

| | | |
|---|---|---|
| 1 | shots had struck him? | 11:33:15 |
| 2 | A    I believe that both of my rounds did strike him | 11:33:17 |
| 3 | at that point in time. | 11:33:22 |
| 4 | Q    Okay.  And what did you see that made you | 11:33:23 |
| 5 | believe that? | 11:33:27 |
| 6 | A    When I fired my first round, it appeared that | 11:33:27 |
| 7 | he had moved about a foot or two in a northwesterly | 11:33:31 |
| 8 | direction, leading me to believe that my first round did | 11:33:36 |
| 9 | strike him and he started to move in that direction.  As | 11:33:40 |
| 10 | I -- as I -- as the bullet hit him, it made him move in | 11:33:44 |
| 11 | that direction. | 11:33:49 |
| 12 | Q    The first round? | 11:33:50 |
| 13 | A    Yes. | 11:33:52 |
| 14 | Q    And then what was his position when you fired | 11:33:52 |
| 15 | the second round? | 11:33:55 |
| 16 | A    I still had his left side, his left profile, as | 11:33:56 |
| 17 | I fired that second round. | 11:34:00 |
| 18 | Q    So was he moving in -- meaning, Mr. Piña -- | 11:34:02 |
| 19 | moving in a northwest direction when you fired the second | 11:34:06 |
| 20 | round? | 11:34:10 |
| 21 | A    There were -- well, they were successive shots. | 11:34:11 |
| 22 | So I still had his left side.  When I fired my second | 11:34:15 |
| 23 | round, I saw him go facedown onto the ground. | 11:34:17 |
| 24 | Q    Right.  But I thought you said when you fired | 11:34:20 |
| 25 | your first round, it appeared he took a step in a | 11:34:24 |

67

| | | |
|---|---|---|
| 1 | northwest direction? | 11:34:27 |
| 2 | A   Correct. | 11:34:28 |
| 3 | Q   And then you would have fired your second | 11:34:29 |
| 4 | round? | 11:34:32 |
| 5 | A   Correct. | 11:34:32 |
| 6 | Q   And then you saw him go facedown? | 11:34:33 |
| 7 | A   Correct. | 11:34:35 |
| 8 | Q   So would it be at least correct to say when you | 11:34:36 |
| 9 | fired your second round, he had moved in a north or took | 11:34:37 |
| 10 | a step in a northwest direction? | 11:34:37 |
| 11 | A   Yes.  That's what I said. | 11:34:39 |
| 12 | Q   So if I understand your testimony, you're | 11:34:46 |
| 13 | saying when you fired your first round, his upper body | 11:34:49 |
| 14 | would have been facing generally west, and when you fired | 11:34:52 |
| 15 | your second round, his upper body would have been facing | 11:34:56 |
| 16 | in some northwest direction? | 11:35:00 |
| 17 | A   His -- what part of his body?  His -- | 11:35:02 |
| 18 | Q   Upper. | 11:35:06 |
| 19 | MR. BRENTE:  You mean his torso and -- | 11:35:06 |
| 20 | MR. GALIPO:  Yes. | 11:35:08 |
| 21 | MR. BRENTE:  And below? | 11:35:09 |
| 22 | MR. GALIPO:  Torso.  Upper body. | 11:35:11 |
| 23 | THE WITNESS:  The front of him was still facing | 11:35:13 |
| 24 | in a westerly direction when I fired my second round. | 11:35:14 |
| 25 | They were successive shots.  They were back-to-back | 11:35:16 |

