```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4   SERGIO PINA,                  )
                                   )
 5                  Plaintiff,     )
                                   )
 6          vs.                    )   No. CV13-04989 FMO (MRWx)
                                   )
 7   THE CITY OF LOS ANGELES, a    )
     municipality; ERIK MEJIA, an  )
 8   individual; JASON SCHWAB, an  )
     individual; CARLOS LOZANO,    )
 9   an individual; CLIFF CHU, an  )
     individual; JASON MALIK, an   )
10   individual; JEFFREY BRUNER,   )
     an individual; BRIAN PRESTON, )
11   an individual; EARL WILLIAMS, )
     an individual; and DOES 7-10, )
12   inclusive,                    )
                                   )
13                  Defendants.    )
     _____)

14

15                  VIDEOTAPED DEPOSITION OF

16              OFFICER JEFFREY ALLAN BRUNER

17                WOODLAND HILLS, CALIFORNIA

18                WEDNESDAY, FEBRUARY 4, 2015

19

20

21
     ATKINSON-BAKER, INC.
22   COURT REPORTERS
     (800) 288-3376
23   www.depo.com

24   REPORTED BY:   ANABELE M. MONTGOMERY, CSR NO. 13231

25   FILE NO.:      A901255
```

1

| | | |
|---|---|---|
| 1 | BY MR. GALIPO: | 10:18:56 |
| 2 | Q    At some point, were you called out to assist in | 10:18:56 |
| 3 | a search? | 10:18:59 |
| 4 | A    Yes. | 10:19:00 |
| 5 | Q    And about what time did you get that call? | 10:19:01 |
| 6 | A    I believe it was shortly before 11:00 p.m. | 10:19:04 |
| 7 | Q    And it was dark outside? | 10:19:08 |
| 8 | A    Yes. | 10:19:10 |
| 9 | Q    At some point, did you fire a shot? | 10:19:10 |
| 10 | A    Yes. | 10:19:13 |
| 11 | Q    At approximately what time did you fire that | 10:19:14 |
| 12 | shot? | 10:19:16 |
| 13 | A    Approximately 11:30. | 10:19:17 |
| 14 | Q    When you fired that shot, what type of weapon | 10:19:23 |
| 15 | were you using? | 10:19:26 |
| 16 | A    A rifle -- or UPR.  It was an HK 4 -- 416, a | 10:19:27 |
| 17 | 5.56 caliber rifle. | 10:19:35 |
| 18 | Q    Had you heard any shots at all before you fired | 10:19:39 |
| 19 | your shot? | 10:19:41 |
| 20 | A    Yes. | 10:19:42 |
| 21 | Q    Any estimate of how many shots you heard in | 10:19:43 |
| 22 | total from the time you were called to assist to the time | 10:19:48 |
| 23 | you fired your shot? | 10:19:52 |
| 24 | A    There were several volleys prior to my shot | 10:19:57 |
| 25 | plus the two shots that I believe Piña was shooting at | 16:00:00 |

12

Exhibit - H - Page - 87

| | | |
|---|---|---|
| 1 | me. If I had -- those volleys, I believed, were four to | 10:20:03 |
| 2 | six shots each plus the -- the two in which I believe | 10:20:06 |
| 3 | Piña was shooting at my partner -- partner and I. | 10:20:12 |
| 4 | Q   Okay. | 10:20:19 |
| 5 | A   So approximately -- what would that be -- | 10:20:21 |
| 6 | Q   Six to eight? | 10:20:23 |
| 7 | A   Ten -- ten to -- six to eight per volley, so, | 10:20:23 |
| 8 | yeah. | 10:20:26 |
| 9 | Q   Okay. | 10:20:27 |
| 10 | A   So -- | 10:20:28 |
| 11 | Q   So are you saying you heard a couple volley of | 10:20:31 |
| 12 | shots with multiple shots in each volley? | 10:20:37 |
| 13 | A   Yes. | 10:20:40 |
| 14 | Q   And then shortly before you fired your shot, | 10:20:41 |
| 15 | you heard a couple of shots? | 10:20:45 |
| 16 | A   Yes. | 10:20:47 |
| 17 | Q   And you're saying you thought or had the | 10:20:47 |
| 18 | impression at the time that Mr. Piña was shooting at | 10:20:49 |
| 19 | you? | 10:20:53 |
| 20 | A   Yes. | 10:20:53 |
| 21 | Q   At some point, you learned that your partner | 10:20:54 |
| 22 | officer, Malik, fired those two shots? | 10:20:58 |
| 23 | A   Correct. | 10:21:00 |
| 24 | Q   How far was he from you, if you know, when you | 10:21:01 |
| 25 | heard those two shots -- meaning, Officer Malik? | 10:21:03 |

13

Exhibit - H - Page - 88

| | | | |
|---|---|---|---|
| 1 | A | I would say approximately 12 to 15 feet. | 10:21:05 |
| 2 | Q | And do you know what, if anything, he was | 10:21:08 |
| 3 | positioned on -- meaning, Officer Malik -- when you heard | | 10:21:11 |
| 4 | those two shots? | | 10:21:14 |
| 5 | A | A roof. | 10:21:16 |
| 6 | Q | Do you know what type of weapon that he had? | 10:21:16 |
| 7 | A | The same rifle as I had. | 10:21:19 |
| 8 | Q | Doesn't your rifle sound a little bit different | 10:21:21 |
| 9 | than a handgun? | | 10:21:24 |
| 10 | A | It can. | 10:21:25 |
| 11 | Q | The other gentlemen in the room -- since I | 10:21:28 |
| 12 | don't know them by name, can you tell me the names of the | | 10:21:33 |
| 13 | officers in the room? | | 10:21:35 |
| 14 | A | Yes.  After this investigation, I didn't know | 10:21:35 |
| 15 | three of them prior to this investigation. | | 10:21:40 |
| 16 | Q | Okay. | 10:21:43 |
| 17 | A | But Mejia, Preston, Lozano, Chu, and Schwab. | 10:21:44 |
| 18 | Q | Thank you.  Okay. | 10:21:51 |
| 19 | | When you heard the two shots -- and I'm talking | 10:21:56 |
| 20 | about the two shots shortly before you fired your shot. | | 10:22:00 |
| 21 | | Do you know what I have in mind? | 10:22:05 |
| 22 | A | Yeah. | 10:22:06 |
| 23 | Q | Do you know the time frame I'm referring to? | 10:22:07 |
| 24 | A | Yes. | 10:22:10 |
| 25 | Q | Okay.  Where were you positioned when you heard | 10:22:11 |

