```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3

 4   SERGIO PINA,                  )
                                   )
 5                   Plaintiff,    )
                                   )
 6          vs.                    )   No. CV13-04989 FMO (MRWx)
                                   )
 7   THE CITY OF LOS ANGELES, a    )
     municipality; ERIK MEJIA, an  )
 8   individual; JASON SCHWAB, an  )
     individual; CARLOS LOZANO,    )
 9   an individual; CLIFF CHU, an  )
     individual; JASON MALIK, an   )
10   individual; JEFFREY BRUNER,   )
     an individual; BRIAN PRESTON,)
11   an individual; EARL WILLIAMS,)
     an individual; and DOES 7-10,)
12   inclusive,                    )
                                   )
13                   Defendants.   )
     _____)

14

15               VIDEOTAPED DEPOSITION OF

16                OFFICER JASON SCHWAB

17              WOODLAND HILLS, CALIFORNIA

18              TUESDAY, FEBRUARY 17, 2015

19

20

21
     ATKINSON-BAKER, INC.
22   COURT REPORTERS
     (800) 288-3376
23   www.depo.com

24   REPORTED BY:    ANABELE M. MONTGOMERY, CSR NO. 13231

25   FILE NO.:       A901401
```

1

Exhibit - I - Page - 113

| 1 | Malik.  Can you just look at Exhibit 1?  And, presumably, | 13:21:52 |
| 2 | the -- there's a building roof and a camper roof.  I | 13:21:57 |
| 3 | don't know if you're familiar with any of those.  And | 13:22:01 |
| 4 | there's a house and there's a "P" in a circle on it in | 13:22:04 |
| 5 | Exhibit 1. | 13:22:07 |
| 6 | Do you see that? | 13:22:08 |
| 7 | A   Yes, I do. | 13:22:08 |
| 8 | Q   And at some point, did you enter that backyard | 13:22:09 |
| 9 | area where the "P" is? | 13:22:15 |
| 10 | A   Yes, I did. | 13:22:17 |
| 11 | Q   Okay.  Looking at Exhibit 2, does that | 13:22:17 |
| 12 | appear -- the -- the circled area appear to be the | 13:22:21 |
| 13 | backyard that you entered at some point? | 13:22:25 |
| 14 | A   Yes, it does. | 13:22:29 |
| 15 | Q   And when you entered the backyard, did you have | 13:22:31 |
| 16 | Jojo with you? | 13:22:34 |
| 17 | A   Yes, I did. | 13:22:35 |
| 18 | Q   Okay.  How long have you been a K-9 handler? | 13:22:37 |
| 19 | A   Since 2008. | 13:22:41 |
| 20 | Q   Okay.  Have you had Jojo the whole time? | 13:22:43 |
| 21 | A   No, I have not. | 13:22:46 |
| 22 | Q   Okay.  How long have you had Jojo? | 13:22:47 |
| 23 | A   I've had Jojo approximately four years. | 13:22:49 |
| 24 | Q   Okay. | 13:22:52 |
| 25 | MR. BRENTE:  Just for the record, can you spell | 13:22:54 |

8

Exhibit - I - Page - 114

| | | |
|---|---|---|
| 1 | A    As I said, I believe it was property that was | 13:24:30 |
| 2 | pulled out of his pockets.  I just have to see it from | 13:24:33 |
| 3 | overhead to be able to tell what they are. | 13:24:37 |
| 4 | Q    Okay.  It's hard to tell from looking at this | 13:24:39 |
| 5 | picture? | 13:24:43 |
| 6 | A    Correct. | 13:24:43 |
| 7 | Q    Okay.  Let me give you Exhibit 4, and tell me | 13:24:44 |
| 8 | if you recognize what either -- what the objects are by | 13:24:46 |
| 9 | looking at it more close-up. | 13:24:52 |
| 10 | A    I believe one of them is a cell phone to the | 13:24:55 |
| 11 | left of 12 and a -- | 13:24:58 |
| 12 | Q    Okay. | 13:24:59 |
| 13 | A    -- and a wallet to the right of 12. | 13:25:00 |
| 14 | Q    Okay.  Now, did you, at any time during the | 13:25:02 |
| 15 | entire incident, see that cell phone in his hand? | 13:25:06 |
| 16 | A    No. | 13:25:09 |
| 17 | Q    Did you, the entire incident, see the wallet in | 13:25:09 |
| 18 | his hand? | 13:25:12 |
| 19 | A    No. | 13:25:13 |
| 20 | Q    Okay.  And then looking at Exhibit 5, is that | 13:25:13 |
| 21 | also more of a close-up of the wallet and the cell | 13:25:16 |
| 22 | phone? | 13:25:25 |
| 23 | A    Yes, it is. | 13:25:25 |
| 24 | Q    Okay.  By the way, in either one of your | 13:25:27 |
| 25 | transcribed statements that you recently reviewed -- did | 13:25:30 |

11

Exhibit - I - Page - 115

```
1    had a gun in their hand -- do you know if you struck that    13:33:35
2    person or not?                                               13:33:36
3         A    Yes, I did.                                        13:33:38
4         Q    You did strike him?                                13:33:38
5         A    Yes.                                               13:33:40
6         Q    Do you know if the person survived or not?         13:33:41
7         A    He did not survive.                                13:33:41
8         Q    Okay.  If you know, what year did that happen      13:33:43
9    in, approximately?                                           13:33:46
10        A    I believe 2007.                                    13:33:47
11        Q    Okay.  And was there any litigation related to     13:33:48
12   that, if you know?                                           13:33:54
13        A    No, there was not.                                 13:33:55
14        Q    Okay.  That case -- I don't want to get into       13:33:57
15   the whole specifics, but, in general, was that person       13:34:05
16   armed with a weapon that you shot at?                        13:34:09
17        A    Yes, he was.                                       13:34:11
18        Q    And did you see a gun in his hand?                 13:34:12
19        A    Yes, I did.                                        13:34:14
20        Q    And was the gun essentially pointed at you in      13:34:15
21   your -- or in your direction when you shot?                  13:34:17
22        A    Yes, it was.                                       13:34:19
23        Q    Okay.  Now, let's go back to this incident.        13:34:20
24             You, at some point, received information that      13:34:27
25   your assistance was needed related to this incident; is     13:34:29
```