Exhibit - G - Page - 77

| | | |
|---|---|---|
| 1 | shots. | 11:35:19 |
| 2 | BY MR. GALIPO: | 11:35:20 |
| 3 | Q   Okay.  You think you fired both shots within a | 11:35:20 |
| 4 | second or two? | 11:35:24 |
| 5 | A   Yes. | 11:35:25 |
| 6 | Q   Now, as he was going to the ground, did you see | 11:35:26 |
| 7 | anything come out of either one of his hands? | 11:35:31 |
| 8 | MR. BRENTE:  As he was going to the ground, as | 11:35:36 |
| 9 | in, as he's falling but before he hits the ground?  Is | 11:35:39 |
| 10 | that what you're asking him? | 11:35:43 |
| 11 | MR. GALIPO:  Yes.  That's very good.  Very | 11:35:45 |
| 12 | good. | 11:35:46 |
| 13 | MR. BRENTE:  I'm just trying to make sure we're | 11:35:46 |
| 14 | talking about the same thing. | 11:35:47 |
| 15 | MR. GALIPO:  Very good, Cory. | 11:35:47 |
| 16 | THE WITNESS:  No, I did not see anything as he | 11:35:50 |
| 17 | was falling to the ground. | 11:35:53 |
| 18 | BY MR. GALIPO: | 11:35:54 |
| 19 | Q   Okay.  At any time -- just to satisfy | 11:35:54 |
| 20 | everyone -- at any time, did you see anything come out of | 11:35:56 |
| 21 | his hand after you fired your first shot? | 11:36:00 |
| 22 | A   After I fired my first shot, no, I didn't see | 11:36:04 |
| 23 | anything come out of his hand. | 11:36:07 |
| 24 | Q   Okay.  So that would be as he took the step | 11:36:09 |
| 25 | going northwest or as he was falling down, you're saying | 11:36:13 |

| | | |
|---|---|---|
| 1 | MR. BRENTE: Oh, I thought he did answer it. | 11:43:34 |
| 2 | MR. GALIPO: You objected about the foundation | 11:43:36 |
| 3 | of -- | 11:43:38 |
| 4 | MR. BRENTE: Oh, okay. | 11:43:39 |
| 5 | MR. GALIPO: -- of the shot. | 11:43:39 |
| 6 | MR. BRENTE: All right. | 11:43:41 |
| 7 | MR. GALIPO: Okay. | 11:43:41 |
| 8 | THE WITNESS: Yes, I did. | 11:43:41 |
| 9 | MR. GALIPO: He's really earning his money | 11:43:42 |
| 10 | today, you see? | 11:43:44 |
| 11 | BY MR. GALIPO: | 11:43:47 |
| 12 | Q    And why did you do that? | 11:43:47 |
| 13 | A    Because I had the -- Mr. Piña on the ground in | 11:43:49 |
| 14 | the backyard and I actually believed he was still armed | 11:43:53 |
| 15 | at that point in time. So I had asked for a contact team | 11:43:57 |
| 16 | to come up to deal with him since he was down in the | 11:44:00 |
| 17 | backyard, and I believed that I had shot him. | 11:44:05 |
| 18 | Q    Okay. You believed that you had struck him; | 11:44:08 |
| 19 | correct? | 11:44:11 |
| 20 | A    Correct. | 11:44:11 |
| 21 | Q    Did you know at the time whether or not the | 11:44:12 |
| 22 | shot fired by your partner had struck him? | 11:44:14 |
| 23 | A    I did not know. | 11:44:17 |
| 24 | Q    Okay. Would it be -- was Mr. Piña standing | 11:44:18 |
| 25 | when your partner fired the shot? | 11:44:23 |

76

Exhibit - G - Page - 79

| | | |
|---|---|---|
| 1 | Q   Do you have any estimate as to how long it was | 11:46:01 |
| 2 | holding or biting his left leg for? | 11:46:04 |
| 3 | A   I don't. | 11:46:08 |
| 4 | Q   Did you observe any of the officers patting | 11:46:18 |
| 5 | down Mr. Piña at any point or checking him for weapons? | 11:46:21 |
| 6 | A   Yes. | 11:46:26 |
| 7 | Q   Okay.  To your knowledge, were any weapons | 11:46:27 |
| 8 | found on him? | 11:46:32 |
| 9 | A   At -- well, at this point in time, no, I | 11:46:34 |
| 10 | learned that there was no weapons found on him. | 11:46:37 |
| 11 | Q   Okay.  Did you ever see him, prior to you | 11:46:41 |
| 12 | firing your first shot, toss or throw an object? | 11:46:44 |
| 13 | A   No. | 11:46:48 |
| 14 | Q   Did you ever see him, while your shots were | 11:46:50 |
| 15 | going off, toss or throw an object? | 11:46:54 |
| 16 | A   No. | 11:46:57 |
| 17 | Q   In-between your last shot and then about | 11:46:59 |
| 18 | 5 seconds later when you heard another shot from your | 11:47:02 |
| 19 | partner, did you see Mr. Piña toss or throw any | 11:47:06 |
| 20 | objects? | 11:47:11 |
| 21 | A   No, I did not. | 11:47:12 |
| 22 | Q   And after you heard the shot from your partner, | 11:47:13 |
| 23 | did you see Mr. Piña toss or throw any objects? | 11:47:17 |
| 24 | A   I did not see anything, no. | 11:47:21 |
| 25 | Q   Whatever object that you observed in Mr. Piña's | 11:47:23 |