14

Exhibit - H - Page - 89

| 1 | those two shots? | 10:22:14 |
| 2 | A    I was on all fours, adjusting myself from a | 10:22:15 |
| 3 | jump I had just made onto a camper.  So I was on top of a | 10:22:21 |
| 4 | camper. | 10:22:26 |
| 5 | Q    On all fours? | 10:22:27 |
| 6 | A    Well, on my knees and my hand, with my rifle in | 10:22:28 |
| 7 | my primary hand, adjusting my helmet. | 10:22:33 |
| 8 | Q    Okay.  Is your primary hand your right hand? | 10:22:38 |
| 9 | A    Yes, sir. | 10:22:42 |
| 10 | Q    And you would have been adjusting your helmet, | 10:22:42 |
| 11 | then, with your left hand? | 10:22:46 |
| 12 | A    Yes. | 10:22:46 |
| 13 | Q    And what did you jump from onto the camper? | 10:22:50 |
| 14 | A    The roof. | 10:22:50 |
| 15 | Q    Okay.  And is that where you understood Officer | 10:22:51 |
| 16 | Malik to be -- on top of that roof? | 10:22:52 |
| 17 | A    Correct. | 10:22:56 |
| 18 | Q    And could you see, at the time you heard those | 10:22:56 |
| 19 | two shots, Mr. Piña at that -- at the moment you heard | 10:22:59 |
| 20 | the shots, were you looking at Mr. Piña? | 10:23:04 |
| 21 | A    No. | 10:23:07 |
| 22 | Q    Where would you say you were looking at the | 10:23:09 |
| 23 | moment you heard those two shots? | 10:23:12 |
| 24 | A    Down at the camper. | 10:23:15 |
| 25 | Q    Okay.  Would you -- timewise, would you | 10:23:20 |

15

Exhibit - H - Page - 90

| | | |
|---|---|---|
| 1 | A    Yes. | 10:27:07 |
| 2 | MR. BRENTE:  Okay.  A roof of? | 10:27:07 |
| 3 | BY MR. GALIPO: | 10:27:10 |
| 4 | Q    The roof -- well, you marked a roof that Malik | 10:27:10 |
| 5 | was on at the time you heard the two shots; correct? | 10:27:14 |
| 6 | A    Correct. | 10:27:20 |
| 7 | Q    At some point, were you on that same roof? | 10:27:21 |
| 8 | A    Yes. | 10:27:25 |
| 9 | Q    Okay.  And how long, approximately, would you | 10:27:25 |
| 10 | say you were on that roof before you transitioned to the | 10:27:27 |
| 11 | camper? | 10:27:31 |
| 12 | A    Approximately a couple minutes.  Maybe less | 10:27:35 |
| 13 | than two minutes. | 10:27:41 |
| 14 | Q    Okay.  Your -- did you have a visual on | 10:27:43 |
| 15 | Mr. Piña at any time while you were on that roof? | 10:27:47 |
| 16 | A    No, I did not. | 10:27:50 |
| 17 | Q    Okay.  Were you trying to get a visual of | 10:27:51 |
| 18 | Mr. Piña when you were on that roof? | 10:27:56 |
| 19 | A    Yes. | 10:27:59 |
| 20 | Q    And what were you doing to try to get a visual | 10:27:59 |
| 21 | on him? | 10:28:03 |
| 22 | A    We were -- my partner and I were both pressing | 10:28:03 |
| 23 | northbound on the roof.  He was on the east side.  I was | 10:28:07 |
| 24 | on the west side of the apex.  As we walked northbound at | 10:28:11 |
| 25 | this angle, we were trying to gain a view of the | 10:28:19 |

Exhibit - H - Page - 91

| | | |
|---|---|---|
| 1 | backyard, which we believed was the target location where | 10:28:22 |
| 2 | Mr. Piña was, back and forth, in this whole property. | 10:28:26 |
| 3 | MR. BRENTE:  Okay.  I think that's -- you | 10:28:33 |
| 4 | answered his question. | 10:28:35 |
| 5 | THE WITNESS:  Okay. | 10:28:36 |
| 6 | MR. GALIPO:  Or he's afraid if you talk too | 10:28:38 |
| 7 | much, you might say the wrong thing, but that's fine. | 10:28:40 |
| 8 | He's a -- he's a smart man. | 10:28:43 |
| 9 | BY MR. GALIPO: | 10:28:45 |
| 10 | Q   Okay.  In any event, after you transitioned to | 10:28:45 |
| 11 | the camper and you heard the two shots, did you then look | 10:28:49 |
| 12 | in the direction of the backyard at some point? | 10:28:53 |
| 13 | A   Yeah. | 10:28:58 |
| 14 | MR. BRENTE:  Okay.  Go ahead. | 10:28:59 |
| 15 | THE WITNESS:  Yes. | 10:29:02 |
| 16 | BY MR. GALIPO: | 10:29:03 |
| 17 | Q   Okay.  And were you trying then to get a visual | 10:29:03 |
| 18 | on Mr. Piña? | 10:29:05 |
| 19 | A   Yes, believing he just shot at my partner and | 10:29:07 |
| 20 | I. | 10:29:11 |
| 21 | Q   Right.  When did you find out that it was your | 10:29:12 |
| 22 | partner that had shot, not Mr. Piña? | 10:29:16 |
| 23 | A   Not until after I shot. | 10:29:22 |
| 24 | Q   Well, how soon after you shot did you find out | 10:29:24 |
| 25 | that it was actually your partner who shot, not | 10:29:28 |