21

Exhibit - I - Page - 116

| | | | |
|---|---|---|---|
| 1 | | that true? | 13:34:33 |
| 2 | A | Correct. | 13:34:34 |
| 3 | Q | And you responded? | 13:34:34 |
| 4 | A | Yes. | 13:34:35 |
| 5 | Q | And do you have an approximation as to what | 13:34:36 |
| 6 | | time you got to the scene initially of this incident? | 13:34:39 |
| 7 | A | I'm -- I'm not -- I'm not sure. | 13:34:42 |
| 8 | Q | Okay. | 13:34:44 |
| 9 | A | -- what time I got there. | 13:34:45 |
| 10 | Q | But did you have a partner that day other than | 13:34:46 |
| 11 | | Jojo? | 13:34:50 |
| 12 | A | Just my two K-9's. | 13:34:50 |
| 13 | Q | Okay.  You had a second K-9? | 13:34:52 |
| 14 | A | Yes, I did. | 13:34:56 |
| 15 | Q | Who -- what's the name of the second K-9? | 13:34:57 |
| 16 | A | K-9 Sage. | 13:34:59 |
| 17 | Q | Does it go by "K-9 Sage" or just "Sage"? | 13:35:00 |
| 18 | A | Her name is Sage. | 13:35:04 |
| 19 | Q | Oh, okay.  So I think what you were trying to | 13:35:05 |
| 20 | | explain to me -- you heard some shots earlier on, and | 13:35:08 |
| 21 | | then there was another shot or so immediately before you | 13:35:12 |
| 22 | | fired; is that what you were trying to say? | 13:35:15 |
| 23 | | MR. BRENTE:  Well, I think it's -- now we're | 13:35:19 |
| 24 | | jumping around.  He was just trying to clarify how many | 13:35:20 |
| 25 | | shot -- you're asking about how many shots he heard that | 13:35:23 |

22

Exhibit - I - Page - 117

| | | |
|---|---|---|
| 1 | Would there have been a first volley of shots, | 13:36:11 |
| 2 | if you will; in other words, did you hear a first group | 13:36:14 |
| 3 | of shots? | 13:36:18 |
| 4 | A    Yes. | 13:36:18 |
| 5 | Q    And how many shots, approximately, did you hear | 13:36:19 |
| 6 | in that first group? | 13:36:22 |
| 7 | A    Two to four. | 13:36:23 |
| 8 | Q    Okay.  And where were you at the time you heard | 13:36:26 |
| 9 | those first two to four shots? | 13:36:29 |
| 10 | A    I was just coming out of the north/south alley | 13:36:32 |
| 11 | onto 102nd Street. | 13:36:34 |
| 12 | Q    Okay.  Did you have anything in your hands at | 13:36:36 |
| 13 | the time you heard those shots? | 13:36:40 |
| 14 | A    I -- I don't believe so. | 13:36:41 |
| 15 | Q    Were you with Jojo at the time? | 13:36:44 |
| 16 | A    No. | 13:36:46 |
| 17 | Q    Were any other officers near you, let's say | 13:36:46 |
| 18 | within 30 -- 50 feet of you? | 13:36:50 |
| 19 | A    Yes. | 13:36:52 |
| 20 | Q    Who else was within that distance of you? | 13:36:53 |
| 21 | A    Officer Chu and then probably whatever | 13:36:56 |
| 22 | perimeter units were holding just outside the alley. | 13:36:59 |
| 23 | Q    Okay.  At the time you heard the first group of | 13:37:03 |
| 24 | shots, did you hear anything being said within 5 seconds | 13:37:05 |
| 25 | of hearing the shots? | 13:37:08 |

24

Exhibit - I - Page - 118

| | | |
|---|---|---|
| 1 | A    Yes. | 13:37:09 |
| 2 | Q    What did you hear? | 13:37:10 |
| 3 | A    I heard the airship broadcasting, "Do not | 13:37:11 |
| 4 | approach," that the suspect has a gun, and then I believe | 13:37:15 |
| 5 | I heard him saying something about he's pointing at | 13:37:18 |
| 6 | officers, and then I believe I heard the shots. | 13:37:21 |
| 7 | Q    Okay.  So what you heard would have been from | 13:37:24 |
| 8 | the air unit? | 13:37:27 |
| 9 | A    Correct. | 13:37:29 |
| 10 | Q    Did you hear anything on the ground in terms of | 13:37:29 |
| 11 | commands or anything Mr. Piña may have said in, let's | 13:37:33 |
| 12 | say, the 10 seconds before you heard the first volley of | 13:37:38 |
| 13 | shots? | 13:37:42 |
| 14 | A    I wasn't close enough to the actual officers to | 13:37:43 |
| 15 | know if they were saying anything either way, but I | 13:37:45 |
| 16 | couldn't hear anything from where I was. | 13:37:48 |
| 17 | Q    Oh. | 13:37:50 |
| 18 | A    But it doesn't mean anything wasn't being said. | 13:37:51 |
| 19 | Q    Okay.  I understand. | 13:37:55 |
| 20 | And were you listening to the Simplex | 13:37:57 |
| 21 | channel? | 13:37:58 |
| 22 | A    Yes. | 13:37:59 |
| 23 | Q    So part of the information you were at least | 13:38:00 |
| 24 | getting up to that point in time was from the air unit | 13:38:03 |
| 25 | saying that the person had a gun? | 13:38:06 |

25

Exhibit - I - Page - 119

| 1 | A   He -- since he's been a police dog with LAPD, | 13:40:05 |
| 2 | just search training.  So just learn -- being trained to | 13:40:09 |
| 3 | look for hidden human scent. | 13:40:12 |
| 4 | Q   Is it the scent that they're trying to pick | 13:40:17 |
| 5 | up? | 13:40:20 |
| 6 | A   It's not the scent of anybody individual; it's | 13:40:20 |
| 7 | just the way we train them and repeat their training. | 13:40:22 |
| 8 | They're just looking for hidden human scent. | 13:40:22 |
| 9 | Q   Okay. | 13:40:25 |
| 10 | A   So a guy in a trash can, you'd put off -- it's | 13:40:26 |
| 11 | your skin cells that keep bleeding off and they just run | 13:40:28 |
| 12 | into that big plume of scent. | 13:40:28 |
| 13 | Q   Okay.  So that's why you went to get Jojo? | 13:40:32 |
| 14 | A   Correct. | 13:40:35 |
| 15 | Q   And I take it even if someone is potentially | 13:40:36 |
| 16 | armed, Jojo can still be used in that situation? | 13:40:39 |
| 17 | A   Yes. | 13:40:42 |
| 18 | Q   Okay.  And then so what do you do now after | 13:40:42 |
| 19 | getting Jojo? | 13:40:50 |
| 20 | A   I start to make my way eastbound down 102nd | 13:40:51 |
| 21 | Street, towards the residence where they believe they | 13:40:57 |
| 22 | have him contained. | 13:41:00 |
| 23 | Q   Okay.  Where are you at when you fire your | 13:41:01 |
| 24 | shots? | 13:41:12 |
| 25 | A   I'm directly across the street from the house | 13:41:14 |