79

| | | |
|---|---|---|
| 1 | right hand that you believed to be a handgun, you | 11:47:26 |
| 2 | believed based on your observations that that object was | 11:47:30 |
| 3 | still underneath him after you fired your shots; is that | 11:47:34 |
| 4 | correct? | 11:47:38 |
| 5 | A    That's correct. | 11:47:38 |
| 6 | Q    Did you give a public safety statement to | 11:47:39 |
| 7 | someone at the scene? | 11:47:43 |
| 8 | A    I did. | 11:47:44 |
| 9 | Q    Was that a Sergeant Haney [phonetic]? | 11:47:45 |
| 10 | A '   Heany, yes. | 11:47:48 |
| 11 | Q    Heany.  I'm sorry. | 11:47:50 |
| 12 | A    Yes, sir. | 11:47:53 |
| 13 | Q    Were you aware at the time you gave a public | 11:47:54 |
| 14 | safety statement to Sergeant Heany that no gun had been | 11:47:57 |
| 15 | found? | 11:48:01 |
| 16 | A    No, I was not aware at that time. | 11:48:01 |
| 17 | Q    How much time passed from your shooting to when | 11:48:03 |
| 18 | you gave the public safety statement? | 11:48:06 |
| 19 | A    I'm not sure.  I don't think I actually found | 11:48:14 |
| 20 | out until -- | 11:48:16 |
| 21 | MR. BRENTE:  No, no.  Listen to his question. | 11:48:18 |
| 22 | THE WITNESS:  Oh, I'm sorry.  Ask your | 11:48:21 |
| 23 | question. | 11:48:22 |
| 24 | BY MR. GALIPO: | 11:48:23 |
| 25 | Q    How much -- you're doing great.  We're almost | 11:48:23 |

Exhibit - G - Page - 81

| | | |
|---|---|---|
| 1 | BY MR. GALIPO: | 11:54:01 |
| 2 | Q    Is it your -- at some point before you heard | 11:54:01 |
| 3 | the shot from your partner, you saw Mr. Piña change his | 11:54:05 |
| 4 | position slightly on the ground; is that true? | 11:54:10 |
| 5 | MR. BRENTE:  I'll just object to -- vague and | 11:54:15 |
| 6 | ambiguous in the use of the word "slightly." | 11:54:19 |
| 7 | But you can answer if you understand. | 11:54:21 |
| 8 | THE WITNESS:  Yes, I did. | 11:54:23 |
| 9 | BY MR. GALIPO: | 11:54:24 |
| 10 | Q    Okay.  And is it your testimony -- this would | 11:54:24 |
| 11 | have been after your two shots; is that correct? | 11:54:27 |
| 12 | A    Yes. | 11:54:31 |
| 13 | Q    And is it your testimony that you still saw a | 11:54:32 |
| 14 | gun in his hand when he changed his body position? | 11:54:34 |
| 15 | A    I believe that he still had the gun underneath | 11:54:37 |
| 16 | of him, and as he changed his body position and he | 11:54:41 |
| 17 | started pushing his right hand out from underneath him, I | 11:54:46 |
| 18 | believe that a gun was still in his hand. | 11:54:50 |
| 19 | Q    What I'm asking you is:  Could you see the gun | 11:54:53 |
| 20 | in his hand at that time? | 11:54:56 |
| 21 | A    No.  At that point in time, no.  I could not | 11:54:57 |
| 22 | see from my -- my point of where I was on the roof.  I | 11:55:00 |
| 23 | could not see if he had the gun in his hand. | 11:55:03 |
| 24 | Q    Okay.  Would it be correct to say when you | 11:55:08 |
| 25 | heard the last shot fired by your partner that you did | 11:55:10 |