20

```
 1        Q    So my question is:  During that minute or two    10:33:02
 2   that you were on the roof with Officer Malik, did you      10:33:05
 3   hear any commands being given to Mr. Piña during that      10:33:11
 4   time period?                                               10:33:14
 5        A    I believe on the tac frequency, I heard --       10:33:15
 6   throughout this one scenario, I heard several broadcasts,  10:33:18
 7   but I specifically believe I heard Dr. Schwab telling      10:33:21
 8   the -- the airship to -- to advise him to come out and     10:33:25
 9   surrender during that time.  And I -- I believe we were    10:33:29
10   formulating how that was -- coordinating an arrest team    10:33:32
11   and what -- and whatnot, and I don't -- I'm not sure if    10:33:36
12   the airship gave those commands yet.  So I -- I can't say  10:33:40
13   for sure.                                                  10:33:45
14        Q    Okay.  You recall hearing something over the     10:33:47
15   radio, but you're -- you're not sure whether or not that   10:33:50
16   was broadcast to Mr. Piña?                                 10:33:54
17        A    Correct.                                         10:33:56
18        Q    And there was an airship overhead?              10:33:56
19        A    Yes.                                             10:33:59
20        Q    And was the airship, during the time frame that  10:34:00
21   you were on the roof, illuminating the area with some      10:34:03
22   lights?                                                    10:34:08
23        A    Yes.                                             10:34:08
24             MR. BRENTE:  Now, which roof are you talking     10:34:09
25   about now?                                                 10:34:11
```

24

| | | |
|---|---|---|
| 1 | Q   But you're saying in-between those two shots | 10:37:05 |
| 2 | and your shots [sic], there was some -- a quick command | 10:37:08 |
| 3 | or so to put his hands out? | 10:37:12 |
| 4 | MR. BRENTE:  Did you say -- I'm sorry.  Did you | 10:37:15 |
| 5 | say, "your shots," with an "s"? | 10:37:17 |
| 6 | MR. GALIPO:  "Shot," singular. | 10:37:19 |
| 7 | MR. BRENTE:  "Shot," s-h-o-t.  Okay.  I just | 10:37:20 |
| 8 | want to make sure. | 10:37:23 |
| 9 | MR. GALIPO:  I think it's pretty clear he only | 10:37:24 |
| 10 | fired one shot -- | 10:37:24 |
| 11 | MR. BRENTE:  Okay. | 10:37:24 |
| 12 | MR. GALIPO:  -- as I understand his testimony. | 10:37:24 |
| 13 | If I said, "shots," I misspoke. | 10:37:26 |
| 14 | MR. BRENTE:  I'm not sure if you did or not.  I | 10:37:32 |
| 15 | just wanted to clarify it in case. | 10:37:34 |
| 16 | BY MR. GALIPO: | 10:37:37 |
| 17 | Q   Okay.  Let me try it again. | 10:37:37 |
| 18 | In-between the two shots, plural, and your one | 10:37:39 |
| 19 | shot, singular, you're saying that you gave a command to | 10:37:42 |
| 20 | "show your hands" or something to that effect? | 10:37:47 |
| 21 | A   Very quick, as I observed him in this position, | 10:37:50 |
| 22 | it was "show me your hands," and then what happened next | 10:37:53 |
| 23 | happened next. | 10:37:57 |
| 24 | Q   Okay.  Before you fired your shot, did you have | 10:37:57 |
| 25 | any information that anyone had been struck by any shots, | 10:38:08 |

Exhibit - H - Page - 94

| | | |
|---|---|---|
| 1 | either Mr. Piña or anyone else? | 10:38:13 |
| 2 | A    I had infor -- I heard via the ear piece the | 10:38:17 |
| 3 | airship believed he had shot himself in the head. | 10:38:23 |
| 4 | Q    So you heard that -- from the air unit that | 10:38:28 |
| 5 | Mr. Piña had shot himself in the head before you fired | 10:38:31 |
| 6 | your shot? | 10:38:35 |
| 7 | A    Approximately -- yeah.  Yeah, at that time. | 10:38:36 |
| 8 | Q    Okay.  Other than hearing that Mr. Piña had | 10:38:38 |
| 9 | shot himself in the head before you fired your shot, did | 10:38:42 |
| 10 | you hear anything else that anyone had been shot? | 10:38:48 |
| 11 | A    No. | 10:38:51 |
| 12 | Q    When you saw Mr. Piña after -- | 10:38:58 |
| 13 | A    I'm sorry.  Did that -- after the -- the -- | 10:39:03 |
| 14 | what I believe were the first two shots at us and I | 10:39:06 |
| 15 | observed him in the prone position -- sometime during | 10:39:13 |
| 16 | that time, I believe the airship said he believed he shot | 10:39:16 |
| 17 | himself in the head. | 10:39:20 |
| 18 | Q    Right.  What I was trying to clarify -- if you | 10:39:22 |
| 19 | recall, did you hear that before you fired your shot? | 10:39:25 |
| 20 | A    Yes. | 10:39:31 |
| 21 | Q    Okay.  Did your partner Malik tell you before | 10:39:32 |
| 22 | you fired your shot that he had fired the two shots just | 10:39:45 |
| 23 | to make sure you knew? | 10:39:49 |
| 24 | A    No. | 10:39:50 |
| 25 | Q    Now, when you did see Mr. Piña after getting a | 10:39:54 |