28

Exhibit  I   Page   120

| 1 | that he was at, the -- from the driveway. I believe the | 13:41:18 |
| 2 | address was 136, but you could probably clarify that for | 13:41:22 |
| 3 | me. | 13:41:27 |
| 4 | Q   Okay. I don't know what I can clarify -- but | 13:41:28 |
| 5 | we had some other photos before; I don't think I have | 13:41:31 |
| 6 | them here -- that showed -- do you recall a red or maroon | 13:41:34 |
| 7 | vehicle on the street? | 13:41:41 |
| 8 | A   Yes, I do. | 13:41:42 |
| 9 | Q   Were you anywhere near that? | 13:41:43 |
| 10 | A   I was positioned behind a tree for cover that | 13:41:45 |
| 11 | was just, I believe, to the left of that vehicle. | 13:41:49 |
| 12 | Q   Okay. You said that -- so you would have had | 13:41:52 |
| 13 | Jojo with you at the time or near you? | 13:41:57 |
| 14 | MR. BRENTE:  At which time? | 13:42:00 |
| 15 | MR. GALIPO:  When he fired his two shots. | 13:42:01 |
| 16 | MR. BRENTE:  Okay. | 13:42:03 |
| 17 | THE WITNESS:  Yes. | 13:42:04 |
| 18 | BY MR. GALIPO: | 13:42:05 |
| 19 | Q   Okay. So just to make sure I have it clear: | 13:42:05 |
| 20 | When you heard the first two to four shots, you did not | 13:42:07 |
| 21 | have Jojo with you and you could not see either Mr. Piña | 13:42:11 |
| 22 | or the shooting officers at that time; is that correct? | 13:42:15 |
| 23 | A   Correct. | 13:42:17 |
| 24 | Q   Okay. Then you went to get Jojo, and about | 13:42:18 |
| 25 | 20 seconds before you fired your shots, you heard another | 13:42:23 |

Exhibit - I - Page - 121

| 1 | A    I would be just a little bit east of it, and | 13:43:15 |
| 2 | then north, I was behind a tree. | 13:43:17 |
| 3 | Q    Oh, okay.  So you were behind a tree near the | 13:43:20 |
| 4 | red vehicle? | 13:43:23 |
| 5 | A    Correct. | 13:43:24 |
| 6 | Q    And were you using the tree as cover? | 13:43:25 |
| 7 | A    Yes, I was. | 13:43:28 |
| 8 | Q    Okay.  At the time you heard the shot from | 13:43:29 |
| 9 | Officer Chu -- up to that point in time, had you seen | 13:43:31 |
| 10 | Mr. Piña yet? | 13:43:35 |
| 11 | A    Yes, I had. | 13:43:37 |
| 12 | Q    Where was he when you first saw him -- | 13:43:39 |
| 13 | Mr. Piña? | 13:43:41 |
| 14 | A    Mr. Piña was on the west side of the structure. | 13:43:42 |
| 15 | There was, like, a 1-to-3-foot gap, and he was just | 13:43:46 |
| 16 | taking a two-handed barricade position with a firearm, | 13:43:51 |
| 17 | pointing the firearm in my direction. | 13:43:55 |
| 18 | Q    When you first saw him? | 13:43:57 |
| 19 | A    Yes. | 13:43:58 |
| 20 | Q    Did you fire at that time? | 13:44:00 |
| 21 | A    No, I did not. | 13:44:02 |
| 22 | Q    How many objects, based on your observations, | 13:44:06 |
| 23 | did he have in his hand or hands at that point? | 13:44:10 |
| 24 | A    It appeared as though he just had the one | 13:44:13 |
| 25 | handgun in his hand. | 13:44:17 |

31

Exhibit - I - Page - 122

| | | | |
|---|---|---|---|
| 1 | Q | One object? | 13:44:19 |
| 2 | A | Correct. | 13:44:20 |
| 3 | Q | Which you believe was a handgun? | 13:44:21 |
| 4 | A | Yes. | 13:44:23 |
| 5 | Q | And how far away was he from you when you made | 13:44:24 |
| 6 | | that observation? | 13:44:27 |
| 7 | A | Probably 20 yards. | 13:44:29 |
| 8 | Q | Okay.  And what was the lighting like in the | 13:44:31 |
| 9 | | area Mr. Piña was when you made that observation? | 13:44:34 |
| 10 | A | I was illuminating him with my hand-held | 13:44:37 |
| 11 | | flashlight because I moved into that opening that he was | 13:44:42 |
| 12 | | at, and he was being illuminated by the airship. | 13:44:45 |
| 13 | Q | Okay.  Was that the first time that you saw | 13:44:49 |
| 14 | | Mr. Piña? | 13:44:52 |
| 15 | A | Yes. | 13:44:53 |
| 16 | Q | Okay.  Did he go out of your view at some | 13:44:53 |
| 17 | | point? | 13:44:56 |
| 18 | A | I moved out of his view because I thought he | 13:44:57 |
| 19 | | was about to shoot.  So I quickly moved out of the way, | 13:44:59 |
| 20 | | and that's how I lost sight of him. | 13:44:59 |
| 21 | Q | Okay.  Any shot fired at that point? | 13:45:04 |
| 22 | A | Not that I know of. | 13:45:06 |
| 23 | Q | Okay.  And then did you go to the tree or | 13:45:07 |
| 24 | | somewhere else? | 13:45:08 |
| 25 | A | Then I moved to the tree. | 13:45:10 |

32

Exhibit - I - Page - 123

| | | |
|---|---|---|
| 1 | Q   That's fine. | 13:48:00 |
| 2 | Did you shoot him at that point? | 13:48:02 |
| 3 | A   No, I did not. | 13:48:03 |
| 4 | Q   And why not?  Because he wasn't pointing it at | 13:48:04 |
| 5 | you or anyone else? | 13:48:07 |
| 6 | A   Correct. | 13:48:08 |
| 7 | Q   Okay.  At the time you heard the shot from | 13:48:09 |
| 8 | Officer Chu -- I think you might have already answered | 13:48:17 |
| 9 | this -- could you see Mr. Piña at that point? | 13:48:23 |
| 10 | A   Yes, I could. | 13:48:27 |
| 11 | Q   Okay.  And what, if any, observations did you | 13:48:28 |
| 12 | make about Mr. Piña at the time you heard the shot from | 13:48:31 |
| 13 | Officer Chu? | 13:48:34 |
| 14 | A   He was tactically using the cars as cover, | 13:48:36 |
| 15 | advancing towards our position, and he came up with a | 13:48:39 |
| 16 | two-handed barricade over the passenger, like, door | 13:48:41 |
| 17 | frame/mirror. | 13:48:44 |
| 18 | Q   So you saw an object in his hand at that | 13:48:46 |
| 19 | point? | 13:48:49 |
| 20 | A   I saw a gun in his hand at that point. | 13:48:49 |
| 21 | Q   Okay.  One hand or two? | 13:48:51 |
| 22 | A   Two hand. | 13:48:53 |
| 23 | Q   Did you see any cell phone in his -- either one | 13:48:54 |
| 24 | of his hands at that point? | 13:48:55 |
| 25 | A   No, I did not. | 13:48:55 |