84

Exhibit - G - Page - 82

```
 1    not see a gun in his hand?                              11:55:16

 2           MR. BRENTE:  Well, I just -- I'm just going to   11:55:17

 3    object because if -- he testified he -- from his vantage  11:55:21

 4    point, he couldn't see.  So the question assumes he can  11:55:23

 5    see, and he didn't see it, so --                        11:55:25

 6    BY MR. GALIPO:                                          11:55:28

 7       Q    Well, let me -- let me -- let me break it down.  11:55:28

 8           You're saying you could see his right hand;      11:55:31

 9    correct?                                                11:55:33

10       A    At one point in time, I saw him rolling to his  11:55:34

11    right side and started to push his right arm underneath  11:55:37

12    his body so his right hand would be coming out, but at   11:55:41

13    that point in time, I did not see a gun in his hand.    11:55:43

14       Q    Okay.  And that would be just before you heard  11:55:45

15    the last shot?                                          11:55:47

16       A    Correct.                                        11:55:49

17       Q    Okay.  We're just about there.                  11:56:18

18           Are you trained with respect to the use of       11:56:39

19    deadly force that a warning should be given when        11:56:40

20    feasible?                                               11:56:44

21       A    If it's feasible.                               11:56:45

22       Q    I'm going to ask you a silly question, so I     11:56:58

23    apologize in advance.                                   11:57:01

24           But are you trained it's okay to shoot someone   11:57:02

25    if they have a wallet in their hand?                    11:57:06
```

Exhibit - G - Page - 83

| | | |
|---|---|---|
| 1 | MR. GALIPO: Well, let me rephrase. | 12:01:49 |
| 2 | BY MR. GALIPO: | 12:01:50 |
| 3 | Q   Did you shoot him within a split-second of him | 12:01:50 |
| 4 | looking over his left shoulder? | 12:01:50 |
| 5 | A   No.  I shot him when he looked over his left | 12:01:50 |
| 6 | shoulder and pointed a gun at us. | 12:01:53 |
| 7 | Q   I understand that. | 12:01:56 |
| 8 | But that was within a split-second -- | 12:01:58 |
| 9 | MR. BRENTE:  That's not the part he's | 12:02:00 |
| 10 | interested in. | 12:02:02 |
| 11 | BY MR. GALIPO: | 12:02:03 |
| 12 | Q   Well, no, but just the timing. | 12:02:03 |
| 13 | From when you first saw him look over his left | 12:02:05 |
| 14 | shoulder to the time you shot him was in a split-second; | 12:02:05 |
| 15 | is that fair? | 12:02:08 |
| 16 | A   That would be fair. | 12:02:09 |
| 17 | Q   Okay.  How long altogether did you remain at | 12:02:11 |
| 18 | the scene after the shooting before you left?  And when I | 12:02:58 |
| 19 | say "the scene," within a block or two. | 12:03:01 |
| 20 | A   I was there for probably a good -- I would say | 12:03:08 |
| 21 | probably about a half-hour or so before I went back to | 12:03:13 |
| 22 | the station. | 12:03:17 |
| 23 | Q   What is your current assignment now? | 12:03:18 |
| 24 | A   I work LAPD Metropolitan Division, "B" Platoon. | 12:03:20 |
| 25 | Q   And what is that? | 12:03:25 |

Exhibit - G - Page - 84

1          REPORTER'S CERTIFICATION OF CERTIFIED COPY

2

3

4

5

6

7          I, ANABELE M. MONTGOMERY, CSR No. 13231, a

8     Certified Shorthand Reporter in the State of California,

9     certify that the foregoing pages constitute a true and

10    correct copy of the original videotaped deposition of

11    OFFICER JASON MALIK, taken on February 17th, 2015.

12          I declare under penalty of perjury under the laws

13    of the State of California that the foregoing is true and

14    correct.

15          Dated this 18th day of February, 2015.

16    signature requested

17

18    _____

19          ANABELE M. MONTGOMERY, CSR No. 13231

20

21

22

23

24

25

Exhibit - G - Page - 85