29

| | | |
|---|---|---|
| 1 | visual on him, what type of position were you in on the | 10:39:59 |
| 2 | camper roof? | 10:40:05 |
| 3 | A    I was in -- I was -- believing we were just | 10:40:08 |
| 4 | shot at, I was trying to get myself into a position to | 10:40:14 |
| 5 | observe him through my obstructed view of the trees and | 10:40:18 |
| 6 | the branches.  When I first observed him, I was in a | 10:40:23 |
| 7 | speed kneel shooting position, and I saw him through a | 10:40:28 |
| 8 | small hole in the branches of the large tree on the | 10:40:32 |
| 9 | southwest corner of the -- | 10:40:37 |
| 10 | Q    Okay. | 10:40:38 |
| 11 | A    -- yard. | 10:40:38 |
| 12 | Q    Are you saying your view was partially | 10:40:39 |
| 13 | obstructed? | 10:40:42 |
| 14 | A    Yes. | 10:40:43 |
| 15 | Q    And what was it partially obstructed by, from | 10:40:43 |
| 16 | your position? | 10:40:48 |
| 17 | A    This tree. | 10:40:50 |
| 18 | Q    Okay.  Can you put a circle in Exhibit 3 around | 10:40:51 |
| 19 | the tree that you believe was partially obstructing your | 10:40:53 |
| 20 | view? | 10:40:58 |
| 21 | Okay.  And when you say a "speed kneel | 10:41:00 |
| 22 | position" -- | 10:41:03 |
| 23 | A    Yes. | 10:41:04 |
| 24 | Q    -- can you describe what that is? | 10:41:05 |
| 25 | A    It's a shooting position that we train in. | 10:41:08 |

Exhibit - H - Page - 96

```
 1          A    Yes.   That's what I had the best view of.      10:46:03
 2          Q    Okay.   What was Mr. Piña's position when you   10:46:07
 3   first obtained a visual on him?   How would you describe    10:46:10
 4   that?                                                       10:46:14
 5          A    Prone.                                          10:46:14
 6          Q    Okay.   When you say "prone," just to make sure 10:46:15
 7   we understand each other, you mean his chest and stomach    10:46:17
 8   was to the ground?                                          10:46:21
 9          A    Yes.                                            10:46:24
10          Q    Looking at Exhibit 3, can you tell which way    10:46:25
11   north is -- looking at that exhibit?                        10:46:28
12          A    North would be this way.                        10:46:31
13          Q    Do you want to put an "N" with an arrow just so 10:46:36
14   we'll know?                                                 10:46:40
15          A    Yeah.   Sure.   I'll put it on this gray roof.  10:46:41
16   Is --                                                       10:46:44
17          Q    That will be fine.                              10:46:44
18          A    -- that okay?                                   10:46:44
19          Q    Okay.   And --                                 10:46:45
20          A    It's kind of a diagonal picture.                10:46:49
21          Q    I understand.                                   10:46:52
22          A    So --                                           10:46:53
23          Q    Thank you.                                      10:46:53
24               Your position when you fired -- were you in the 10:46:58
25   speed kneel position or some other position?               10:47:01
```

35

| | | |
|---|---|---|
| 1 | statement? | 10:52:00 |
| 2 | A   Yes. | 10:52:04 |
| 3 | Q   You had an attorney representative present | 10:52:08 |
| 4 | during your statement? | 10:52:11 |
| 5 | A   Yes. | 10:52:12 |
| 6 | Q   Was the attorney representative present during | 10:52:13 |
| 7 | your walk-through? | 10:52:15 |
| 8 | A   I believe so, yes. | 10:52:16 |
| 9 | Q   Did you actually get on the roof during that | 10:52:17 |
| 10 | walk-through? | 10:52:20 |
| 11 | A   Yes. | 10:52:21 |
| 12 | Q   And then you did a second walk-through with | 10:52:21 |
| 13 | your captain? | 10:52:25 |
| 14 | A   Correct. | 10:52:25 |
| 15 | Q   Do you think that was in -- within a week of | 10:52:27 |
| 16 | the shooting? | 10:52:29 |
| 17 | A   No.  It was -- | 10:52:30 |
| 18 | Q   Sometime afterwards? | 10:52:31 |
| 19 | A   Yes. | 10:52:33 |
| 20 | Q   Was it the same year that the shooting took | 10:52:33 |
| 21 | place? | 10:52:36 |
| 22 | A   I believe so.  I'm not -- I'm not positive. | 10:52:37 |
| 23 | Q   That's okay. | 10:52:40 |
| 24 | A   Yeah, I believe so. | 10:52:43 |
| 25 | Q   All right.  So other than telling Mr. Piña to | 10:52:44 |

41

Exhibit - H - Page - 98

| | | |
|---|---|---|
| 1 | show his hands, any other commands you recall yourself | 10:52:53 |
| 2 | giving before you fired your shot? | 10:53:00 |
| 3 | A    No. | 10:53:03 |
| 4 | Q    When you first obtained a visual on Mr. Piña, | 10:53:04 |
| 5 | could you tell where his arms or hands were? | 10:53:07 |
| 6 | A    I believe they were up in front of him, here in | 10:53:11 |
| 7 | this area. | 10:53:15 |
| 8 | Q    Well, let me ask you this:  When you first | 10:53:18 |
| 9 | obtained a visual on him, could you see his arms or hands | 10:53:21 |
| 10 | or did his arms or hands appear to be covered by either | 10:53:25 |
| 11 | your angle or a portion of his body? | 10:53:31 |
| 12 | MR. BRENTE:  I'll just object as vague.  You're | 10:53:34 |
| 13 | asking him if he could see any portion of his arms or his | 10:53:36 |
| 14 | hands? | 10:53:38 |
| 15 | MR. GALIPO:  Yes.  For purposes of this | 10:53:40 |
| 16 | question, yes.  His -- what he did, for the record -- and | 10:53:40 |
| 17 | I think it's probably shown on the video -- he's put his | 10:53:41 |
| 18 | arms in front of him with his arms bent, his fists | 10:53:43 |
| 19 | somewhat balled up, and given that he saw him in a prone | 10:53:47 |
| 20 | position, I don't know if he's saying I assumed that's | 10:53:54 |
| 21 | where his arms looked like they were or if he could | 10:53:56 |
| 22 | actually see his arms or hands. | 10:53:58 |
| 23 | BY MR. GALIPO: | 10:53:58 |
| 24 | Q    So why don't we just start with the question | 10:53:58 |
| 25 | Mr. Brente suggested. | 10:54:01 |