36

Exhibit - I - Page - 124

| 1  | Q   Did you see any wallet in either one of his | 13:48:56 |
| 2  | hands at that point? | 13:48:58 |
| 3  | A   No, I did not. | 13:48:59 |
| 4  | Q   And you're saying you did not fire at that | 13:49:06 |
| 5  | point? | 13:49:09 |
| 6  | A   No, I did not. | 13:49:09 |
| 7  | Q   And why not? | 13:49:10 |
| 8  | A   With the angle we had with Officer Chu with his | 13:49:12 |
| 9  | rifle, he immediately took that shot as he came over the | 13:49:15 |
| 10 | front of the car. | 13:49:19 |
| 11 | Q   Meaning, Officer Chu? | 13:49:20 |
| 12 | A   Officer Chu did. | 13:49:22 |
| 13 | MR. BRENTE:  Okay.  As who came over the front | 13:49:23 |
| 14 | of the car? | 13:49:25 |
| 15 | THE WITNESS:  As Piña came over the front of | 13:49:26 |
| 16 | the car. | 13:49:27 |
| 17 | MR. BRENTE:  Okay. | 13:49:28 |
| 18 | BY MR. GALIPO: | 13:49:28 |
| 19 | Q   Okay. | 13:49:28 |
| 20 | A   And prior to that time, I was doing a lot of | 13:49:29 |
| 21 | the communication between the airship, so I wasn't in a | 13:49:32 |
| 22 | shooting platform to take a shot. | 13:49:37 |
| 23 | Q   Okay.  And then did Mr. Piña go out of your | 13:49:40 |
| 24 | view after -- immediately after Officer Chu took that | 13:49:43 |
| 25 | shot? | 13:49:46 |

37

Exhibit - I - Page - 125

| | | |
|---|---|---|
| 1 | MR. BRENTE:  You mean where he couldn't see any | 13:49:47 |
| 2 | part of him at all? | 13:49:49 |
| 3 | MR. GALIPO:  Yes. | 13:49:50 |
| 4 | THE WITNESS:  Yes.  He dropped immediately out | 13:49:51 |
| 5 | of the view. | 13:49:53 |
| 6 | BY MR. GALIPO: | 13:49:55 |
| 7 | Q    Okay.  And did he come back in your view at | 13:49:55 |
| 8 | some point? | 13:49:57 |
| 9 | A    Yes. | 13:49:58 |
| 10 | Q    And when did he come back in your view -- | 13:49:58 |
| 11 | meaning, Mr. Piña? | 13:50:01 |
| 12 | A    As soon as he dropped, at first I was unsure if | 13:50:03 |
| 13 | Officer Chu had struck him, then I could tell that he was | 13:50:06 |
| 14 | slowly starting to crawl back towards the garage door, at | 13:50:10 |
| 15 | which time I positioned myself so I could look under the | 13:50:14 |
| 16 | vehicles and I could see him moving to -- in-between the | 13:50:17 |
| 17 | cars.  And at some time, he took a prone position but, | 13:50:22 |
| 18 | like, a sideways prone position, and he extended the | 13:50:27 |
| 19 | handgun out as if he was going to attempt to engage us | 13:50:31 |
| 20 | from under the car. | 13:50:35 |
| 21 | Q    Did he have this handgun in one hand or two at | 13:50:37 |
| 22 | the time? | 13:50:40 |
| 23 | A    Two hands. | 13:50:40 |
| 24 | Q    He had it in both hands? | 13:50:42 |
| 25 | A    Yes. | 13:50:44 |

38

Exhibit - I - Page - 126

| | | |
|---|---|---|
| 1 | Q   Any other object in either one of his hands?  A | 13:50:45 |
| 2 | cell phone or a wallet? | 13:50:48 |
| 3 | A   No. | 13:50:50 |
| 4 | Q   So are you saying that at each time you saw him | 13:50:53 |
| 5 | with an object in his hands, it was one object? | 13:50:53 |
| 6 | A   Correct. | 13:50:55 |
| 7 | Q   Is that when you fired? | 13:50:56 |
| 8 | A   Yes. | 13:50:58 |
| 9 | Q   Okay.  So was he -- was Mr. Piña on the ground | 13:50:59 |
| 10 | when you fired at that point? | 13:51:03 |
| 11 | A   Yes, he was. | 13:51:06 |
| 12 | Q   And how far would you say he was away from you | 13:51:07 |
| 13 | at that point? | 13:51:11 |
| 14 | A   Probably 20 to 25 yards. | 13:51:12 |
| 15 | Q   Okay.  What was the lighting like again in | 13:51:13 |
| 16 | Mr. Piña's position at that point? | 13:48:25 |
| 17 | A   I had my tactical flashlight on my handgun was | 13:51:17 |
| 18 | illuminated and he was being illuminated by the airship | 13:51:21 |
| 19 | and then I believe there were some streetlights or just | 13:51:26 |
| 20 | ambient light in the area. | 13:51:30 |
| 21 | Q   Okay.  What type of a weapon did you fire? | 13:51:31 |
| 22 | A   A Glock 35.  It's a .40 caliber handgun. | 13:51:34 |
| 23 | Q   Okay.  And you fired two shots? | 13:51:38 |
| 24 | A   Yes, I did. | 13:51:40 |
| 25 | Q   Were you standing up when you were shooting in | 13:51:41 |

Exhibit - I - Page - 127

| | | |
|---|---|---|
| 1 | some type of shooting stance? | 13:51:44 |
| 2 | A    No.  I was kind of in a modified brace kneel. | 13:51:46 |
| 3 | Q    Okay.  Now you're way beyond my knowledge. | 13:51:50 |
| 4 | Can you just describe what type of position you | 13:51:52 |
| 5 | were in? | 13:51:54 |
| 6 | A    I was kneeling on my left knee with my right | 13:51:55 |
| 7 | leg extended so that I could look under the vehicle and | 13:51:57 |
| 8 | gain a visual on Mr. Piña. | 13:52:01 |
| 9 | Q    Okay.  So were you on one knee? | 13:52:03 |
| 10 | A    Yes. | 13:52:05 |
| 11 | Q    Okay.  And when you fired, did you have the | 13:52:05 |
| 12 | weapon in both of your hands? | 13:52:09 |
| 13 | A    Yes, I did. | 13:52:11 |
| 14 | Q    Your arms outstretched to some extent? | 13:52:12 |
| 15 | A    Yes. | 13:52:15 |
| 16 | Q    And what part of Mr. Piña were you aiming at | 13:52:15 |
| 17 | from your perspective? | 13:52:19 |
| 18 | A    Center mass. | 13:52:21 |
| 19 | Q    What was center mass from your perspective with | 13:52:23 |
| 20 | him on the ground? | 13:52:26 |
| 21 | A    I could see the length of his entire body. | 13:52:28 |
| 22 | Q    Okay.  I'm just -- what I'm trying to get a | 13:52:31 |
| 23 | visual on -- is his left side closer to you?  His right | 13:52:33 |
| 24 | side?  His feet?  His head?  I'm trying to picture that. | 13:52:37 |
| 25 | A    He's laying on his left side with the handgun | 13:52:40 |