42

| | | |
|---|---|---|
| 1 | Q    Were you trying to be as quiet as possible? | 10:55:57 |
| 2 | A    Yes. | 10:56:00 |
| 3 | Q    When you first observed Mr. Piña in this prone | 10:56:12 |
| 4 | position, was he appeared to be stationary or moving | 10:56:17 |
| 5 | around? | 10:56:21 |
| 6 | A    Moving around. | 10:56:22 |
| 7 | Q    And can you describe how he was moving around | 10:56:23 |
| 8 | when you first observed him? | 10:56:26 |
| 9 | A    No.  I -- he was just -- his body was moving | 10:56:28 |
| 10 | around.  I can't really describe it other than he was | 10:56:33 |
| 11 | wiggling around. | 10:56:42 |
| 12 | Q    Okay.  Did you see him moving his legs at all | 10:56:43 |
| 13 | when he was in this prone position? | 10:56:47 |
| 14 | A    No. | 10:56:49 |
| 15 | Q    So you're saying there was some wiggling of the | 10:56:49 |
| 16 | upper body? | 10:56:55 |
| 17 | A    Yes. | 10:56:56 |
| 18 | Q    Did you ask -- okay.  Strike that. | 10:57:12 |
| 19 | So if I understand your testimony, when you | 10:57:17 |
| 20 | first saw Mr. Piña in this prone position, you could not | 10:57:19 |
| 21 | see his hands; is that correct? | 10:57:23 |
| 22 | A    Correct. | 10:57:25 |
| 23 | Q    And you wanted to see his hands? | 10:57:26 |
| 24 | A    Yes. | 10:57:29 |
| 25 | Q    And that's based in part on your training; | 10:57:29 |

44

| | | |
|---|---|---|
| 1 | correct? | 10:57:32 |
| 2 | A    Correct. | 10:57:33 |
| 3 | Q    So did you ask him to put his hands to his side | 10:57:34 |
| 4 | or something to that effect? | 10:57:39 |
| 5 | A    From the time I observed him in the prone, | 10:57:41 |
| 6 | believing he just shot at me and my partner, it was a | 10:57:46 |
| 7 | quick "Let me see your hands," and then he turned right | 10:57:51 |
| 8 | away. | 10:57:56 |
| 9 | Q    And then you shot -- | 10:57:56 |
| 10 | A    So that -- during those, that quick -- yes, I | 10:57:58 |
| 11 | shot, sir. | 10:58:01 |
| 12 | Q    He turned and you shot immediately when he | 10:58:04 |
| 13 | turned? | 10:58:06 |
| 14 | A    When he turned and I observed what I believed | 10:58:07 |
| 15 | to be a handgun, yes. | 10:58:07 |
| 16 | Q    Did you ever ask your partner, before you fired | 10:58:09 |
| 17 | your shot, whether he had fired those shots? | 10:58:12 |
| 18 | A    No, I did not. | 10:58:15 |
| 19 | Q    Do you think it's important to try to find out, | 10:58:17 |
| 20 | in a situation like this, who is firing the shots, | 10:58:19 |
| 21 | whether it's officers or the suspect? | 10:58:22 |
| 22 | A    Time permitting and -- and a more un -- not so | 10:58:25 |
| 23 | fluid tactical situation and when you're not believing | 10:58:33 |
| 24 | you're being shot at, yes. | 10:58:36 |
| 25 | Q    Okay.  But you did have some conversation with | 10:58:38 |

45

| | | |
|---|---|---|
| 1 | your partner in-between the two shots you heard and | 10:58:41 |
| 2 | firing your shot; is that true? | 10:58:46 |
| 3 | A   It was -- I heard him, "Are you okay?  Are you | 10:58:48 |
| 4 | okay?"  And I -- and it was quick, "Yes," or, "Yeah." | 10:58:51 |
| 5 | Q   Do you know whether or not you were in the line | 10:58:57 |
| 6 | of fire between your partner and Mr. Piña when he | 10:58:59 |
| 7 | fired? | 10:59:05 |
| 8 | A   No.  I -- I knew where I was jumping.  I knew | 10:59:06 |
| 9 | where he was in proximity to -- to me, and he was behind | 10:59:10 |
| 10 | me somewhat, but I knew that from the angle I was going | 10:59:15 |
| 11 | to, I would not be in his line of fire. | 10:59:19 |
| 12 | Q   Well, if he fired the two shots, which, | 10:59:22 |
| 13 | obviously, we know now and I'm sure he did at the time, | 10:59:26 |
| 14 | do you know why he was asking you if you were okay? | 10:59:30 |
| 15 | A   No, I don't. | 10:59:33 |
| 16 | Q   How much time -- strike that. | 10:59:43 |
| 17 | When you asked Mr. Piña to show his hands, I | 10:59:46 |
| 18 | take it at that moment, you could not see his hands? | 10:59:51 |
| 19 | A   Yes. | 10:59:55 |
| 20 | Q   Is that correct? | 10:59:56 |
| 21 | A   Correct. | 10:59:57 |
| 22 | Q   How much time would you say passed from the | 10:59:57 |
| 23 | moment you asked Mr. Piña to show his hands and the | 11:00:00 |
| 24 | moment -- and the time you fired your shot? | 11:00:04 |
| 25 | A   It was almost simultaneous. | 11:00:07 |