40

Exhibit - I - Page - 128

| 1 | extended towards me with his head pointing in a westerly | 13:52:44 |
| 2 | direction and his feet easterly.  So I have the entire | 13:52:48 |
| 3 | length of his body. | 13:52:52 |
| 4 | Q    Okay.  And which way are you generally facing | 13:52:54 |
| 5 | when you fire? | 13:52:56 |
| 6 | A    I'm facing south. | 13:52:57 |
| 7 | Q    Did you ever give him any commands before you | 13:52:59 |
| 8 | fired? | 13:53:02 |
| 9 | A    Besides the initial K-9 announcements for him | 13:53:07 |
| 10 | to surrender? | 13:53:12 |
| 11 | Q    Besides that? | 13:53:15 |
| 12 | A    No. | 13:53:15 |
| 13 | Q    Did you ever, for example, tell him to "drop | 13:53:16 |
| 14 | it" or "drop it or I'll shoot" or anything like that? | 13:53:17 |
| 15 | A    No, I didn't. | 13:53:20 |
| 16 | Q    Tell me about the initial K-9 commands that you | 13:53:21 |
| 17 | gave. | 13:53:25 |
| 18 | MR. BRENTE:  It's not that -- he didn't say he | 13:53:25 |
| 19 | gave; he's talking about the K-9 announcements. | 13:53:26 |
| 20 | BY MR. GALIPO: | 13:53:28 |
| 21 | Q    Oh.  Tell me about the K-9 announcements. | 13:53:28 |
| 22 | A    Prior to us conducting our K-9 search, we made | 13:53:31 |
| 23 | two announcements, both in English and Spanish, from | 13:53:33 |
| 24 | patrol vehicles and the airship gave an overhead K-9 | 13:53:35 |
| 25 | announcement in English. | 13:53:40 |

41

Exhibit - I - Page - 129

| | | |
|---|---|---|
| 1 | Q    Okay.  And that's something that you heard over | 13:56:32 |
| 2 | Simplex? | 13:56:35 |
| 3 |     A    Yes. | 13:56:35 |
| 4 |     Q    And how did you know that nobody could observe | 13:56:36 |
| 5 | any weapons on him anymore or in his hands? | 13:56:38 |
| 6 |     A    The -- prior to -- well, after that volley of | 13:56:43 |
| 7 | shots, I got on the air and I asked the airship, "Can you | 13:56:45 |
| 8 | see the handgun?"  The airship said initially that it was | 13:56:50 |
| 9 | out in front of him.  Then the airship came around on an | 13:56:51 |
| 10 | orbit, and probably about 40 seconds, 30 to 50 seconds | 13:56:52 |
| 11 | later, he came on and he said no, that he could no longer | 13:56:58 |
| 12 | see it.  But -- and then at that time, Officer Malik came | 13:57:02 |
| 13 | on and said that he believed that maybe it was under his | 13:57:05 |
| 14 | body. | 13:57:08 |
| 15 |     Q    Okay.  So the airship, you had been getting | 13:57:09 |
| 16 | information from throughout the incident? | 13:57:12 |
| 17 |     A    Correct. | 13:57:15 |
| 18 |     Q    And some of that information was that Mr. Piña | 13:57:15 |
| 19 | had a gun in his hand that they observed? | 13:57:21 |
| 20 |     A    Yes. | 13:57:24 |
| 21 |     Q    And at some point after you heard the last | 13:57:24 |
| 22 | volley of shots, at least initially, you heard the | 13:57:28 |
| 23 | airship over Simplex say that the -- they believed the | 13:57:31 |
| 24 | gun was near his body, visible? | 13:57:34 |
| 25 |     A    Correct. | 13:57:37 |

45

Exhibit - I - Page - 130

```
 1        Q    How would you have known that?               14:01:01

 2        A    I don't remember if it was just on Simplex    14:01:03

 3   that -- that somebody had broadcast.  I know there were  14:01:06

 4   some different broadcasts about shots fired, but I think 14:01:09

 5   in moving down to that car, I -- I had heard that        14:01:13

 6   officers had fired.                                      14:01:16

 7        Q    Did anyone broadcast to you or give you       14:01:18

 8   information, with respect to the first volley of shots,  14:01:21

 9   that Mr. Piña had fired?                                 14:01:23

10        A    Radio broadcast was made that they believed   14:01:26

11   that the suspect was shooting at officers.              14:01:28

12        Q    And that was from whom?                        14:01:31

13        A    I believe that was from Lieutenant Murphy.     14:01:34

14        Q    Was he in the helicopter or he on the ground? 14:01:36

15        A    He was on the ground.                          14:01:40

16        Q    With your -- with Officer Chu's shot, did you  14:01:47

17   know it was Officer Chu that shot?                       14:01:51

18        A    Yes, I did.                                    14:01:52

19        Q    And that's because he was a short distance away 14:01:53

20   from you to your right?                                  14:01:57

21        A    Yeah.  My right ear could tell that --        14:01:58

22        Q    Yes.                                           14:02:01

23        A    -- he had shot.                                14:02:01

24        Q    You sure could.                                14:02:02

25             If you recall, did Officer Chu communicate to  14:02:05
```

49

Exhibit - I - Page - 131

| | | |
|---|---|---|
| 1 | BY MR. GALIPO: | 14:18:17 |
| 2 | Q   Okay.  Are you ready to continue? | 14:18:17 |
| 3 | A   Yes, I am. | 14:18:18 |
| 4 | Q   When you fired your two shots, was Mr. Piña | 14:18:25 |
| 5 | laying on the ground? | 14:18:30 |
| 6 | A   Yes, he was. | 14:18:31 |
| 7 | Q   At some point, did you see him get up from that | 14:18:34 |
| 8 | position? | 14:18:37 |
| 9 | MR. BRENTE:  Are you talking about after he | 14:18:38 |
| 10 | fired his two shots? | 14:18:39 |
| 11 | MR. GALIPO:  Yes. | 14:18:43 |
| 12 | THE WITNESS:  Yes.  Almost immediately after | 14:18:44 |
| 13 | the second shot, he popped up. | 14:18:46 |
| 14 | BY MR. GALIPO: | 14:18:48 |
| 15 | Q   And what, if anything, did you observe him | 14:18:48 |
| 16 | do? | 14:18:51 |
| 17 | A   He quickly moved his way westbound across that | 14:18:51 |
| 18 | opening. | 14:18:55 |
| 19 | Q   And you were able to observe that? | 14:18:56 |
| 20 | A   Yes. | 14:18:57 |
| 21 | Q   Did he appear to you to be shot at that time? | 14:18:58 |
| 22 | A   I thought that he was either -- the way he | 14:19:00 |
| 23 | jumped up and got to his feet quickly, I thought he was | 14:19:04 |
| 24 | either possibly struck by one of the rounds or hit by the | 14:19:09 |
| 25 | debris from -- from the vehicle. | 14:19:12 |

54

Exhibit - I - Page - 132

| | | |
|---|---|---|
| 1 | still had a gun? | 14:22:29 |
| 2 | A    Yes, I was. | 14:22:30 |
| 3 | Q    And what did the airship respond? | 14:22:31 |
| 4 | A    When the suspect moved across initially, across | 14:22:33 |
| 5 | the opening of the driveway, I could see he had a gun. | 14:22:37 |
| 6 | MR. BRENTE:  So this is a different point in | 14:22:41 |
| 7 | time than you were just testifying to about the west side | 14:22:41 |
| 8 | of the house? | 14:22:43 |
| 9 | THE WITNESS:  Correct. | 14:22:44 |
| 10 | MR. BRENTE:  Okay. | 14:22:45 |
| 11 | THE WITNESS:  When I was just able to catch | 14:22:45 |
| 12 | bits and pieces of his body through -- through the | 14:22:47 |
| 13 | windows of the car and just the top of his head, I was | 14:22:50 |
| 14 | asking the airship if he was still armed.  The airship | 14:22:53 |
| 15 | replied that when he was in-between the -- the garage and | 14:22:56 |
| 16 | that vehicle where he initially moved across, he said | 14:23:00 |
| 17 | yes, that he still had the handgun in his hand.  After | 14:23:01 |
| 18 | Cliff Chu had fired his round and when the suspect was | 14:23:05 |
| 19 | making his way back towards the rear of the car, he was | 14:23:10 |
| 20 | partially out of my view and I again asked the airship, | 14:23:14 |
| 21 | "Is he still armed?"  And the airship said that he was | 14:23:18 |
| 22 | still armed or arming himself -- something to that | 14:23:18 |
| 23 | effect. | 14:23:18 |
| 24 | Q    Do you know who was in the airship or do you | 14:23:18 |
| 25 | now know? | 14:23:22 |