46

Exhibit - H - Page - 102

| | | |
|---|---|---|
| 1 | Q   And did you see him -- see either one of his | 11:00:11 |
| 2 | hands after you asked him to show his hands? | 11:00:15 |
| 3 | A   Right at that point or shortly thereafter.  I | 11:00:19 |
| 4 | can't give exact seconds.  It was a quick motion like | 11:00:25 |
| 5 | this. | 11:00:30 |
| 6 | Q   Like you're showing in the video? | 11:00:31 |
| 7 | A   Yes. | 11:00:33 |
| 8 | Q   Okay.  So is the -- is the chronology or the | 11:00:34 |
| 9 | order correct -- tell me if I'm wrong:  Initially, you | 11:00:38 |
| 10 | see him prone.  You cannot see his hands, you ask him to | 11:00:42 |
| 11 | show your hands, show you him -- his hands or words to | 11:00:47 |
| 12 | that effect.  He then turns, you could see his hands, and | 11:00:52 |
| 13 | you shoot him? | 11:00:56 |
| 14 | MR. BRENTE:  Is it both hands?  Is that what | 11:00:59 |
| 15 | you're asking him? | 11:01:00 |
| 16 | BY MR. GALIPO: | 11:01:02 |
| 17 | Q   Well, could you see both hands or just one? | 11:01:02 |
| 18 | A   I was focused on his right hand because of the | 11:01:04 |
| 19 | furtive moment and what I believed to be a handgun in his | 11:01:09 |
| 20 | hand.  That was where my focus -- I couldn't -- can't say | 11:01:12 |
| 21 | what his left arm or hand was -- was doing. | 11:01:12 |
| 22 | Q   Okay.  Do you know -- it sounded like his | 11:01:17 |
| 23 | position was as he was prone where his -- at least in | 11:01:21 |
| 24 | terms of his head and left shoulder would have been | 11:01:24 |
| 25 | closer to you? | 11:01:30 |

47

Exhibit - H - Page - 103

| | | |
|---|---|---|
| 1 | Q   Okay.  Did you ever tell him to "drop it"? | 11:02:32 |
| 2 | A   No. | 11:02:37 |
| 3 | Q   Did you ever yourself give him a warning you | 11:02:38 |
| 4 | were going to shoot? | 11:02:43 |
| 5 | A   No. | 11:02:44 |
| 6 | Q   Did you ever yell out, "gun," before you fired | 11:02:45 |
| 7 | your shot? | 11:02:48 |
| 8 | A   No. | 11:02:49 |
| 9 | Q   Are you trained that if you see a gun that one | 11:02:50 |
| 10 | thing you can do to alert other officers is to yell out, | 11:02:53 |
| 11 | "gun," so they know you made the observation? | 11:02:58 |
| 12 | A   Yes. | 11:03:02 |
| 13 | Q   At any time before you fired your shot, do you | 11:03:11 |
| 14 | believe you saw any object in his left hand? | 11:03:14 |
| 15 | A   No. | 11:03:17 |
| 16 | Q   At any time before you fired your shot, do you | 11:03:19 |
| 17 | believe you saw an object in his right hand? | 11:03:22 |
| 18 | A   Yes. | 11:03:25 |
| 19 | Q   What color was the object that you saw? | 11:03:26 |
| 20 | A   Black. | 11:03:29 |
| 21 | Q   You believe it was black as opposed to dark | 11:03:32 |
| 22 | brown, dark green, or are you just saying it was dark in | 11:03:36 |
| 23 | color? | 11:03:41 |
| 24 | A   I believe it was dark in color, yes. | 11:03:42 |
| 25 | Q   Okay. | 11:03:44 |

Exhibit - H - Page - 104

| | | |
|---|---|---|
| 1 | his head.  He would go from his head back out front, back | 11:09:55 |
| 2 | to his head.  We just tried to continue to verbalize.  He | 11:09:59 |
| 3 | was moving quite a bit. | 11:10:08 |
| 4 | Q   Okay.  After you fired your shot, you gave him | 11:10:09 |
| 5 | additional commands? | 11:10:13 |
| 6 | A   Yes. | 11:10:14 |
| 7 | Q   And you still wanted to see his hands? | 11:10:14 |
| 8 | A   I wanted to -- yes, hands on -- for me, it | 11:10:17 |
| 9 | was -- I had a better view of this area.  I wanted his | 11:10:20 |
| 10 | hands on his head.  I can't recall exactly what Jason | 11:10:23 |
| 11 | Malik was ordering him to do. | 11:10:27 |
| 12 | Q   Okay.  But could you -- after you fired your | 11:10:29 |
| 13 | shot, whether his hands were out in front or up by his | 11:10:31 |
| 14 | head, could you see both hands at that point? | 11:10:36 |
| 15 | A   Yes.  I was very focused on his hands because I | 11:10:39 |
| 16 | believed what I saw to his right was the -- the black or | 11:10:44 |
| 17 | dark back strap of a -- of a handgun, and I remember | 11:10:47 |
| 18 | thinking, he need -- he better keep his hands on his | 11:10:51 |
| 19 | head, or should he go attempt to re-arm himself, I'm | 11:10:55 |
| 20 | going to have to stop the deadly threat. | 11:10:59 |
| 21 | Q   Okay.  Did you ever see him, at any time after | 11:11:02 |
| 22 | you fired your shot, reach for that dark object? | 11:11:05 |
| 23 | A   No. | 11:11:08 |
| 24 | Q   Were you able, at least, to see his hands | 11:11:09 |
| 25 | shortly after you fired your shot? | 11:11:11 |