Exhibit - I - Page - 133

| | | |
|---|---|---|
| 1 | MR. BRENTE:  At -- you mean altogether or | 14:23:24 |
| 2 | everybody? | 14:23:26 |
| 3 | BY MR. GALIPO: | 14:23:27 |
| 4 | Q   Who was making the communications that he was | 14:23:27 |
| 5 | still armed? | 14:23:29 |
| 6 | A   I believe it's Heiserman. | 14:23:30 |
| 7 | Q   Okay.  So when you fired your two shots at | 14:23:32 |
| 8 | Mr. Piña, was Mr. Piña under a car? | 14:23:36 |
| 9 | A   He was in-between two cars.  He was probably | 14:23:41 |
| 10 | partially under the front car's rear bumper. | 14:23:45 |
| 11 | Q   And you were able to see him at that point | 14:23:50 |
| 12 | because you got in that lower position? | 14:23:52 |
| 13 | A   Correct. | 14:23:55 |
| 14 | Q   With respect to the cell phone, was the first | 14:24:13 |
| 15 | time you heard anything about a cell phone come from the | 14:24:17 |
| 16 | airship? | 14:24:20 |
| 17 | A   Yes. | 14:24:21 |
| 18 | Q   With respect to this last sequence of shots, do | 14:24:29 |
| 19 | you recall, after hearing this first two shots, you heard | 14:24:32 |
| 20 | the airship say something to the effect, he shot | 14:24:35 |
| 21 | himself? | 14:24:39 |
| 22 | A   Yes.  The airship said that he believed that | 14:24:39 |
| 23 | the suspect had self-inflicted -- | 14:24:42 |
| 24 | Q   Okay. | 14:24:48 |
| 25 | A   -- I believe is what he used. | 14:24:48 |

59

Exhibit - I - Page - 134

| | | |
|---|---|---|
| 1 | get up, and then I think that's about when I heard that | 14:25:57 |
| 2 | last shot, but it was probably within 2 seconds. | 14:26:00 |
| 3 | Q    Okay.  But just so we're clear, there was at | 14:26:03 |
| 4 | least one or two broadcasts that you heard between the | 14:26:07 |
| 5 | two shots and the one shot? | 14:26:10 |
| 6 | A    It seemed like it.  No more than two | 14:26:11 |
| 7 | broadcasts. | 14:26:12 |
| 8 | Q    Okay.  So there was some time.  You're just | 14:26:13 |
| 9 | saying you don't believe it was 5 seconds; you're | 14:26:13 |
| 10 | estimating more like 2 seconds between them? | 14:26:16 |
| 11 | A    Yeah.  It seemed close together. | 14:26:16 |
| 12 | Q    Okay.  Now, before you went in with the search | 14:26:18 |
| 13 | team, you had information that there was no gun in | 14:26:34 |
| 14 | Mr. Piña's hands? | 14:26:38 |
| 15 | MR. BRENTE:  Well, I'm going to object that | 14:26:41 |
| 16 | assumes facts not in evidence and lacks foundation. | 14:26:43 |
| 17 | MR. GALIPO:  It's a question. | 14:26:46 |
| 18 | MR. BRENTE:  You can answer if you | 14:26:47 |
| 19 | understand. | 14:26:48 |
| 20 | BY MR. GALIPO: | 14:26:49 |
| 21 | Q    Is that correct or incorrect? | 14:26:49 |
| 22 | A    Initially, I'd heard the gun was out in front | 14:26:51 |
| 23 | of him, and then probably within 30 to 50 seconds, I | 14:26:54 |
| 24 | heard, okay, the gun's no longer in view.  So it | 14:26:57 |
| 25 | wasn't -- they didn't see it in his hands, and it wasn't | 14:27:00 |

61

Exhibit - I - Page - 135

| | | |
|---|---|---|
| 1 | in his immediate wingspan. | 14:27:03 |
| 2 | Q   Did anyone tell you that after he was shot in | 14:27:05 |
| 3 | that backyard that Mr. Piña got up, walked 10 feet, and | 14:27:08 |
| 4 | threw the gun in the next yard? | 14:27:12 |
| 5 | A   No.  I think the only thing I heard is -- is | 14:27:14 |
| 6 | somebody saying it appeared as though he was -- he was | 14:27:18 |
| 7 | moving around, that Mr. Piña was moving around. | 14:27:22 |
| 8 | Q   But getting back to my question, did you have | 14:27:25 |
| 9 | some information before you went in with the K-9 and the | 14:27:28 |
| 10 | search team that Mr. Piña's hands were visible and he had | 14:27:31 |
| 11 | nothing in his hands -- and this would be after the last | 14:27:35 |
| 12 | group of shots? | 14:27:38 |
| 13 | A   Correct.  And because of that, that's the only | 14:27:40 |
| 14 | reason why we approached. | 14:27:41 |
| 15 | Q   Okay.  And when you approached Mr. Piña, you | 14:27:44 |
| 16 | would have been in a prone position, chest or stomach | 14:27:59 |
| 17 | down? | 14:28:03 |
| 18 | A   Yes. | 14:28:03 |
| 19 | Q   Head generally west? | 14:28:04 |
| 20 | A   Yes. | 14:28:06 |
| 21 | Q   And where were his hands at that point? | 14:28:07 |
| 22 | A   His hands -- | 14:28:09 |
| 23 | MR. BRENTE:  Okay.  I'll just object as vague | 14:28:10 |
| 24 | as to time. | 14:28:13 |
| 25 | MR. GALIPO:  As he was -- | 14:28:13 |