55

Exhibit - H - Page - 105

| | | |
|---|---|---|
| 1 | best I could, and with the -- from the position I was in | 11:12:11 |
| 2 | and the obstruction, my partner was, at that time, giving | 11:12:13 |
| 3 | all the commands to a contact team. | 11:12:20 |
| 4 | Q    Okay.  And at some point, if you know, did a | 11:12:21 |
| 5 | contact team attempt to approach Mr. Piña? | 11:12:25 |
| 6 | A    Yes. | 11:12:28 |
| 7 | Q    Were you still on the camper roof at that | 11:12:29 |
| 8 | time? | 11:12:31 |
| 9 | A    Yes. | 11:12:32 |
| 10 | Q    And did you observe, at some point, a contact | 11:12:33 |
| 11 | team approaching Mr. Piña? | 11:12:35 |
| 12 | A    Yes. | 11:12:38 |
| 13 | Q    As you sit here today, do you have any | 11:12:39 |
| 14 | understanding as to the names of any of the officers who | 11:12:42 |
| 15 | were involved in that contact team? | 11:12:48 |
| 16 | A    Yes. | 11:12:50 |
| 17 | Q    And tell me your understanding. | 11:12:51 |
| 18 | A    I believe Carillo, Dameworth, Schwab, and those | 11:12:53 |
| 19 | are the -- the only two I know for sure. | 11:12:58 |
| 20 | Q    Okay.  If you know -- | 11:13:00 |
| 21 | A    The only three I know for sure.  Sorry.  Excuse | 11:13:02 |
| 22 | me. | 11:13:06 |
| 23 | Q    That's okay. | 11:13:06 |
| 24 | Do you know, at the time of this incident, if | 11:13:07 |
| 25 | Schwab was a K-9 handler? | 11:13:09 |

Exhibit - H - Page - 106

| 1 | A    Yes. | 11:13:13 |
| 2 | Q    And if you know, was his dog named "Jojo"? | 11:13:13 |
| 3 | A    Yes. | 11:13:17 |
| 4 | Q    Do you know if Jojo was a part, if you will, of | 11:13:17 |
| 5 | that approach or search team? | 11:13:20 |
| 6 | A    Yes. | 11:13:24 |
| 7 | Q    And was he, as far as you know? | 11:13:26 |
| 8 | A    Yes. | 11:13:28 |
| 9 | Q    Did you see Jojo, at some point, approach | 11:13:28 |
| 10 | Mr. Piña? | 11:13:30 |
| 11 | A    Yes. | 11:13:32 |
| 12 | Q    And was Mr. Piña still basically in -- lying | 11:13:32 |
| 13 | down prone when Jojo approached him? | 11:13:35 |
| 14 | A    Yes. | 11:13:39 |
| 15 | Q    And was he essentially in the same general area | 11:13:39 |
| 16 | you described in Exhibit 3, four to five feet from the | 11:13:43 |
| 17 | back of the house, approximately 15 feet from the next | 11:13:46 |
| 18 | yard? | 11:13:50 |
| 19 | A    Yes. | 11:13:51 |
| 20 | Q    And at any time, did you see what appeared to | 11:13:51 |
| 21 | be Jojo biting any part of Mr. Piña's body? | 11:13:55 |
| 22 | A    Yes. | 11:14:01 |
| 23 | Q    And what did you observe in that regard? | 11:14:01 |
| 24 | A    I -- I don't know which leg.  It was a quick | 11:14:04 |
| 25 | contact, and then the team approached and took him into | 11:14:06 |

58

Exhibit - H - Page - 107

```
 1    Division, that are at the scene.  Depending on what's        11:33:43

 2    going on on the ground, they -- they have to communicate     11:33:47

 3    through various frequencies throughout our incident.         11:33:50

 4         Q    Were you -- at any time prior to you firing        11:33:57

 5    your shot, were you hearing some communications from the     11:34:01

 6    helicopter?                                                  11:34:04

 7         A    Yes.                                               11:34:05

 8         Q    Okay.  Did you -- were you informed, at least,     11:34:05

 9    prior to you firing your shot, either over the radio or      11:34:08

10    otherwise, that the people that had fired the previous       11:34:14

11    shots that you heard were police officers?                   11:34:18

12         A    No.  I heard a series of gunfire with a series     11:34:20

13    of broadcasts of help with one officer saying, "Shots        11:34:26

14    fired.  He's raised the gun at us."  My -- Lieutenant        11:34:30

15    Murphy said, "He's shooting at the police."  I heard the     11:34:36

16    airship say, "He's re-arming himself.  He's armed."          11:34:39

17    Those were some of the broadcasts that stuck out in my       11:34:44

18    mind throughout this incident, and there was other ones      11:34:49

19    that I may have missed and I -- I might be leaving out       11:34:49

20    throughout this 30-minute ordeal with the variety of         11:34:52

21    communications going on.                                     11:34:59

22         Q    Okay.  Do you think some of that may have had      11:34:59

23    an impact on you firing your shot -- hearing               11:35:02

24    communications that he has a weapon, that he may be          11:35:05

25    firing at the police?                                        11:35:09
```