Exhibit - I - Page - 136

| | | |
|---|---|---|
| 1 | MR. BRENTE: The first time -- | 14:28:14 |
| 2 | MR. GALIPO: When he first observed him. | 14:28:16 |
| 3 | MR. BRENTE: The first time he ever saw him, | 14:28:18 |
| 4 | when he went into the backyard? | 14:28:21 |
| 5 | MR. GALIPO: Correct. | 14:28:22 |
| 6 | THE WITNESS: His hands were above his head, | 14:28:23 |
| 7 | not outstretched, just slightly above his head, and I | 14:28:26 |
| 8 | believe his fists were clenched. | 14:28:30 |
| 9 | BY MR. GALIPO: | 14:28:32 |
| 10 | Q   Okay.  Did you give him any orders with respect | 14:28:32 |
| 11 | to his hands at that point? | 14:28:35 |
| 12 | A   Yes, I did. | 14:28:36 |
| 13 | Q   What orders did you give him? | 14:28:37 |
| 14 | A   I told him to stick his hands out to the side. | 14:28:37 |
| 15 | Q   Did he move his hands at all or keep them in | 14:28:42 |
| 16 | the same place? | 14:28:42 |
| 17 | A   He slowly started to draw them under his body, | 14:28:44 |
| 18 | doing the opposite of what I was -- what I was asking him | 14:28:48 |
| 19 | to do. | 14:28:51 |
| 20 | Q   And then you let the dog go? | 14:28:52 |
| 21 | MR. BRENTE: I'll just object as phrased -- | 14:28:55 |
| 22 | MR. GALIPO: Well -- | 14:28:56 |
| 23 | MR. BRENTE: -- it's argumentative. | 14:28:57 |
| 24 | But you can answer if you understand. | 14:28:58 |
| 25 | MR. GALIPO: Well, hold on. | 14:29:00 |

63

Exhibit - I - Page - 137

```
1   BY MR. GALIPO:                                         14:29:01

2        Q    What did you do in response to seeing him move    14:29:01

3   his hands underneath his body?                         14:29:04

4        A    Believing that he was attempting to arm     14:29:04

5   himself, I sent K-9 Jojo on a direct deployment.       14:29:08

6        Q    Would it be correct that based on your       14:29:13

7   training, if he had not reached his hands underneath his  14:29:15

8   body, it would have been incorrect to -- or inappropriate  14:29:19

9   to send Jojo on a direct deployment?                   14:29:23

10        MR. BRENTE:  I'm just going to object as vague    14:29:26

11  and overly broad.                                      14:29:26

12        But you can answer if you understand.            14:29:27

13        THE WITNESS:  If he would have complied with     14:29:29

14  commands and stuck his hands out to the side, then no.  14:29:30

15  The dog was only there to take him down if he attempted  14:29:31

16  to flee or if it appeared as though he was trying to arm  14:29:35

17  himself for direct deployment.  That's the only reason we  14:29:39

18  had the dog there at the time.                         14:29:39

19  BY MR. GALIPO:                                         14:29:39

20        Q    Okay.  Let me just give you an example based on  14:29:39

21  your training.                                         14:29:42

22        You said you initially saw his hands towards     14:29:43

23  the back of his head or not?                           14:29:45

24        A    No.  I said above his head.                 14:29:47

25        Q    Above his head?                             14:29:49
```

64

Exhibit - I - Page - 138

```
1          You can answer if you understand.              14:32:24
2          THE WITNESS:  If -- like I was saying before,  14:32:25
3   if I sat there and we were continuously verbalizing for  14:32:28
4   him to actually place his hands in a safe location for us  14:32:32
5   to make an approach to take him into custody and to      14:32:34
6   render aid, then if he was actually complying with us,   14:32:34
7   then we wouldn't.  But if he's still not complying and it 14:32:39
8   looks like his hands are close enough that that approach  14:32:42
9   of the search team would be unsafe to where he could     14:32:45
10  still arm himself in that time frame, then less lethal    14:32:49
11  options or a deployment could be -- could be used.        14:32:53
12          MR. BRENTE:  K-9 deployment?                  14:32:59
13          THE WITNESS:  Correct.                        14:33:02
14  BY MR. GALIPO:                                         14:33:03
15      Q   I understand.                                 14:33:03
16          What I'm getting at -- it sounds like you're  14:33:03
17  saying the reason you directed Jojo to bite him is        14:33:03
18  because -- because Mr. Piña put his hands underneath his  14:33:03
19  body; is that the reason?                              14:33:06
20      A   Because I believed he was attempting to arm   14:33:08
21  himself, yes.                                          14:33:10
22      Q   By putting his hands underneath his body?     14:33:11
23      A   Correct.                                       14:33:14
24      Q   Okay.  So are you saying that if his hands did 14:33:15
25  not go underneath his body, let's say his hands were to   14:33:17
```

68

Exhibit - I - Page - 139

| | | |
|---|---|---|
| 1 | MR. BRENTE:  Well, I'm just going to object to | 14:34:08 |
| 2 | the use of the word, "necessary."  It's an objectively | 14:34:08 |
| 3 | reasonable standard. | 14:34:08 |
| 4 | BY MR. GALIPO: | 14:34:10 |
| 5 | Q   You can answer. | 14:34:10 |
| 6 | A   The dog is only going to be sent on a direct | 14:34:11 |
| 7 | deployment when it meets the criteria that -- and will -- | 14:34:14 |
| 8 | can be used to assist us. | 14:34:17 |
| 9 | Q   And what is the criteria as you understand it | 14:34:17 |
| 10 | to set in -- set the dog in on direct deployment for | 14:34:20 |
| 11 | someone who's been shot already? | 14:34:26 |
| 12 | MR. BRENTE:  That assumes there's a separate | 14:34:26 |
| 13 | one that says if the person's already been shot, these | 14:34:29 |
| 14 | are the conditions under which you can use the dog, and I | 14:34:33 |
| 15 | don't think there's -- it's written that way. | 14:34:37 |
| 16 | MR. GALIPO:  Okay.  That's fair. | 14:34:39 |
| 17 | BY MR. GALIPO: | 14:34:40 |
| 18 | Q   Let me ask you this:  Do -- are you to take | 14:34:40 |
| 19 | into consideration if someone's already been shot -- | 14:34:41 |
| 20 | A   That's -- | 14:34:42 |
| 21 | Q   -- based on your training? | 14:34:42 |
| 22 | A   No. | 14:34:43 |
| 23 | Q   No.  Okay. | 14:34:43 |
| 24 | So based on your training, what is the criteria | 14:34:44 |
| 25 | to set in a K-9 for a direct deployment bite? | 14:34:47 |

70

Exhibit - I - Page - 140

```
1        A    If the suspect flees and you believe that he's       14:34:51

2    going to pose a threat to citizens or officers, if the        14:34:55

3    suspect's fighting with the dog, you can give the dog a        14:34:59

4    directed bite command to have the dog protect himself.         14:35:02

5    If you believe the suspect's trying to arm himself and         14:35:06

6    could pose a threat to -- immediate threat to officers or      14:35:10

7    citizens, you could send the dog on a direct                   14:35:14

8    deployment.                                                    14:35:17

9        Q    Anything else?                                        14:35:17

10       A    I believe that's it.                                  14:35:18

11       Q    You would agree at least in this case at least        14:35:19

12   when you approached the backyard that Mr. Piña was not         14:35:21

13   fleeing?                                                       14:35:27

14       A    Well, when he drew his hands under his body,          14:35:28

15   that could either be to arm himself or push himself up         14:35:31

16   and attempt to flee westbound over the fence.                  14:35:34

17       Q    I understand.                                         14:35:39

18            But you never saw him actually running away is        14:35:39

19   that fair?                                                     14:35:39

20       A    Correct.  It didn't get to that point.               14:35:40

21       Q    All right.  And he never was fighting with the        14:35:42

22   dog before you directed Jojo to bite him, was he?             14:35:43

23       A    No.                                                   14:35:47

24       Q    So you're saying -- the main reason, you're          14:35:50

25   saying, it appeared that he was trying to arm himself?        14:35:54
```