63

Exhibit - H - Page - 108

| | | |
|---|---|---|
| 1 | Mr. Piña was at in the backyard? | 11:37:56 |
| 2 | A    No. | 11:37:58 |
| 3 | Q    Did you, at any time, have any information as | 11:37:59 |
| 4 | to whether or not Mr. Piña was struck by any of the shots | 11:38:01 |
| 5 | before you gave your first statement? | 11:38:05 |
| 6 | A    I heard the -- the RA request for a male | 11:38:07 |
| 7 | Hispanic with multiple gunshot wounds. | 11:38:12 |
| 8 | Q    Okay.  What type of ammunition -- you might | 11:38:16 |
| 9 | have told me this already, but what type of ammunition | 11:38:32 |
| 10 | did your weapon have? | 11:38:35 |
| 11 | A    It's a 5.56 round. | 11:38:39 |
| 12 | Q    Okay.  It would be a -- obviously a different | 11:38:41 |
| 13 | type of ammunition than a .45 caliber or .40 caliber | 11:38:44 |
| 14 | semiautomatic -- | 11:38:49 |
| 15 | A    Yes. | 11:38:51 |
| 16 | Q    -- correct? | 11:38:53 |
| 17 | Now, why did you only fire one shot? | 11:38:53 |
| 18 | A    Because I believe he dropped his weapon after | 11:38:57 |
| 19 | my shot. | 11:39:04 |
| 20 | Q    Okay. | 11:39:06 |
| 21 | A    And then -- yeah. | 11:39:07 |
| 22 | Q    With that weapon, what is the capability, as | 11:39:09 |
| 23 | far as shots per second, if you were pressing the trigger | 11:39:13 |
| 24 | as fast as you could?  Do you have an understanding as to | 11:39:17 |
| 25 | whether you can get two or three shots off in a second, | 11:39:20 |

66

Exhibit - H - Page - 109

| | | |
|---|---|---|
| 1 | Q    Are you saying that at the time you fired your | 11:44:07 |
| 2 | shot, Mr. Piña was on his right shoulder? | 11:44:10 |
| 3 | A    Yes. | 11:44:14 |
| 4 | Q    And you were shooting in a small hole between | 11:44:17 |
| 5 | the branches? | 11:44:20 |
| 6 | A    Yes. | 11:44:21 |
| 7 | Q    Officer Algren was also a dog handler? | 11:45:06 |
| 8 | A    Yes.  I wouldn't say "also," because I wasn't a | 11:45:12 |
| 9 | dog handler. | 11:45:16 |
| 10 | Q    Right.  I mean -- yeah.  Let me re-ask that. | 11:45:17 |
| 11 | Was it your understanding at the time of this | 11:45:23 |
| 12 | incident that Officer Algren was a dog handler? | 11:45:25 |
| 13 | A    Yes. | 11:45:29 |
| 14 | Q    In terms of the volleys of shots that you | 11:45:32 |
| 15 | heard, you're thinking you heard four to six shots in | 11:45:35 |
| 16 | each volley? | 11:45:39 |
| 17 | A    Yes. | 11:45:40 |
| 18 | Q    His right hand, which you say you could see at | 11:45:57 |
| 19 | the time you fired your shot -- is that correct? | 11:46:03 |
| 20 | A    Yes. | 11:46:06 |
| 21 | Q    How close would you say his right hand was to | 11:46:07 |
| 22 | his chest?  Within a couple of inches? | 11:46:10 |
| 23 | A    Yes.  It was, like, pretty much pressed against | 11:46:13 |
| 24 | it as he came out. | 11:46:16 |
| 25 | Q    So you would say that Mr. Piña's right hand was | 11:46:19 |

71

Exhibit - H - Page - 110

| | | |
|---|---|---|
| 1 | pressed against his chest at the time you fired your | 11:46:23 |
| 2 | shot? | 11:46:25 |
| 3 | A   It was punching out, straightening real quick | 11:46:26 |
| 4 | as I fired my shot.  It came from his right chest area | 11:46:29 |
| 5 | out, away from him, towards his left side. | 11:46:34 |
| 6 | Q   How far would you say his hand was from his | 11:46:38 |
| 7 | chest at the time you fired? | 11:46:40 |
| 8 | A   I would say it was actually -- he was kind of | 11:46:42 |
| 9 | on his side, so it was six to eight inches off of his | 11:46:46 |
| 10 | chest. | 11:46:52 |
| 11 | Q   Okay.  Would it be correct to say that after | 11:46:53 |
| 12 | you fired your shot, both you and Officer Malik were | 11:47:07 |
| 13 | screaming at Mr. Piña at the same time? | 11:47:11 |
| 14 | A   Yes. | 11:47:14 |
| 15 | Q   Okay.  We're almost there.  I'll just look at a | 11:47:47 |
| 16 | few other things here. | 11:47:52 |
| 17 | Did you, at any time, see Mr. Piña holding | 11:48:30 |
| 18 | anything up to his head? | 11:48:34 |
| 19 | A   No. | 11:48:36 |
| 20 | Q   At any -- | 11:48:39 |
| 21 | MR. BRENTE:  And so the record is clear, at the | 11:48:40 |
| 22 | time counsel asked Officer Bruner that, counsel made a | 11:48:43 |
| 23 | motion with his hand as if he was pointing a gun to his | 11:48:46 |
| 24 | own head. | 11:48:50 |
| 25 | MR. GALIPO:  That's correct. | 11:48:52 |

72

Exhibit - H - Page - 111

```
 1                        REPORTER'S CERTIFICATE

 2

 3

 4            I, ANABELE M. MONTGOMERY, CSR No. 13231,

 5    Certified Shorthand Reporter, certify:

 6            That the foregoing proceedings were taken before

 7    me at the time and place therein set forth, at which time

 8    the witness was put under oath by me;

 9            That the testimony of the witness, the questions

10    propounded, and all objections and statements made at the

11    time of the examination were recorded stenographically by

12    me and were thereafter transcribed;

13            That the foregoing is a true and correct

14    transcript of my shorthand notes so taken.

15            I further certify that I am not a relative or

16    employee of any attorney of the parties, nor financially

17    interested in the action.

18            I declare under penalty of perjury under the laws

19    of California that the foregoing is true and correct.

20            Dated this 5th day of February, 2015.

21

22

23

24            _____
              ANABELE M. MONTGOMERY, CSR NO. 13231
25
```

Exhibit - H - Page - 112