71

Exhibit - I - Page - 141

| 1 | Q    Okay.  And then you observed Jojo approach him | 14:36:47 |
| 2 | and -- and bite Mr. Piña? | 14:36:50 |
| 3 | A    Yes. | 14:36:51 |
| 4 | Q    Would that be in his left leg? | 14:36:52 |
| 5 | A    Yes, it was. | 14:36:52 |
| 6 | Q    Was Mr. Piña still on the ground, essentially | 14:36:54 |
| 7 | chest down? | 14:36:57 |
| 8 | A    Yes, he was. | 14:36:58 |
| 9 | Q    Okay.  And then what happened next? | 14:36:59 |
| 10 | A    I continuously verbalized for him to place his | 14:37:01 |
| 11 | hands out to his side.  By this time, where the arrest | 14:37:05 |
| 12 | team had come into, probably, view of him, as soon as he | 14:37:09 |
| 13 | started to comply and placed his hands out to his side, I | 14:37:11 |
| 14 | recalled K-9 Jojo. | 14:37:11 |
| 15 | Q    How long did you -- do you think it took him to | 14:37:14 |
| 16 | comply with your command to put his hands to his side | 14:37:22 |
| 17 | after Jojo starting biting him? | 14:37:26 |
| 18 | A    Probably within 5 seconds. | 14:37:28 |
| 19 | Q    So you think Jojo was biting him for about | 14:37:30 |
| 20 | 5 seconds or so? | 14:37:33 |
| 21 | A    Probably. | 14:37:35 |
| 22 | Q    So you gave him another command or commands to | 14:37:36 |
| 23 | put his hands to his side and he did? | 14:37:40 |
| 24 | A    Not in my initial.  I -- I kept yelling at him | 14:37:43 |
| 25 | for him to take his hands out from under his body and put | 14:37:46 |

73

Exhibit - I - Page - 142

```
 1   them to his side, and eventually he complied and put them    14:37:47

 2   out to his side.                                              14:37:49

 3        Q    And then you gave Jojo a command to stop biting     14:37:51

 4   him?                                                          14:37:54

 5        A    I just gave him basically his heel command.         14:37:54

 6        Q    Okay.                                               14:37:57

 7        A    Which is just for him to stop biting him and to     14:37:57

 8   return to my side.                                            14:37:59

 9        Q    And did Jojo do that?                               14:38:01

10        A    Yes.                                                14:38:01

11        Q    And then what happened next?                        14:38:02

12        A    What happened next is I put him on a leash, I       14:38:04

13   took control of him, and the -- pretty much                   14:38:07

14   simultaneously the arrest team that I'd put together          14:38:11

15   approached him to take him into custody.  They took his       14:38:15

16   hands, they placed them in a handcuffing position, at        14:38:17

17   which time they rolled him over onto one of his sides,       14:38:17

18   and it was either Carillo or Dameworth, I believe,          14:38:21

19   started going through his pockets and pulling all of his     14:38:26

20   property out.                                                 14:38:30

21        Q    Did you see the phone on the ground before any      14:38:31

22   stuff was pulled out of his pocket?                          14:38:33

23        A    I don't remember seeing a phone because when I      14:38:36

24   was visually looking around him, I was just looking for a    14:38:38

25   gun.  So it might have been there, but that's not what I     14:38:41
```

74

Exhibit - I - Page - 143

```
 1   was looking for, so I don't really remember picking that    14:38:42

 2   up.                                                          14:38:44

 3        Q    Would it be fair to say --                         14:38:45

 4            MR. BRENTE:  Picking it up, you mean,               14:38:50

 5   visually --                                                  14:38:51

 6            THE WITNESS:  Visually.                             14:38:52

 7            MR. BRENTE:  -- picking it up?  Okay.               14:38:54

 8            THE WITNESS:  Yeah.                                 14:38:54

 9            MR. BRENTE:  Okay.                                  14:38:54

10   BY MR. GALIPO:                                               14:38:54

11        Q    But would it be fair to say that you didn't see    14:38:54

12   any gun in the backyard while you were there?               14:38:58

13        A    Correct.                                           14:39:00

14        Q    And you were looking for one?                      14:39:01

15        A    Yes.                                               14:39:04

16        Q    Did you visually see things being taken out of    14:39:06

17   his pocket?                                                  14:39:09

18        A    Yes, I did.                                        14:39:10

19        Q    What else was taken out of his pocket other       14:39:10

20   than a wallet, you say?                                      14:39:14

21        A    I believe, like, cigarettes, lighter; there       14:39:17

22   might have been, like, miscellaneous trash or debris.       14:39:18

23        Q    What pocket was the wallet in, are you            14:39:20

24   saying?                                                      14:39:20

25        A    That, I don't remember.                            14:39:21
```

Exhibit - I - Page - 144

75

```
1          A    That, I don't remember.                    14:40:19

2          Q    What part of the left leg did you see Jojo  14:40:25

3    biting?                                                14:40:29

4          A    I believe it was the calf/ankle area.      14:40:30

5          Q    Could you tell whether or not Mr. Piña had been  14:40:52

6    struck when you approached him?                        14:40:55

7               MR. BRENTE:  As in, you mean, struck by     14:40:56

8    gunfire?                                               14:40:58

9               MR. GALIPO:  Yeah.  Let's break it down.    14:40:59

10   BY MR. GALIPO:                                         14:41:02

11         Q    Could you tell whether he was struck by     14:41:02

12   gunfire?                                               14:41:04

13         A    I -- I don't recall.                        14:41:05

14         Q    Did you see any blood or anything like that?  14:41:07

15         A    I don't recall.                             14:41:09

16         Q    Did you see any sign of injury from Jojo?   14:41:10

17         A    Not that I recall.                          14:41:13

18         Q    How many rounds altogether does your weapon  14:41:29

19   hold?                                                  14:41:32

20         A    I believe it's 15 plus 1.                   14:41:33

21         Q    You had 14 rounds left when -- after the    14:41:35

22   incident?                                              14:41:38

23         A    15 plus 1, yes.  14.                        14:41:39

24         Q    Did you hear Mr. Piña say anything in the    14:41:59

25   backyard?                                              14:42:01
```

77

Exhibit - I - Page - 145

1    REPORTER'S CERTIFICATION OF CERTIFIED COPY

2

3

4

5

6

7            I, ANABELE M. MONTGOMERY, CSR No. 13231, a

8    Certified Shorthand Reporter in the State of California,

9    certify that the foregoing pages constitute a true and

10   correct copy of the original videotaped deposition of

11   OFFICER JASON SCHWAB, taken on February 17th, 2015.

12           I declare under penalty of perjury under the laws

13   of the State of California that the foregoing is true and

14   correct.

15           Dated this 18th day of February, 2015.

16   signature requested

17

18   _____
     ANABELE M. MONTGOMERY, CSR No. 13231

19

20

21

22

23

24

25

Exhibit - I - Page - 146